UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

Aaron L. Espenscheid, on behalf of
himself and a class of employees and/or
former employees similarly situated,
        Plaintiff,

v.

DirectSat USA, LLC,
DirectSat USA, and UniTek, USA,
        Defendants.

Case No. 09-cv-625

---

## ORDER ESTABLISHING BRIEFING SCHEDULE RELATING TO DEFENDANTS' MOTION TO TRANSFER VENUE AND/OR TO DISMISS

The Parties to the above captioned litigation, consistent with the Court's direction during a Telephonic Motion Hearing relating to Plaintiff's Motion to Compel the Deposition of Elizabeth Downey held on December 16, 2009, agree to the following schedule for briefing on Defendants' Motion to Transfer Venue and/or to Dismiss now that Ms. Downey's deposition has been completed:

1. Plaintiff shall file his Response to Defendants' Motion to Transfer Venue and/or to Dismiss on or before **January 12, 2010.**

2. Defendants shall file any Reply in support of their Motion to Transfer Venue and/or to Dismiss on or before **January 19, 2010.**

By the Court:

_[signature]_

/s/ MAGISTRATE JUDGE