UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Aaron L. Espenscheid, Gary Idler, and Ricardo Bolano, on behalf of themselves and a class of employees and/or former employees similarly situated, Plaintiffs, <br><br> v. <br><br> DirectSat USA, LLC and UniTek USA, Defendants. | Case No. 09-cv-625 |

AFFIDAVIT OF JOHN P. ELLIOTT
ESTABLISHING THE COSTS INCURRED IN DEFENDING
FIRST-FILED ACTIONS IN PENNSYLVANIA AND MINNESOTA

STATE OF PENNSYLVANIA )
 ) ss.
COUNTY OF MONTGOMERY )

1. My name is John P. Elliott. I am a licensed attorney in the State of Pennsylvania who is admitted *pro hac vice* in the United States District Court for the Western District of Wisconsin for purposes of the above-captioned litigation. I am a shareholder at Elliott Greenleaf and one of the attorneys representing the Defendants in this case.

2. Pursuant to this Court's April 13, 2010 Order, I submit this Affidavit together with two exhibits, as evidence "establishing the costs incurred in defending the Minnesota and Pennsylvania actions." Doc. No. 110, at 33.

3. A true and correct copy of a chart indicating the costs incurred in

defending the Pennsylvania action, which total $1,118.86, together with itemized bills reflecting the specific costs is attached hereto as Exhibit A.

   4.  A true and correct copy of a chart indicating the costs incurred in defending the Minnesota action, which total $76.44, together with an itemized bill reflecting the specific costs is attached hereto as Exhibit B.[1]

   5.  In total, Defendants jointly incurred $1,195.30 in costs to defend the Pennsylvania and Minnesota actions.

               _____
                John P. Elliott

Subscribed and sworn to before me
this 19th day of April, 2010.

_____
Notary Public
My Commission Expires:

**COMMONWEALTH OF PENNSYLVANIA**
NOTARIAL SEAL
KATHLEEN M. ZAMORSKI, Notary Public
Whitpain Twp., Montgomery County
My Commission Expires June 25, 2010

---

[1] This Court denied Defendants' request to recover the attorneys' fees incurred in defending these two actions. Accordingly, Defendants' have redacted those portions of the attached charts that reflect the attorneys' fees charged and paid by Defendants in connection with the Pennsylvania and Minnesota actions.

2