IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

AARON L. ESPENSCHEID,
GARY IDLER and RICARDO BOLANO,
on behalf of themselves and a class of
employees and/or former employees
similarly situated,                                                                 ORDER

                                                                                                   09-cv-625-bbc

              Plaintiffs,

    v.

DIRECTSAT USA, LLC and
UNITEK USA, LLC,

              Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

In this proposed class and collective action for monetary and injunctive relief, plaintiffs Aaron Espenscheid, Gary Idler and Ricardo Bolano contend that defendants DirectSat USA, LLC and UniTek, LLC violated FLSA and certain wage and overtime compensation laws of Wisconsin, Minnesota and Pennsylvania. On April 12, 2010, I granted defendants' motion for costs pursuant to Fed. R. Civ. P. 41(d), and told them to submit evidence establishing the costs incurred in defending related actions in Minnesota and Pennsylvania that they have abandoned in favor of this action. Defendants' counsel,

1

John P. Elliott, has submitted an affidavit, dkt. #111, in which he avers that defendants incurred $1,195.30 in costs in defending the Pennsylvania and Minnesota actions. Elliott has attached charts and itemized bills reflecting the specific costs for each action. Plaintiffs do not object to the costs. Dkt. #113. Because the costs appear reasonable and are unopposed, I am granting defendants' motion for costs in the amount of $1,195.30.

ORDER

IT IS ORDERED that the motion for costs pursuant to Fed. R. Civ. P. 41(d), dkt. #111, is GRANTED. Plaintiffs must pay $1,195.30 in costs to defendants.

Entered this 10th day of May, 2010.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge