IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

AARON L. ESPENSCHEID,
GARY IDLER and MICHAEL CLAY,
on behalf of themselves and a class of
employees and/or former employees
similarly situated,

                                  ORDER

                                  09-cv-625-bbc

                Plaintiffs,

       v.

DIRECTSAT USA, LLC and
UNITEK USA, LLC,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

       At a motion hearing held by telephone in this case on March 25, 2011, I denied plaintiffs' motion to do their own searching of emails turned over to a private vendor by defendant, once the vendor had made its first search of the documents using the search terms supplied by plaintiffs. The parties have agreed to all other provisions of the protocol for the

review of the emails.

    Entered this 28th day of March, 2011.

                                        BY THE COURT:
                                        /s/
                                        BARBARA B. CRABB
                                        District Judge