# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

March 29, 2011

BEFORE

WILLIAM J. BAUER, *Circuit Judge*

RICHARD A. POSNER, *Circuit Judge*

JOHN DANIEL TINDER, *Circuit Judge*

| No.: 11-8007 | IN RE: <br> DIRECTSAT USA, et al., <br> Petitioners |
|---|---|
| **Originating Case Information:** ||
| District Court No: 3:09-cv-00625-bbc <br> Western District of Wisconsin <br> District Judge Barbara B. Crabb ||

The following are before the court:

1. **PETITION OF DEFENDANTS FOR PERMISSION TO APPEAL FROM ORDER GRANTING CLASS CERTIFICATION**, filed on February 24, 2011, by counsel for the petitioners.

2. **PLAINTIFFS-RESPONDENTS' ANSWER OPPOSING PETITION FOR PERMISSION TO APPEAL FROM ORDER GRANTING CLASS CERTIFICATION**, filed on March 7, 2011, by counsel for the respondents.

3. **DEFENDANTS' REPLY MEMORANDUM IN SUPPORT OF PETITION FOR PERMISSION TO APPEAL**, filed on March 14, 2011, by counsel for the petitioners.

No. 11-8007 Page 2

4. **PLAINTIFFS-RESPONDENTS' NOTICE OF FILING OF MARCH 14, 2011 OPINION AND ORDER OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WISCONSIN**, filed on March 15, 2011, by counsel for the respondents.

5. **CIRCUIT RULE 28(E) SUPPLEMENTAL AUTHORITY**, filed on March 25, 2011, by counsel for the petitioners.

**IT IS ORDERED** that #1 is **DENIED**.

CERTIFIED COPY
A True Copy
Teste:
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

form name: **c7_Order_3J**(form ID: **177**)