

# GINGRAS, CATES & LUEBKE

Eric J. Haag
Attorney

Phone: 608.833.2632 | Toll Free: 1.888.357.7661 | Fax: 608.833.2874
haag@gcllawyers.com

April 29, 2011

The Honorable Barbara B. Crabb
United States District Court
Western District of Wisconsin
120 N. Henry Street
Madison, WI 53703

RE:   *Espenscheid, et al. v. DirectSat USA, LLC, et al.*
      Case No. 09-cv-625
      Our File No.: 6572

Dear Judge Crabb:

On April 27, 2011, the defendants' filed a Cross-Motion for Reconsideration of Defendants' Motion to Strike Plaintiffs' Original Expert Damages Report (Dkt. No. 512). This cross-motion for reconsideration was rolled into the defendants' Supplemental Response in Opposition to Plaintiffs' Motion to Supplement their Damages Expert Report (also Dkt. No. 512). As a result of the combination of the two briefs, a briefing schedule was not automatically set by the ECF system. Therefore, the plaintiffs' respectfully request briefing schedules for defendants' two filings.

Thank you.

Sincerely,

GINGRAS, CATES & LUEBKE

*s/ Eric J. Haag*

/crb
cc:   All Counsel of Record

www.gcllawyers.com
8150 Excelsior Dr. | P.O. Box 1808 | Madison, WI 53701-1808