## THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

AARON ESPENSCHEID,
GARY IDLER, and
MICHAEL CLAY,
on behalf of themselves and a class
of employees and/or former employees
similarly situated,

      Plaintiffs,

v.                                                                 Case No.  09-cv-625

DIRECTSAT USA, LLC,
and
UNITEK USA, LLC,

      Defendants.

### Plaintiffs' Rule 26(a)(3) Pretrial Disclosures

Pursuant to Fed.R.Civ.Pro 26(a)(3), Plaintiffs hereby provide the following information

about the evidence that they may present at trial other than solely for impeachment:

**26(a)(3)(A)(i) – THE NAME AND, IF NOT PREVIOUSLY PROVIDED, THE ADDRESS AND TELEPHONE NUMBER OF EACH WITNESS – SEPARATELY IDENTIFYING THOSE PLAINTIFFS EXPECT TO PRESENT AND THOSE THEY MAY CALL IF THE NEED ARISES:**

**Witnesses Plaintiffs expect to call:**

1. Daniel Yannantuono (Adversely) (Live)
2. Yvette Shockman (Adversely) (Live)
3. Elizabeth Downey (Adversely) (Live)
4. Jason Heaberlin (Adversely) (Live)
5. William Morrison (Adversely) (By video deposition)
6. James Dellinger (Adversely) (Live)
7. Phil Wannarka (Adversely) (Live or by deposition designation)
8. Stephanie Cook (Adversely) (pursuant to FRCP 43 contemporaneous transmission via phone or other means)

9.  David Deserre (WI) (Live) (c/o Gingras, Cates and Luebke, 8150 Excelsior Drive, Madison, WI 53717)

10. Chad Ludlum (WI) (Live) (c/o Gingras, Cates and Luebke, 8150 Excelsior Drive, Madison, WI 53717)

11. Ray Wetzel (CA) (Live or pursuant to FRCP 43 contemporaneous transmission via phone or other means) (c/o Gingras, Cates and Luebke, 8150 Excelsior Drive, Madison, WI 53717)

12. James George (NV) (Live) (c/o Gingras, Cates and Luebke, 8150 Excelsior Drive, Madison, WI 53717)

13. Stephen Forrest (AZ) (Live or pursuant to FRCP 43 contemporaneous transmission via phone or other means) (c/o Gingras, Cates and Luebke, 8150 Excelsior Drive, Madison, WI 53717)

14. R.J. Hutchison (IN) (Live pursuant to FRCP 43 contemporaneous transmission via phone or other means) (c/o Gingras, Cates and Luebke, 8150 Excelsior Drive, Madison, WI 53717)

15. Aaron Espenscheid (WI) (Live) (c/o Gingras, Cates and Luebke, 8150 Excelsior Drive, Madison, WI 53717)

16. Gary Idler (MN) (Live) (c/o Gingras, Cates and Luebke, 8150 Excelsior Drive, Madison, WI 53717)

17. Scott Barnes (MN) (Live or pursuant to FRCP 43 contemporaneous transmission via phone or other means) (c/o Gingras, Cates and Luebke, 8150 Excelsior Drive, Madison, WI 53717)

18. Tom Berryman (MN) (Live) (c/o Gingras, Cates and Luebke, 8150 Excelsior Drive, Madison, WI 53717)

19. Daniel Allers (MN) (Live) (c/o Gingras, Cates and Luebke, 8150 Excelsior Drive, Madison, WI 53717)

20. Brian Carrier (MN) (Pursuant to FRCP 43 contemporaneous transmission via phone or other means or by deposition designation) (c/o Gingras, Cates and Luebke, 8150 Excelsior Drive, Madison, WI 53717)

21. Marc Braniff (MN) (Live) (c/o Gingras, Cates and Luebke, 8150 Excelsior Drive, Madison, WI 53717)

22. Steve Kopischke (MN) (Pursuant to FRCP 43 contemporaneous transmission via phone or other means or by deposition designation) (c/o Gingras, Cates and Luebke, 8150 Excelsior Drive, Madison, WI 53717)

23. Brett Domke (WI) (Live or pursuant to FRCP 43 contemporaneous transmission via phone or other means) (c/o Gingras, Cates and Luebke, 8150 Excelsior Drive, Madison, WI 53717)

24. Randall Whitrock (WI) (Live or pursuant to FRCP 43 contemporaneous transmission via phone or other means) (c/o Gingras, Cates and Luebke, 8150 Excelsior Drive, Madison, WI 53717)

25. James Atkinson (WI) (Live or pursuant to FRCP 43 contemporaneous transmission via phone or other means) (c/o Gingras, Cates and Luebke, 8150 Excelsior Drive, Madison, WI 53717)

26. Bradley Pauwels (WI) (Live or pursuant to FRCP 43 contemporaneous transmission via phone or other means) (c/o Gingras, Cates and Luebke, 8150 Excelsior Drive, Madison, WI 53717)

27. Michael Clay (PA) (Live) (c/o Gingras, Cates and Luebke, 8150 Excelsior Drive, Madison, WI 53717)
28. Herbert Blunt (PA) (By video deposition) (c/o Gingras, Cates and Luebke, 8150 Excelsior Drive, Madison, WI 53717)
29. Frantz Charles (PA) (By video deposition) (c/o Gingras, Cates and Luebke, 8150 Excelsior Drive, Madison, WI 53717)
30. Hank Holloway-Bryant (PA) (By video deposition) (c/o Gingras, Cates and Luebke, 8150 Excelsior Drive, Madison, WI 53717)
31. Christopher Nye (PA) (By video deposition) (c/o Gingras, Cates and Luebke, 8150 Excelsior Drive, Madison, WI 53717)
32. Scott Barnes (MN) (Live or pursuant to FRCP 43 contemporaneous transmission via phone or other means) (c/o Gingras, Cates and Luebke, 8150 Excelsior Drive, Madison, WI 53717)
33. David Lewin, PhD. (Live) (c/o Gingras, Cates and Luebke, 8150 Excelsior Drive, Madison, WI 53717)

**Witnesses Plaintiffs may call:**

1. Cathy Lawley (Adversely)
2. Robert Fabrizio (Adversely)
3. Martin Jones (Adversely)
4. Jeff Winterbottom (Adversely)
5. Bryce Woodford (Adversely)
6. Ken Billak (Adversely)
7. Robert Bogseth (Adversely)
8. Angela Peterson (Adversely)
9. Bryan Bruheim (WI)
10. Michael Jackson (WI)
11. Dustin Nicholson (WI)
12. Dennis Warner (WI)
13. Todd Witkowski (WI)
14. Todd Brennan (WI)
15. Nathan Fraley (WI)
16. Scott Barnes (MN)
17. William Daily (attorney at Gingras, Cates & Luebke)
18. Lori Connor (paralegal at Axley Brynelson)

**26(a)(3)(A)(ii) – THE DESIGNATION OF THOSE WITNESSES WHOSE TESTIMONY PLAINTIFFS EXPECT TO PRESENT BY DEPOSITION AND, IF NOT TAKEN STENOGRAPHICALLY, A TRANSCRIPT OF THE PERTINENT PARTS OF THE DEPOSITION:[1]**

1. Abraham Kawah
2. Jeremy Johnson
3. Christopher Johnson

---

[1] The designations of the pertinent portion of each deposition has been filed concurrently herewith under separate pleading.

4.  Grant Dorniden
5.  Todd Brennan
6.  Cathy Lawley
7.  Robert Fabrizio
8.  Peter Paige
9.  Steven Norgbean
10. Nathan Fraley
11. Raymond Larkin (Trimble)
12. Dustin Nicholson
13. Robert Pass
14. Andry Pererva
15. Ishmael Bah
16. Daniel Eckman
17. Troy Gilbertson
18. Robert Hammond
19. Mitchell Hanson
20. Martin Jones
21. Creed Patrick
22. Michael Terry
23. Dennis Warner
24. Phil Wannarka
25. Brian Carrier
26. Steve Kopischke
27. Scott Barnes

### 26(a)(3)(A)(iii) – AN IDENTIFICATION OF EACH DOCUMENT OR OTHER EXHIBIT, INCLUDING SUMMARIES OF OTHER EVIDENCE – SEPARATELY IDENTIFYING THOSE ITEMS PLAINTIFFS EXPECT TO OFFER AND THOSE THEY MAY OFFER IF THE NEED ARISES:

### Documents Plaintiffs expect to use:

1.  Dellinger email, 9-11-08, re. Overtime Reporting DSAT-UTEK 364382

2.  UniTek USA Employee Handbook Jan. 2007 - Feb. 2009 (Depo. exh. 2) DSAT/UTEK 000089-132

3.  UniTek USA Employee Policy Booklet July, 2007 - June, 2008 (Depo. exh. 3) DSAT/UTEK 000035-88.

4.  UniTek USA / DirectSat USA Employee Handbook (Depo. exh. 4) *no Bates numbers on this one, but this consists of a cover, pages 1 - 43 and a three page addendum*

5.  UniTek USA DirectSat USA Employee Policy Booklet June, 2008 through 2-26-10 (at least, because note on page says "current" and the exhibit was marked on 2-26-10) (Depo. exh. 5) *no Bates on this page* [the document totals 60 pages, with a "Safety Orientation Checklist" appended and numbered page "47"

4

6. DirectSat USA Employee Handbook (Depo. exh. 6) DSAT/UTEK 001892 - 1935

7. DirectSat USA Employee Handbook July, 2009 - unspecified time (Depo. exh. 7): DSAT/UTEK 001750 - 1797

8. DirectSat USA Fleet Policy Handbook March, 2009 (Depo. exh. 8; also Depo. exh. 1, Woodford) *no Bates on this page*, but the copy used at Woodford's depo numbered Espenscheid 1 - 17.

9. DirectSat Management Guidebook (Depo. exh. 9) DSAT/UTEK 001736

10. 10-1-09 Yannantuono memo re New Timesheet Guidelines (Depo. exh. 11)

11. DirectSat Weekly Timesheet (blank) (Depo. exh. 12) (also Depo. exh. 5, Woodford).

12. Job Description - Technician (Depo. exh. 10) DSAT/UTEK 135-37

13. Phone Calling Policy: "Collectively we are not doing a good job..." Depo. exh. 13

14. Standard Installation sheet MN and WI rates 11-9-08 - Espenscheid (signed 5-26-09) (Depo. exh. 16) (also Depo. exh. 3, Woodford)

15. Espenscheid time sheet 6-20-09 (Depo. exh. 17)

16. Payroll explanation and compliance form (Depo. exh. 19) DSAT/UTEK 2011-2013

17. Unitek new hire checklist (Depo. exh. 22) DSAT/UTEK 14

18. Corrective Action Process (Depo. exh. 26) DSAT/UTEK 001730-36

19. New Hire Process Policy (Depo. exh. 47) DSAT/UTEK 002004-5

20. UniTek USA Employee Policy Booklet with excerpt - Company Owned Vehicle policy DSAT/UTEK 35, 52-53  (note: there is a separate Bates number cut off in the copy)

21. UniTek USA Employee Policy Booklet with excerpt on GPS policy prepared by Fabrizio 6-7-07 DSAT/UTEK 35, 54

22. Michael Clay's Standard Installation sheet, 6-4-07 DSAT/UTEK 98253

23. DirectSat USA Technician Expectations (Depo. exh. 1, Dellinger) DSAT/UTEK 112444-46

24. Snell email chain 9-24-09 re. GPS exception reporting DSAT/UTEK 364374-76

25. Giacalone email chain 10-29-07 DSAT/UTEK 364377-81

26. Wannarka email chain 9-15-08 re. Time sheets and lunch (Depo. exh. 11) Idler 3876-77

27. DirectSat Technician Payroll Policy & Procedures - effective 12-4-06 DSAT/UTEK 9656

28. 10-16-08 memo from Shockman re How Piece Rate is Calculated (*numbering is "NKA008311*)

29. Packet of 207 DirectSat emails to Idler from August, 2009, as identified in Haag Aff., Dkt. #375, ¶ 6-8

30. Packet of 135 DirectSat emails to Espenscheid from August, 2009, as identified in Haag Aff., Dkt. #375, ¶ 6-8

31. Packet of 162 DirectSat emails to Idler from September, 2009, as identified in Haag Aff., Dkt. #375, ¶ 6-8

32. Packet of 122 DirectSat emails to Espenscheid from September, 2009, as identified in Haag Aff., Dkt. #375, ¶ 6-8

33. Emails to and from Brian Carrier in 2009, CARRIER[2] 1-14

34. Carrier Workorders, CARRIER 15-90

35. Carrier personnel file DSAT/UTEK 145637-663

36. Carrier timesheets 1.3.09-3.21.09, Non-sequential Bates

37. Carrier meeting sign-in sheets (Big Lake, MN) DSAT/UTEK 016965-999 (there are gaps in the numbering, but the exhibit is one packet of sign-in sheets)

38. PA Calls 2008-2009, Bates DSAT-UTEK 165496-165581

39. Technician Meeting Sign-In Sheets (Claremont, MN), DSAT-UTEK 016780-016880

40. Email Shockman 11.15.07 regarding an exit interview, DSAT-UTEK 043099-100

41. Corrective Action Notice ("CAN"), DSAT-UTEK 061404 (Noll 10.15.08)

42. CAN, DSAT-UTEK 074605 (Corpus 3.4.09)

43. CAN, DSAT-UTEK 008502 (Holmes 12.22.09)

---

[2] References to Bates ranges are in all CAPITAL letters for ease of reference in this document, the actual bates are in lower case.

44. Cell Phone Policy (Espenscheid), DSAT-UTEK  000022

45. Email Idler 10.19.09 regarding new timesheets, IDLER 50372-84

46. Power Point slides "New Timesheets-effective 10/4/09", No Bates range

47. Woodford Email 9.17.09 regarding paycheck verification procedure, DSAT-UTEK 00166, 00163

48. Trimble Manual and Reports, TRIMBLE/@ROAD DIRECTSAT CONFIDENTIAL 002070-002281

49. Email Norm Snell 8.12.09, DSAT-UTEK 366705-07

50. Email John Kowalski 5.9.07, DSAT-UTEK 366821-22

51. Email Greg Militello 8.11.09, DSAT-UTEK 366855-56

52. Email Phil Wannarka 9.1.09, IDLER 50431-32

53. Email Phil Wannarka 9.29.10, IDLER 50363-64

54. Email Phil Wannarka 8.10.09, IDLER 50420-27 (Depo. Exh. 62)

55. @Road Report 4.28.09 regarding onsite by 8:00 am, No Bates range

56. Email William Jones 5.8.09, IDLER 50370-71

57. Email Scott Barnes 8.10.09, IDLER 50395

58. Email Dennis Ross 8.10.09, IDLER 50397

59. Email Dennis Ross 10.19.09, IDLER 50372-84 (Idler Depo Exh. 9)

60. Personnel Action Notice ("PAN") 7.20.09, DSAT/UTEK 105083

61. PAN 8.13.09 DSAT/UTEK 105080

62. Email Elizabeth Downey 9.11.08, DSAT/UTEK 105063

63. COV Policy DSAT/UTEK 105029-31

64. Lawley Memo 10.12.09 DSAT/UTEK 105059

65. Timesheet exemplar DSAT/UTEK 001742

66. Hisey Letter to Wannarka DSAT/UTEK 105019-105020

67. Email to Wannarka, IDLER 50433

68. Idler GPS example (no Bates) with exemplar timesheet (IDLER 3)

69. Email Wannarka 4.28.09 IDLER 50559-60 with @Road Report IDLER 50561-569 (Depo. Exh. 61)

70. Email Wannarka 8.6.09 IDLER 50394

71. Safety Meeting Report DSAT/UTEK 016788-89

72. Email Wannarka 9.15.08 IDLER 3876-77

73. Point Matrix DSAT/UTEK 00533-39

74. Point Matrix DSAT/UTEK 00516-18

75. Performance Measurement Policy DSAT/UTEK 22070

76. Email Wannarka 8.13.09 IDLER 50428-30

77. Email Miller and Lawley 11.2.09 DSAT/UTEK 077381-83

78. Email Wannarka 8.2.09 IDLER 50555-57

79. CAN 1.29.09 DSAT/UTEK 023865

80. Idler Depo. Exh. 11 (Timesheets)

81. Idler Depo. Exh. 5 (Personnel File)

82. GPS Installation IDLER 49898

83. Idler Depo. Exh. 10 (Jeremy Johnson email)

84. Idler Depo. Exh. 12 (GPS data)

85. Idler Depo. Exh. 13 (timesheet and GPS data)

86. Idler Timesheets, week ending 2.7.09 – 2.6.10, Bates non-sequential

87. Idler GPS and payroll data provided by DirectSat 8.1.09-10.31.09, no Bates

88. PROS Report re Dan Allers DSAT/UTEK 109834 and 109405

89. Allers timesheets 3.14.09-3.13.10, Non-sequential Bates

90. Allers GPS and payroll data provided by DirectSat 8.1.09-11.1.09, no Bates

91. Allers personnel file DSAT/UTEK 356470-526

92. Scott Barnes timesheets 1.4.09-10.19.09, Non-sequential Bates

93. Barnes personnel file DSAT/UTEK 167101-133

94. Tom Berryman timesheets 3.14.09, 3.28.09, 8.15.09

95. Berryman GPS and payroll data provided by DirectSat 5.19.09-8.14.09

96. Berryman personnel file DSAT/UTEK 144484-521

97. Marc Braniff timesheets 2.21.09-8.15.09, Non-sequential Bates

98. Braniff GPS and payroll data provided by DirectSat 6.28.09-9.24.09

99. Braniff personnel file DSAT/UTEK 145119-237

100.     Steve Kopischke personnel file DSAT/UTEK 148237-266

101.     Kopischke time sheets 6.26.09-9.5.09, Non-sequential Bates

102.     Kopischke GPS and payroll data provided by DirectSat 7.20.09-8.31.09, no Bates

103.     Corrective Action Form – Discipline for missed weekly meetings.
DSAT/UTEK:          005185; 005296; 005499; 005500;
                   005589; 011985; 012167; 013822;
                   015056; 018103; 018382; 018386;
                   018739; 018740; 018741; 019991;
                   038536; 041034; 044990; 044993;
                   046346; 047190; 048575; 053987;
                   062889; 063741; 064285; 074605-606;
                   076888; 079790; 104255; 105514;
                   105524; 154312; 105520; 154318;
                   115522; 117607; 121949; 123722;
                   164985; 123723; 164986; 130985;
                   132721; 134176; 143061; 145280;
                   153038; 155429; 155459; 159520;
                   163227-229; 163671; 163937;
                   164017; 164019; 164799; 170453;
                   352315; 171548; 353410; 173274;

355080; 299490; 301979; 352531;
354132; 357275; 357605; 361754;
362449; 362972; 362976.

104.    Corrective Action Form – Discipline for missing other mandatory meetings and events.
        DSAT/UTEK:        136741; 171593; 173329; 351972;
                          352564; 115951.

105.    Corrective Action Form – Discipline for performance on scorecard.
        DSAT/UTEK:        009417; 011314; 027254; 037949;
                          049484; 049869; 059601; 062419;
                          062815; 063002; 103131; 119625;
                          152390; 115678; 117431; 152360;
                          130039; 135804; 142406; 155891;
                          156813; 157518; 158183; 158852;
                          159278; 160570; 162419; 170588;
                          172688; 174744; 178387; 301977;
                          356113.

106.    Correction Action Form – Discipline related GPS-detected violations.
        DSAT/UTEK:        005360; 005593; 063622-623; 008502;
                          010490; 014812-813; 015122; 015148-149;
                          019034; 024486; 025465-467; 039719;
                          044242; 045931; 365333; 047565;
                          364866; 047567; 364868; 053986;
                          054435; 060700-701; 063622; 078832;
                          098570; 133593; 098572-573; 133595-596;
                          098728; 098724; 114216-217; 098733;
                          114221; 104144-145; 120331-332; 104146;
                          120333; 105512-513; 154310; 105518-519;
                          154316-317; 115681; 115841; 116185-186;
                          118542; 122344; 127285; 127577;
                          136208; 136740; 140875; 141168;
                          143063-064; 144875; 146412-414; 147462;
                          149708-709; 150825-827; 154068; 158686-687;
                          160247; 160250; 166497-498; 173750;
                          175568-571; 246313; 246316; 294439;
                          352526; 352688; 354135; 356785; 362433;

107.    Correction Action Form – Discipline for failing to make customer contact.
        DSAT/UTEK:        041078; 036977;

108.    Termination Report – Termination for low scorecard rating.
        DSAT/UTEK:        009922; 053895; 060529; 074325;
                          102169; 114824; 115900; 129498;

130015; 130039; 138437; 141764;
147514; 149521; 155370; 155448;
159256; 160543; 167034; 169548;
173055; 174521; 174706; 178342;
178971; 301542; 351874; 354861;
356084;

109.　　Termination Report – Termination for performance generally.
DSAT/UTEK:　　039686; 055537; 056118; 058270;
074415-416; 098453; 104507; 114980;
115507; 118321; 125029; 146166;
172384; 354190; 173259; 173954;
350722; 364750;

110.　　Termination Report – Termination for violation of a policy that was discovered through managers and/or supervisor's use of GPS.
DSAT/UTEK:　　054414; 064160; 078751;
173503; 173511-514;

111.　　Termination Report – Terminated in part for being tardy for or missing mandatory meetings.
DSAT/UTEK:　　060920; 074576;

112.　　Personnel Action Notice – Relating to per diem payments paid to technicians.
DSAT/UTEK:　　006690; 103110; 119604; 152369;
138042; 143645; 152338; 165000;
357233;

113.　　Personnel Action Notice – Bonuses to technicians for moving from position of installation technician to lead installation technician.
DSAT/UTEK:　　300907; 302416;

114.　　Personnel Action Notice – Reflecting pay for training other technicians.
DSAT/UTEK:　　163476; 182119; 354114; 357226;

115.　　Personnel Action Notice – Pay to technician for covering supervisor position during supervisor's vacation.
DSAT/UTEK:　　363695;

116.　　Personnel Action Notice – Bonuses for being selected as Tech of the Quarter.
DSAT/UTEK:　　170130; 351988; 357229;

117.　　Personnel Action Notice – QC Bonuses.
DSAT/UTEK:　　103115; 119609; 152332; 152334; 179042;

118.　　Personnel Action Notice – Jump Bonus for working a 6-day week.

11

DSAT/UTEK:        353955-959;

119.      Personnel Action Notice - Bonuses for Safety Bingo.
DSAT/UTEK:        173979; 355678;

120.      E-mail from Sara Rafferty to Yvette Shockman dated March 5, 2007, providing for additional pay for training at a daily rate.
DSAT/UTEK:        296917;

121.      Authorization to Deduct from UNITEK USA Employee – Deductions for lost items.
DSAT/UTEK:        009930; 027277; 057848; 058337; 059532; 020385

122.      Authorization to Deduct from UNITEK USA Employee – Deductions for stolen items.
DSAT/UTEK:        006286; 037933; 102680; 102701;
                                   119337; 119358; 155397; 157662;
                                   160219; 163883; 007746

123.      Authorization to Deduct from UNITEK USA Employee – Deductions for "lost/stolen" items.
DSAT/UTEK:        009932; 074334; 018434

124.      Shockman 4.13.07 email string re deduction for frozen equipment in truck DSAT-UTEK 042670-673

125.      Earnings Statement – Including trainer pay.
DSAT/UTEK:        073761;

126.      Earnings Statement – Including pay for protection plan.
DSAT/UTEK:        073698; 073723; 073732; 073781;
                                   073789; 073799; 073845; 073850;
                                   073901; 073911;

127.      Earnings Statement – Including pay for DTV – Sales
DSAT/UTEK:        073700; 073737;

128.      Earnings Statement – Including additional pay for field training.
DSAT/UTEK:        073710;

129.      Earnings Statement – Including Bonus Pay.
DSAT/UTEK:        073733;

130.      Earnings Statement – Including pay for DTV Retention
DSAT/UTEK:        073739;

131.     Exit Interview – Tony Moore
      DSAT/UTEK:        055382-383

132.     Exit Interview – Gregory Hooks
      DSAT/UTEK:        300718-719

133.     Shockman email 11.15.07 re exit interview DSAT-UTEK 043099

134.     Corrective Action Form – States when techs' day begins
      DSAT/UTEK:        159120

135.     Personnel File Documents Relating to ERD Case LS200903643.
      DSAT/UTEK:        179005-179015; 107659-660.

136.     Corrective Action Form – Discipline for improper work order disposal.
      DSAT/UTEK:        008577

137.     Corrective Action Form – Discipline for improper inventory rotation.
      DSAT/UTEK:        018117

138.     Corrective Action Form – Discipline for break.
      DSAT/UTEK:        077981

139.     Corrective Action Form – Discipline for improperly turning in Work Orders.
      DSAT/UTEK:        078995

140.     Corrective Action Form – Discipline for claiming overtime without appropriate
      approval.
      DSAT/UTEK:        170591

141.     Espenscheid Timesheets dated 6/28/08-12/19/09

142.     Espenscheid GPS and payroll data provided by DirectSat dated 8/2/09-11/1/09

143.     Espenscheid Personnel File DSAT-UTEK 000013-000032

144.     Ludlum Timesheets dated 6/28/08-8/29/09

145.     Ludlum Personnel File DSAT-UTEK 148781-148832

146.     Ludlum review DSAT-UTEK 111859-60

147.     Wetzel Timesheets dated 8/25/07-2/16/08

148.     Wetzel Personnel File DSAT-UTEK 155957-155991

149.       James George Timesheets dated 8/9/08-2/7/09

150.       George Personnel File DSAT-UTEK 168068-168123

151.       Stephen Forrest Timesheets dated 9/20/08-2/28/09

152.       Forrest Personnel File DSAT-UTEK 171506-171548

153.       R.J. Hutchison Timesheets dated 2/28/09-2/6/10

154.       R.J. Hutchison GPS and payroll data provided by DirectSat dated 12/13/09-
          3/13/10

155.       R.J. Hutchison Personnel File DSAT-UTEK 358225-358268

156.       David Lewin Report dated 8.12.10 (inclusive of exhibits)

157.       David Lewin Report dated 10.12.10 (inclusive of exhibits)

158.       David Lewin Report dated 4.11.11 (inclusive of exhibits)

159.       David Lewin Report dated 4.21.11 (inclusive of exhibits)

160.       David Lewin CV

161.       DSAT-UTEK 165980 Shockman Notebook entry re. OT training

162.       DSAT-UTEK 165969 Shockman Notebook entry re. OT and lunch

163.       DSAT-UTEK 165771 Shockman Notebook entry re. OT calculation

164.       DSAT-UTEK 166024 Shockman Notebook entry re. start of workday

165.       DSAT-UTEK 109264 Yannantuono email re Payroll change

166.       DSAT/UTEK 001182-3 New Hire Facilitator's Guide re Work Orders

167.       DSAT-UTEK 000594 New Hire Facilitator's Guide

168.       DSAT-UTEK 00029- DirectSat Org. Chart 1.21.2010

169.       DSAT-UTEK 001990 Piece Rate Calculation Memo 2.20.09

170.       DSAT-UTEK 0019 DirectSat HR Org. Chart

171.     DSAT-UTEK 020945 Training Pay Structure and rates

172.     Herbert Blunt GPS and payroll data provided by DirectSat dated 8.1.09-11.1.09

173.     Christopher Nye GPS and payroll data provided by DirectSat dated 8.2.09-10.31.09

174.     Michael Clay Timesheets week ending 9.1.07-2.2.08, Bates Non-sequential

175.     Clay personnel file, DSAT-UTEK 099509-550; 114823-864; 146041-082

176.     Herbert Blunt timesheets week ending 1.19.08-12.26.09, Bates Non-sequential

177.     Blunt personnel file DSAT-UTEK 134007-066; 144815-875

178.     Frantz Charles timesheets week ending 8.15.09-12.26.09, Bates Non-sequential

179.     Charles personnel file DSAT-UTEK 012118-176

180.     Charles GPS and payroll data provided by DirectSat dated 8.1.09-10.20.09, no Bates

181.     Christopher Nye timesheets week ending 2.14.09-3.26.11, Bates Non-sequential

182.     Nye personnel file DSAT-UTEK 157772-832

183.     Nye GPS and payroll data provided by DirectSat dated 8.1.09-10.31.09, no Bates

184.     Hank Holloway-Bryant personnel file DSAT-UTEK 165179-211

185.     James Atkinson personnel file DSAT-UTEK 142565-142586

186.     Atkinson timesheets week ending 6.28.08-4.4.09, Bates Non-sequential

187.     David Deserre personnel file DSAT-UTEK 146368-146508

188.     Deserre timesheets week ending 11.15.08-4.11.09, Bates Non-sequential

189.     Brett Domke personnel file DSAT-UTEK 013601-013623

190.     Domke timesheets week ending 1.3.09-11.28.09, Bates Non-sequential

191.     Domke GPS and payroll data provided by DirectSat dated 8.2.09-10.31.09, no

Bates

192.     Bradley Pauwels personnel file DSAT-UTEK 138668-138708; 151484-151524

193.     Pauwels timesheets week ending 2.21.09-1.23.10, Bates Non-sequential

194.     Randall Whitrock personnel file DSAT-UTEK 105565-105602; 120757-120794;

154323-154360

195.     Whitrock timesheet 11.7.09 DSAT-UTEK 328312

196.     Whitrock GPS and payroll data provided by DirectSat dated 8.2.09-10.31.09, no

Bates

197.     Yannantuono email chain 5-20-09 re: Mike Thompson DSAT/UTEK 364372-73

198.     Riddle email chain 1-25-08 re: Chicago labor DSAT/UTEK 364387

199.     Riddle email chain (8-10-07) re. Margin Critical Situation DSAT/UTEK 364388-
90

200.     Heaberlin email chain (2-2-2010) re. Techs scheduled hours vs. closed work

DSAT/UTEK 364391-394

201.     DSAT/UTEK 368386 Pre-call checklist

202.     Quarter-end rate sheet DSAT/UTEK 036586 (Woodford Depo Exh 2)

203.     Winterbottom Depo Exh 13- Memorandum to technicians re: calls to customers.
(not bates-stamped).

204.     Winterbottom Depo Exh 14- Memorandum dated July 9, 2008 from Yvette
Shockman to All Technicians and Hourly Personnel re: Timesheet Policy.  (Bates- No.
DSAT/UTEK 001996)

205.     Winterbottom Depo Exh 15- Memorandum dated February 2, 2009 to all
technicians re: timesheet policy.  (Bates No. DSAT/UTEK 001984)

206.     Winterbottom Depo Exh 58- Declaration of Jeffrey Winterbottom. (not bates-
stamped).

207.      Winterbottom Depo Exh 59- Activity Detail Activity Report from 10/7/07 to 10/9/07. (Bates Nos. DSAT/UTEK 011320-011332).

208.      Winterbottom Depo Exh 60- Exception Report.  (Bates Nos. DSAT/UTEK 061487-061489).

209.      Weekly PROS reports from Minnesota profit centers:

        PROS Report 20100816-1425, created 8/16/2010 by Latesha Winston, Bates no. DSAT-UTEK109405
        PROS Report 20100712-1533, created 7/12/2010 by Latesha Winston, Bates no. DSAT-UTEK109895
        PROS Report 20100426-1644, for W/E 04.24.10 - 698-3, created 4/26/2010, Bates no. DSAT-UTEK109723
        PROS Report 20100223-1454, for W/E 02.20.10 - 698-3, created 2/23/2010, Bates no. DSAT-UTEK109603
        PROS Report 2009-05-17_2009, for W/E 05.23.09 - 698-2, created 5/26/2009, Bates no. DSAT-UTEK109797
        PROS Report 2009-02-08_2009, for W/E 02.14.09 - 698-2, created 2/16/2009, Bates no. DSAT-UTEK109323

210.      Bryan Bruheim timesheets week ending 12.27.08 – 3.13.10, non-sequential Bates

211.      Dennis Warner personnel file DSAT-UTEK 105098-105142

212.      Warner timesheets weekending 1.3.09-10.3.09

**Documents Plaintiffs may use:**

1. 7-9-08 memo from Shockman re Timesheet Policy, (Depo. exh. 14) DSAT/UTEK 1996

2. 2-2-09 Timesheet Policy (Depo. exh. 15) DSAT/UTEK 1984

3. Authorization to deduct from DirectSat USA employee - blank, with additional fille out (Depo. exh. 27) DSAT/UTEK 173, 10581, 10583, 14331

4. New employee payroll date form (Depo. exh. 23) DSAT/UTEK 13

5. Authorization to Deduct from DirectSat USA employee (blank) (Depo. exh. 27)

6. Weekly Timesheet (blank) revision date 7-8-08 DSAT/UTEK 174 (Depo. exh. 32)

7. 12-3-09 memo re Paycheck Verification Procedure (Depo. exh. 46)

8. Personnel Action Notice (blank) (Depo. exh. 48) DSAT/UTEK 2009-10

9.  Termination report (blank) with termination policies (Depo. exh. 52) DSAT/UTEK 3135-37

10. Fleet Maintenance Policy and Procedures (Depo. exh. 65) DSAT/UTEK 6821

11. COV instructions (Depo. exh. 66) DSAT/UTEK 10376-7

12. 10-3-07 memo from Shockman re. Timesheet Policy DSAT/UTEK 163

13. 10-16-08 memo from Shockman re. How Piece Rate is Calculated DSAT/UTEK 171

14. Weekly Timesheet (blank) DSAT/UTEK 296

15. DirectSat org chart, (Depo. exh. 6, Yannantuono) DSAT/UTEK 488

16. Overtime Policy in effect in March, 2007 (signed by "Santiago") DSAT/UTEK 4885

17. Time Card Policy & Procedure (Depo. exh. 64) (Depo. exh. 2, Bah) DSAT/UTEK 4886-7

18. DirectSat Technician Policy Payroll and Procedures, signed by Bolden 1-9-07 (Depo. exh. 63) DSAT/UTEK 9991-2

19. Truck Kit / Tool Issuance Form [technician name is illegible] (Depo. exh. 55) DSAT/UTEK 10514

20. GPS activity report 10-7-07 - 10-9-07 (Depo. exh. 2, Yannantuono; also Depo. exh. 59) DSAT/UTEK 11320-11332.

21. GPS acknowledgement (bearing Larry Clark's signature) prepared by Fabrizio, 6-7-07 DSAT/UTEK 11664 (Depo. exh. 3, Yannantuono)

22. DirectSat Tool Form signed 7-17-07 (Depo. exh. 56) DSAT/UTEK 12846

23. Crowder corrective action form, 2-6-07 DSAT/UTEK 12916

24. Gall corrective action form, 1-20-10 DSAT/UTEK 14868

25. Nowak corrective action form, 2-24-09 DSAT/UTEK 23865

26. Scorecard for Mark Schmidt (Depo. exh. 2, Woodford) DSAT/UTEK 36586

27. Peterson 3-19-09 email chain re Noyes - speeding - GPS data (Depo. exh. 60) DSAT/UTEK 61487-61489

28. Lawley email chain including GPS data relative to Shannon Thuecks, 11-3-09 DSAT/UTEK 77374-88.

29. 11-2-09 Miller email chain re. Shannon Thuecks (GPS information) DSAT/UTEK 77381-83

30. Creed Patrick email chain (Depo. exh. 1, Patrick) DSAT/UTEK 100781-82

31. Hisey email chain (8-11-07) re. Marting Update DSAT/UTEK 364383-86

32. Riddle email chain 10-12-07 re. SkyREPORT DSAT/UTEK 364395-402

33. 4-21-09 email chain Johnson / Wannarka / Braniff re SIN7 SIN30 (Depo. exh. 10, Idler) Idler 49709-10

34. Leider email chain 1-17-10 re. Time cards and travel Idler 50482-84

35. Unitek organization charts.  (Depo. exh. 1, Yannantuono)

36. UniTek USA DirectSat USA Time Card Policy & Procedures 6-22-06 revision (Depo. exh. P-14) D-18030-31 *marked at Downey depo, 2-2-10*

37. Up-Training Request, (Depo. exh. 4)

38. Weekly Time Variance Trimble 2176-2177

39. Weekly timesheet (blank) Revision date: 7-6-08

40. Declaration of Clayton Abernathy

41. Declaration of  Fuad Abugebara

42. Declaration of Gregg Adamson

43. Declaration of Daniel Allers

44. Declaration of Judd Altenburg

45. Declaration of Sergio Alvarez

46. Declaration of Jonathan Archibald

47. Declaration of Jonathan Arendosh

48. Declaration of James Atkinson

49. Declaration of Mauricio Ayala

50. Declaration of Thomas Berryman

51. Declaration of Adam Blackwell

52. Declaration of Herbert Blunt

53. Declaration of Kenneth Boggs

54. Declaration of Ricardo Bolano

55. Declaration of Marc Braniff

56. Declaration of Dennis Broussard

57. Declaration of Kenderman Brown

58. Declaration of Donald Bruce

59. Declaration of Bryan Bruheim 2/17/10

60. Declaration of Bryan Bruheim 4/6/11

61. Declaration of Lamont Burdine

62. Declaration of Joshua Burling

63. Declaration of Marvin Butler

64. Declaration of Brian Carrier

65. Declaration of John Castro

66. Declaration of Franz Charles

67. Declaration of Alfred Ciarletta

68. Declaration of Michael Clay

69. Declaration of Stephanie Cook

70. Declaration of Patrick Cragin

71. Declaration of Sheldon Dable

72. Declaration of Kyle Darst

73. Declaration of Carl Davis

74. Declaration of David Deserre

75. Declaration of Brett Domke

76. Declaration of Grant Dorniden

77. Declaration of Thomas Ejnik

78. Declaration of Aaron Espenscheid

79. Declaration of Chuck Evers

80. Declaration of Stephen Forrest

81. Declaration of Nathan Fraley

82. Declaration of Terrance Wayne Franklin

83. Declaration of Christopher Frey

84. Declaration of James George

85. Declaration of Troy Gilbertson

86. Declaration of Christopher Gillespie

87. Declaration of Kenneth Haehl

88. Declaration of Gregory Haley

89. Declaration of Robert Hammond

90. Declaration of Mitch Hanson

91. Declaration of Joel Hoheisel

92. Declaration of RJ Hutchison

93. Declaration of Gary Idler

94. Declaration of Gregg Jablonowski

95. Declaration of Jeremy Johnson

96. Declaration of Gregoire Joseph

97. Declaration of Abraham Kawah

98. Declaration of Steve Kopischke

99. Declaration of Robert Lantzy

100.      Declaration of Michael Larrabee

101.      Declaration of Keith Leitzinger

102.      Declaration of Rachel Loftin

103.      Declaration of James Long

104.      Declaration of Chad Ludlum 10/20/10

105.      Declaration of Chad Ludlum 3/10/11

106.      Declaration of Roney Martinez

107.      Declaration of Richard Mayer

108.      Declaration of Marlon Mills

109.      Declaration of William Morrison

110.      Declaration of Brad McNeil

111.      Declaration of Steven Norgbean

112.      Declaration of Christopher Nye

113.      Declaration of Joseph O'Brien

114.      Declaration of Peter Paige

115.      Declaration of Tyler Parker

116.      Declaration of Robert Pass

117.      Declaration of Bradley Pauwels

118.      Declaration of John Peshek

119.    Declaration of Terry Petersen

120.    Declaration of Stewart Thomas Phillips

121.    Declaration of Joshua Pillsbury

122.    Declaration of Carlos Piloto

123.    Declaration of Carlos Puebla

124.    Declaration of Jose Rivera

125.    Declaration of Matthew Schwegman

126.    Declaration of David Setren

127.    Declaration of Clinton Skeens

128.    Declaration of Michael Smith

129.    Declaration of William Smith

130.    Declaration of Robert Synan

131.    Declaration of Kyle Toering

132.    Declaration of Daniel Vang

133.    Declaration of Eric Wagner

134.    Declaration of Richard Walker 2/17/10

135.    Declaration of Richard Walker 3/10/11

136.    Declaration of Dennis Warner

137.    Declaration of Ray Wetzel

138.    Declaration of Randall Whitrock

139.    Declaration of Todd Witkowski

140.    9-18-09 Paycheck verification procedures (Depo. exh.18) DSAT/UTEK 1989

141.    Employee Agreement - Pre-Tax Payroll Deductions (Depo. exh. 24)

142.     How to Use TriCor's Internet Requesting System DSAT-UTEK 00172 (Depo. exh. 25)

143.     DirectSat Employee Candidate Employment Release Statement (blank) (Depo. exh. 28) DSAT-UTEK 00173

144.     DirectSat Abuse Acknowledgment / Release Employee Candidate (blank) (Depo. exh. 29)  DSAT-UTEK 00173

145.     PTO Request Form (blank) (Depo. exh.30)

146.     DirectSat form SSA-89 (blank) (Depo. exh.31) DSAT-UTEK 00174

147.     Drug-Free Workplace Policy (Depo. exh. 33) [5 pages, Bates # cut off on copy]

148.     FMLA policy (Depo. exh. 40) DSAT-UTEK 001887

149.     Company paid holiday policy (Depo. exh. 41)

150.     Interview Questions (Depo. exh. 42) DSAT/UTEK 001944-1951

151.     DirectSat Experienced Technician Referral Program (Depo. exh. 45) DSAT/UTEK 001978-9

152.     Request for Resources (Depo. exh. 50) DSAT/UTEK 003131

153.     Espenscheid Weekly Time Sheet, week ending 1-10-09 (Depo. exh. 4, Woodford) DSAT/UTEK 001808

154.     Espenscheid timesheet wk ending 5-16-09 DSAT/UTEK 001857

155.     Authorization to deduct, 8-31-09, Dwayne Hefner (Depo. exh. 4, Yannantuono) DSAT/UTEK 007746

156.     Authorization to deduct, 9-30-07, Donzie Bender (Depo. exh. 5, Yannantuono) DSAT/UTEK 009581

157.     Authorization to deduct for Technician Blanchette, 11-2-07 (Depo. exh. 1, Bah) DSAT/UTEK 009932

158.     Billak personnel documents (Depo. exh. 1, Billak) DSAT/UTEK 11447-77

159.     Billak DSAT History (Depo. exh. 2, Billak)

160.     DirectSat USA Fleet Policy Handbook with 3-3-09 Global Positioning System Policy excerpt (no Bates, but pp 8-9)

161.     HSP Site Training Cover Sheet - Rola (training manager) (Depo. exh. 2, Dellinger)

162.     HSP Site Training Cover Sheet (blank) (Depo. exh. 3, Dellinger)

163.     PA call 11-21-08 No Bates, but 10 pages.  (Dkt no. 379-12)

164.     PA Call 8-7-09  No Bates, but 4 pages (Dkt no. 379-8, pp. 33-36)

165.     Technician pay information from Philadelphia week ending 6-16-07 (Billak Depo. exh. 3)

166.     Technician pay information from Philadelphia week ending 6-23-07 (Billak Depo. exh. 4)

167.     Technician pay information from Philadelphia week ending 6-30-07 (Billak Depo. exh. 5)

168.     Payroll uploads from 2007 DSAT/UTEK 364356-71

169.     DSAT-UTEK365791  1-16-10 Email to dispatchers and supervisors and some upper mgmt from Gail Stephens re. GPS

170.     DSAT-UTEK365793  12-14-09 Email to dispatch and some upper mgmt from Tandy Talbot.  re. GPS

171.     DSAT-UTEK365794  1-28-10 Email to dispatch and upper mgmt from Gail Stephens.  re. GPS

172.     DSAT-UTEK365796  12-17-09 Email to dispatch and upper mgmt from Randy Talbot re. GPS

173.     DSAT-UTEK365806-07       10-6-09 Heaberlin Email re. GPS

174.     DSAT-UTEK365809-10       5-6-09 Email string involving Shockman re. timesheet accuracy

175.     DSAT-UTEK365814  2-2-10 Email refers to GPS providers Trimble and "Greenroad".

176.     DSAT-UTEK365815-828     Email "FSR's & Escalations" by Martin Jones re. ETA call policy

177.     DSAT-UTEK365836  6-11-09 Email Heaberlin re. GPS

178.     DSAT-UTEK365839  2-3-10 Email Muehlenbruch to Morrison, Carroll, Miller re. after hours exception reports

179.     DSAT-UTEK365896  12-17-09 Email from Heaberlin including upper mgmt. re meetings in morning and nonproduction pay

180.     DSAT-UTEK365898  2-21-09 Email Vagnozzi, Downey, Lawley, Marino  re. PROS

181.     DSAT-UTEK365902  9-18-07 Email Heaberlin, Yannantuono, Bramson re. OT

182.     DSAT-UTEK365944  11-24-09 Email Brodsky to Giacalone, Hisey re. financial information and lawsuits

183.     DSAT-UTEK365984  5-15-07 Email to Downey from Prisk.  Re. not recording OT

184.     DSAT-UTEK365987  2-20-07 Email between Hisey and Yannantuono.  re. GPS

185.     DSAT-UTEK366017-020      10-9-08 Email Lawley and Shockman re OT and lawsuits

186.     DSAT-UTEK366021  2-1-08 Email from a DirecTV to Yannantuono, Downey, Hisey re a wage and hour lawsuit in Missouri.

187.     DSAT-UTEK366023  2-16-08 Email Downey and Fabrizio re. Rizk case

188.     DSAT-UTEK366024  8-3-09 Email from a tech to Sobieraj and Nagel.  re. GPS and timesheets

189.     DSAT-UTEK366035  8-27-08 Email Dan Y., Robbins, Miller, Kowalski, re. 10 and 12 hour shifts

190.     DSAT-UTEK 366035, 366037-040 8.27.08 Yannantuono Email re Siebel

191.     DSAT-UTEK366041  4.24.08 Email Kowalski, Riddle, Yannantuono, Miller re Siebel

192.     DSAT-UTEK366042  2-18-09 Email Downey to Yannantuono, Lejman, re. financials and lawsuits

193.     DSAT-UTEK366044-048      9-4-06 Email memo from Littler Mendelson to Steve Amato re a class action

194.     DSAT-UTEK366072  9-11-08 Email Dellinger email re "the bulk of the country in underreporting, Siebel durations might be marginally off, they are not off by 20+ hours a week."

195.     DSAT-UTEK366078  11-4-08 Email Shockman and Lawley re. underreporting

196.     DSAT-UTEK366084-85 2.18.09 Email Downey, Yannantuono re. underreporting

197.     DSAT-UTEK366086  9-6-07 Email Hisey to outside counsel re an individual lawsuit and financials

198.     DSAT-UTEK366088-89     Email Romano to Yannantuono, Conn, Patrick, Heaberline, and others, 1-31-08 re. OT scheduling

199.     DSAT-UTEK366104-105     7-19-06 Email Yannantuono to many, including Riddle, Downey, and DSat managers re. underreporting

200.     DSAT-UTEK366114-117     September 13, 2007 email including Yannantuono, Downey, Miller, Kowalski re. Siebel scheduling and lunch breaks

201.     DSAT-UTEK366118-119     8-15-07 Email Miller, Yannantuono, Heaberlin, Riddle, Kowalski re. Seibel Routing Analysis and 10 hour workday."

202.     DSAT-UTEK366122-128     Aug-Sept. 2009 Email string with Kowalski, Heaberlin, Carroll, Miller, Yannantuono re. underreporting and effective hourly rate

203.     DSAT-UTEK366129  1-14-09 Email from Schockman re. altering timesheet

204.     DSAT-UTEK366131  Email chart showing required hours of availability for each profit center and the number of hours of actual availability of techs for each profit center.

205.     DSAT-UTEK366132-230     Email Possibly a Siebel report showing hours scheduled for each tech.

206.     DSAT-UTEK366239  6-16-09 Email Downey to Doughtery and Bronstein re. knowledge of underreporting

207.     DSAT-UTEK366294-95     Email Shockman to a local supervisor.  August 2009 re. travel time compensation

208.     DSAT-UTEK366296  1-10-05 Email memo from Stephenson to Hisey, Battaglia, and others, re. travel time compensation and paperwork time

209.     DSAT-UTEK366411 2-19-08 Email from Lawley to managers re a memo re overtime and meal periods

210.      DSAT-UTEK366412-13      10-18-08 Email from a tech to Yannantuono re. no OT

211.      DSAT-UTEK366422  7-25-06 Email from a PA to Heaberlin Riddle, Yannantuono, Downey re. timesheets

212.      DSAT-UTEK366477  8-25-08 Email from Bill Lever to Bramson and Heaberlin re. OT

213.      DSAT-UTEK366494-96 10-23-09 Email between Shockman and Michael Lennon re how to calculate effective hourly rate.

214.      DSAT-UTEK365529  11-18-08  Email Yannantuono and others re. GPS cost benefit analysis

215.      DSAT-UTEK366539-41      7-31-08 Email from Fabrizio re. DOL requests and timesheets

216.      DSAT-UTEK366570  11-24-09 Email Lejman to Brodsky Giacolone Hopkin, Hisey re litigation issue

217.      DSAT-UTEK366615-616      8-28-08 Email Lawley, Yannantuono,  Downey, re. OT

218.      DSAT-UTEK366649-50      11-1-09 Email Heaberlin to Yannantuono re. OT and efficiency

219.      DSAT-UTEK366660-61      8-11-09 Heaberlin emails re. revenue per tech

220.      DSAT-UTEK366662-63      3-2-08 Email from Yannantuono to Fabrizio re Rizk litigation and upcoming deposition of Randy, a dispatch manager.

221.      DSAT-UTEK366687  4-27-07 Email Hisey to Yannantuono re. company policy violations

222.      DSAT-UTEK366693-94      Email Riddle to Dellinger and Yannantuono re. MR report and cutting OT

223.      DSAT-UTEK366703-04      10-1-07 Email Joy Powell, PA, to Lawley, acknowledging that numerous timecards had been altered

224.      DSAT-UTEK366705-07      8-11-09 Email Shockman, Snell, Dave Miller, Militello re. PROS system

225.      DSAT-UTEK366726  5-26-07 Email Yannantuono to Hisey re. company policy

226.        DSAT-UTEK366731-32      3-21-08 Email Downey regarding overtime

227.        DSAT-UTEK366766 1-24-08 Email Romano to Victor, Core, Yannantuono, Kowalski, Sowell re. $15.00 efficiency rate

228.        DSAT-UTEK366771 12-26-06 Email Prisk to Downey re. OT violation offense

229.        DSAT-UTEK366786-87      3-13-07 Email Battaglia to field and management re. overtime problems

230.        DSAT-UTEK366792 2-7-06 Email Blast Facts Tech Points Scheduled Report

231.        DSAT-UTEK366821-22      5-8-07 Email Yannantuono to Kowalski re. @road reports

232.        DSAT-UTEK366845-50      12-27-07 Email string involving Shockman, W. Jones, and a local PM, re. timesheet accuracy

233.        DSAT-UTEK366851-52      10-20-06 Email Randy Talbot and Riddle re. pre-call policy and work orders

234.        DSAT-UTEK366855-56      8-11-09 Email Militello, Dave Miller, Shockman, Snell re GPS and new timesheets

235.        DSAT-UTEK366859 7-27-09 Email Shockman re new timesheets, meeting time and production

236.        DSAT-UTEK366872 2-2-08 Email email from a tech to Riddle, Downey, Yannantuono re. routes

237.        DSAT-UTEK366876 12-5-07 Email to Giacolone re Oregon class action

238.        DSAT-UTEK 111283-4 William Morrison Review Sept. 2009

239.        DSAT-UTEK 111336 Review re CNI Bonus

240.        DSAT-UTEK 111358-9 Greg Twilley review re. CNI bonus

241.        DSAT-UTEK 118139 UniTek Global Org Chart for HR

242.        DSAT-UTEK 127278 8.24.10 Memo re. bonus plan

243.        Yannantuono Memo 10.1.09 Redline, No Bates

244.        DSAT/UTEK 016233-36 Safety Meeting Handout and sign-in sheet 1.12.09 (Pittsburgh, PA)

245.     Job Description - Field Supervisor (Depo. exh. 20) DSAT/UTEK 143-146

246.     UniTek USA DirectSat USA Employee Handbook (Depo. exh. 2, Idler)
DSAT/UTEK108111 - 54

247.     Unitek USA Employee Handbook (Depo. exh. 63, Clay) DSAT/UTEK 108155-98

248.     Timesheets from profit center 636 showing same start time, lunch break and
ending time every day:
Charles Booker, Bates nos. DSAT-UTEK304396
Rafael Bohorquez, Bates nos. DSAT-UTEK305877
Charles Tice, Bates nos. DSAT-UTEK305646

249.     Timesheets from profit center 637 showing same start time, lunch break and
ending time every day:
Benito DelaCruz, Bates nos. DSAT-UTEK311902 and 312576
Noel Nansley, Bates nos. DSAT-UTEK311098
Richard Sirotnak, Bates nos. DSAT-UTEK311270

250.     Timesheets from profit center 638 showing same start time, lunch break and
ending time every day:
Michael Davies, Bates nos. DSAT-UTEK314644
Jonathan Shultz, Bates nos. DSAT-UTEK314708

251.     Bryan Bruheim personnel file DSAT/UTEK 141169-141205

252.     Michael Jackson personnel file DSAT/UTEK 170155-170200

253.     Jackson timesheets week ending 8.2.08-3.12.11

254.     Jackson GPS and payroll data provided by DirectSat dated 8.1.09-10.31.09, no

Bates

255.     Dustin Nicholson personnel file DSAT/UTEK 151043-151073

256.     Nicholson timesheets week ending 2.7.09-5.2.09

257.     Todd Witkowski personnel file DSAT/UTEK 117953-117984

258.     Witkowski timesheets week ending 11.28.09-2.27.10

259.     Todd Brennan personnel file DSAT/UTEK 121907-121949

260.     Brennan timesheets week ending 1.3.09-11.14.09

261.        Nathan Fraley personnel file DSAT/UTEK 359935-359978

262.        Fraley timesheets week ending 3.14.09

263.        Fraley GPS and payroll data provided by DirectSat 8.1.09-11.1.09

264.        Examples of Incomplete Personnel Files.
    DSAT/UTEK:          159914-918 (Diorio p-file);
                        168091-093 (James C. George p-file);
                        168252 (Tom Hedlun p-file);
                        168685 (Benjamin Hernandez p-file);
                        296105 (Greg Setnik p-file);
                        296606 (Kelvin Betters p-file);
                        301174-175 (Ronald Lea p-file);
                        350119 (Tom Hedlund second p-file);
                        362948-951 (Paul Smith p-file);
                        363521 (Matthew Thruman p-file);
                        102473-474 (Guy Peacock p-file).

265.        DirecTV Time in Motion Studies (Seibel) produced pursuant to subpoena, Disk 1

266.        DirecTV Time in Motion Studies (Seibel) produced pursuant to subpoena, Disk 2

267.        DirecTV Time in Motion Studies (Seibel) produced pursuant to subpoena, Disk 3

268.        DirecTV Time in Motion Studies (Seibel) produced pursuant to subpoena, Disk 4


Respectfully submitted this 6th day of May, 2011.

GINGRAS, CATES & LUEBKE, S.C.          AXLEY BRYNELSON, LLP

s/   Heath P. Straka                   s/
Robert J. Gingras                      Michael J. Modl
Michael J. Luebke                      Timothy D. Edwards
Eric J. Haag                           2 E. Mifflin Street, Ste. 200
Heath P. Straka                        Madison, WI  53703
8150 Excelsior Drive                   (608) 257-5661
Madison, WI  53701-1808                mmodl@axley.com
(608) 833-2632                         tedwards@axley.com
gingras@gcllawyers.com
luebke@gcllawyers.com
haag@gcllawyers.com
straka@gcllawyers.com