## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

_____

AARON ESPENSCHEID,
GARY IDLER, and
MICHAEL CLAY,
on behalf of themselves and a class
of employees and/or former employees
similarly situated,

       Plaintiffs,

v.                                  Case No.  09-cv-625

DIRECTSAT USA, LLC,
and
UNITEK USA, LLC,

       Defendants.

_____

### PLAINTIFFS' DEPOSITION DESIGNATIONS
_____

      NOW COME Plaintiffs Aaron Espenscheid, Gary Idler and Michael Clay, on behalf of themselves and a class of similarly situated employees, by their attorneys Gingras Cates & Luebke and Axley Brynelson, LLP, and provide the following deposition designations for use at trial.

**Ishmael Bah –** October 4, 2010 deposition -  p. 4, l. 6-8; p. 6, l. 6-8; p. 8, l. 13-24; p. 9, l. 1-5; p. 11, l. 10-13; p. 11, l. 19-24; p. 15, l. 20-24; p. 16, l. 1-10; p. 17, l. 15-24; p. 18, l. 1-3; p. 18, l. 11-19, p. 32, l. 2-24; p. 33, l. 1-24; p. 34, l. 1-24; p. 35, l. 1-17; p. 37, l. 4-24, p. 38, l. 1-7; p. 43, l. 9-24; p. 44, l. 1-17; p. 44, l. 24; p. 45, l. 1-13; p. 56, l. 11-24; p. 57, l. 1; p. 58, l. 4-24; p. 59, l. 1-3; p. 59, l. 9-24; p. 60, 1-24; p. 61, l. 1-24; p. 62, l. 1-24; p. 63, l. 1-8; p. 64, l. 23-24; p. 65, l. 1-24; p. 66, l. 1; p. 68, l. 1-24; p. 69, l. 1-19; p. 74, l. 15-18; p. 75, l. 24; p. 76, l. 1-4; p. 76, l. 23-24; p. 77, l. 1-24; p. 78, l. 1; p. 80, l. 20-24; p. 81, l. 1-24; p. 82, l. 1-7; p. 86, l. 7-15; p. 90, l. 19-24; p.

91, l. 1-8; p. 98, l. 24; p. 99, l. 1-17; p. 100, l. 3-10; p. 101, l. 17-24; p. 102, l. 1-24; p. 103, l. 1-6; p. 110, l. 19-24; p. 111, l. 1-7; p. 113, l. 19-24; p. 114, l. 1-18; p. 125, l. 7-24; p. 126, l. 1-24; p. 127, l. 1-24; p. 128, l. 1-17; p. 131, l. 1-6; p. 132, l. 3-6; p. 135, l. 21-24; p. 136, l. 1; p. 143, l. 16-24; p. 144, l. 1-24; p. 145, l. 1-8; p. 146, l. 24; p. 147, l. 1-14; p. 148, l. 24; p. 149, l. 1-20; p. 151, l. 12-24; p. 152, l. 1-24; p. 153, l. 1-3; p. 155, l. 13-24; p. 156, l. 1-17; p. 168, l. 7-24; p. 169, l. 1-23, p. 179, l. 14-24; p. 180, l. 1-3;  p. 48, l. 10-16; p. 96, l. 12-24; p. 97, l. 1-18.

**Scott Barnes** – October 14, 2010 deposition – Page 3: 13-15; Page 8: 16-18; Page 12: 13-14 and 20-25; Page 13: 1-14 and 22-25; Page 14: 1-2; Page 18: 19-25; Page 19: 1-6; Page 22: 3-5; Page 24: 3-6 and 9-11; Page 25: 25; Page 26: 1-15; Page 36: 8-19; Page 37: 1-4; Page 39: 18-20; Page 50: 13-16 and 20-25; Page 51: 12-25; Page 53: 15-25; Page 54: 1-4 and 10-14; Page 56: 7-9 and 17-25; Page 57: 1-15; Page 58: 2-4; Page 63: 17-25; Page 64: 1-11; Page 65: 4-7 and 16-23; Page 66: 6-14; Page 72: 22-25; Page 73: 1-8; Page 74: 5-14; Page 78: 17-25; Page 79: 1-2 and 15-25; Page 80: 1-2 and 15-25; Page 81: 1-15 and 19-25; Page 82: 1-6 and 17-25; Page 83: 1-6 and 17-25; Page 84: 1-2 and 6-25; page 85: 1-7; Page 86: 4-11; Page 90: 23-25; Page 91: 1-25; Page 92: 1-4; Page 97: 8-20; Page 101: 17-24; Page 105: 8-15; Page 123: 2-4; Page 128: 24-25; Page 129: 1-11; Page 130: 15-17; and Page 132: 9-16.

**Todd Brennan** – October 13, 2010 deposition - Pg. 4, Lines 7-10; Pg. 8, Lines 5-6, 15-25 through Pg. 9 Line 2; Pg. 10, Lines 1-8; Pg. 11, Lines 11-20; Pg. 14, Line 1 through Pg. 15 Line 13; Pg. 16, Lines 14-25; Pg. 17, Lines 1-25; Pg. 18, Lines 1-24; Pg. 20, Lines 5-25; Pg. 21, Lines 1-7; Pg. 23, Lines 1-19; Pg. 23, Line 23 through Pg. 24 Line 5; Pg. 28, Lines 5-22; Pg. 29, Line 17 through Pg. 30 Line 1; Pg. 30, Lines 7-25; Pg. 31, Lines 1-25; Pg. 32, Lines 10-25; Pg. 33, Lines 1-25; Pg. 34, Lines 1-25; Pg. 35, Lines 1-25; Pg. 36, Lines 1-2; Pg. 38, Lines 10-25; Pg. 39, Lines 1-25; Pg. 40, Lines 1-4, 8-25; Pg. 41, Lines 1-4; Pg. 46, Lines 1-25; Pg. 47, Lines 1,

18-25; Pg. 48, Lines 1-25; Pg. 49, Lines 1-25; Pg. 50, Lines 20-25; Pg. 51, Lines 1-12; Pg. 52, Lines 7-25; Pg. 53, Lines 1-25; Pg. 54, Lines 1, 5-24; Pg. 57, Lines 1-19; Pg. 63, Lines 15-17; and Pg. 68, Lines 22-23.

**Brian Carrier** – November 12, 2010 deposition – Page 4: 7-23; Page 9: 20-24; Page 11: 4-18; Page 17: 17-24; Page 19: 4-6 and 18-20; Page 20: 18-24; Page 28: 12-21; Page 29: 3-19; Page 34: 10-13; Page 36: 5-18; Page 37: 4-16; Page 38: 12-21; Page 39: 11-25; Page 41: 7-19; Page 44: 2-9; Page 49: 14-25; Page 50: 1, 5-11 and 18-23; Page 51: 3-12 and 23-25; Page 52: 1-12 and 19-21; Page 53: 3-21; Page 54: 13-25; Page 55: 1 and 10-21; Page 57: 13-18; Page 58: 3-13; Page 59: 2-7; Page 60: 9-25; Page 61: 5-8 and 11-19; Page 62: 10-13 and 20-22; Page 63: 10-25; Page 64: 1-4 and 20-25; Page 65: 1-3 and 20-25; Page 66: 1-5; Page 67: 7-9 and 13-23; Page 69: 15-20; Page 72: 16-21; page 73: 25; Page 74: 1-4 and 13-17; Page 75: 14-16 and 20-25; Page 76: 1-7; Page 77: 17-25; Page 78: 1-4, 9-10 and 16-19; Page 80: 4-25; Page 81: 17-25; Page 82: 1-4; Page 83: 13-25; Page 84: 1-24; Page 85: 24-25; Page 86: 1-19 and 25; Page 87: 1-4 and 12-14; Page 88: 15-23; Page 89: 4-6 and 15-21; Page 90: 1-8, 19-20 and 23-25; Page 91: 1-2; Page 93: 4-25; Page 94: 13-19; Page 95: 10-25; Page 96: 1; Page 104: 5-11; Page 108: 4-10; Page 110: 17-24; Page 111: 4-10 and 16-25; page 112: 1, 4-12 and 17-23; Page 120: 3-11; and Page 125: 15-20.

**Grant Dorniden** – April 7, 2011 deposition - Pg. 4, Lines 16-18; Pg. 9, Lines 2-3; Pg. 11, Lines 19-25; Pg. 12, Lines 17-25; Pg. 13, Lines 1-12; Pg. 15, Lines 17-24; Pg. 18, Lines 3-21; Pg. 29, Lines 20-25; Pg. 30, Lines 1-12; Pg. 31, Lines 8-25; Pg. 32, Lines 1-13; Pg. 33, Lines 24-25; Pg. 34, Lines 1-10; Pg. 35, Lines 17-25; Pg. 36, Lines 1-19; Pg. 42, Lines 3-22; Pg. 44, Lines 6-15, 18-20; Pg. 52, Lines 16-25; Pg. 53, Lines 1-25; Pg. 54, Lines 1-2; Pg. 61, Lines 18-25; Pg. 62, Lines 1-18; Pg. 64, Lines 7-25; Pg. 65, Lines 1-17, 21-24; Pg. 66, Lines 1-25; Pg. 67, Lines 1-4,

16-25; Pg. 68, Lines 1-15, 20-25; Pg. 69, Lines 1-25; Pg. 70, Lines 1-6, 9-14; Pg. 71, Lines 24-

25; Pg. 72, Lines 1-25; Pg. 74, Lines 9-25; Pg. 75, Lines 1-25; Pg. 76, Lines 1-24; Pg. 77, Lines

24-25; Pg. 78, Lines 1-25; Pg. 79, Lines 1-25; Pg. 80, Lines 1-25; Pg. 81, Lines 1-25; Pg. 82,

Lines 1-25; Pg. 83, Lines 1-25; Pg. 84, Lines 1-25; Pg. 85, Lines 1-4; Pg. 97, Lines 12-25; Pg.

98, Lines 1-24; Pg. 99, Lines 10-25; Pg. 100, Lines 2-16; Pg. 101, Lines 1-25; Pg. 102, Lines 1-

25; Pg. 103, Lines 1-17; Pg. 104, Lines 8-17; Pg. 105, Lines 19-25; Pg. 106, Lines 1-2, 7-25; Pg.

107, Lines 1-3; Pg. 133, Lines 9-25; and Pg. 134, Lines 1-2.

**Daniel Eckman**- October 14, 2010 deposition- p. 4, l. 11-13; p. 35, l. 1-21; p. 47, l. 10-12; p. 59,

l. 3-8; p. 63, l. 8-23; p. 64, l. 9-18; p. 68, l. 13-19; p. 72, l. 20-24; p. 73, l. 4-7; p. 83, l. 23-25;

p. 84, l. 1-10; p. 87, l. 6-25; p. 88, l. 1; p. 88, l. 16-25; p. 89, l. 1-15; p. 105, l. 10-25; p. 106, l. 1-

5; p. 108, l. 24-25; p. 109, l. 1-12; p. 110, l. 1-6, p. 111, l. 4-8; p. 111, l. 13-23; p. 112, l. 10-25;

p. 113, l. 1-13; p. 113, l. 22-25, p. 114, l. 1-9; p. 114, l. 19-23; p. 115, l. 15-19; p. 116, l. 17-20.

**Robert Fabrizio** – December 2, 2009 deposition in *Farmer v. DirectSat USA, et al.*, Northern

District of Illinois Case No. 09-cv-3962  – p. 5, l. 16-20; p. 7, l. 21-24; p. 8, l. 1-3; p. 8, l. 14-24;

p. 9, l. 1-17; p. 9, l. 20-24; p. 10, l. 1-24; p. 11, l. 1-8; p. 11, l. 18-24; p. 12, l. 1-19; p. 17, l. 4-17;

p. 36, l. 15-24; p. 37, l. 1-20; p. 39, l. 1-14; p. 42, l. 24; p. 43, l. 1-24; p. 44, l. 1-24; p. 45, l. 1-16;

p. 47, l. 16-24; p. 48, l. 1-3; p. 49, l. 15-24; p. 50, l. 1-24; p. 51, l. 1-24; p. 52, l. 1-24; p. 53, l. 1-

7; p. 60, l. 2-17; p. 62, l. 13-24; p. 63, l. 1-4; p. 65, l. 7-12; p. 80, l. 3-24; p. 81, l. 1-24; p. 82, l. 1-

24; p. 98, l. 4-22; p. 100, l. 4-10.

**Nathan Fraley**- April 22, 2011 deposition- p. 4, l. 6-7, p. 13, l. 1-2; p. 16, l. 24-25; p. 17, l. 1-4;

p. 26, l. 9-25; p. 27, l. 1-3; p. 33, 1-20; p. 35, 7-11; p. 44, 15-25; p. 45, 1-20; p. 46, 3-21; p. 47, 7-

25; p. 48, 1; p. 48, l. 6-25; p. 49, l. 1-9; p. 51, l. 10-21; p. 57, l. 11-17; p. 58, l. 21-25; p. 59, l. 1-

22; p. 61, l. 16-19; p. 62, l. 19-25; p. 63, l. 1-25; p. 64, l. 1-3; p. 66, l. 23-25; p. 67, l. 1-24; p. 87,

l. 19-25; p. 88, l. 1-4; p. 88, l. 14-25; p. 89, l. 1; p. 110, l. 4-25; p. 111, l. 1-25; p. 112, l. 1-10; p. 116, l. 12-25; p. 117, l. 1-12.

**Troy Robert Gilbertson**- September 27, 2010 deposition- p. 4, l. 10-12; p. 25, l. 20-25; p. 26, l. 1-24; p. 27, l. 4-19; p. 31, l. 2-25; p. 32, l. 1-3; p. 47, l. 3-11; p. 48, l. 14-25; p. 49, l. 1-25; p. 50, l. 1-16; p. 50, l. 23-25; p. 51, l. 1-16; p. 52, l. 8-20; p. 52, l. 23-25; p. 53, l. 1-23; p. 54, l. 15-24; p. 61, l. 5-21; p. 62, l. 1-14; p. 72, l. 20-25; p. 73, l. 3-19; p. 83, l. 10-25; p. 87, l. 8-21; p. 94, l. 15-25; p. 95, l. 1-10; p. 97, l. 7-24; p. 98, l. 22-25; p. 99, 1-2; p. 101, l. 24-25; p. 102, l. 1-13; p. 103, 2-15; p. 114, 4-17.

**Robert Hammond-** November 11, 2010 deposition- p. 3, l. 16-18; p. 20, l. 14-25; p. 21, l. 1-25; p. 22, l. 1-2; p. 26, l. 13-23; p. 28, l. 22-25; p. 29, l. 1-2; p. 29, l. 16-23; p. 31, l. 19-23; p. 32, l. 22-25; p. 33, l. 1-18; p. 34, l. 14-25; p. 35, l. 1-2; p. 37, l. 8-17; p. 40, l. 18-25; p. 41, l. 1-2, p. 41, l. 12-23; p. 46, l. 21-25; p. 47, l. 1-19; p. 49, l. 2-25; p. 50, l. 1-4; p. 53, l. 11-20; p. 61, l. 19-25; p. 68, l. 1-8; p. 68, l. 17-23; p. 69, l. 5-17; p. 70, l. 7-18; p. 72, l. 3-24; p. 73, l. 13-22; p. 80, l. 5-25; p. 81, l. 1-10; p. 84, l. 13-21; p. 86, l. 14-17; p. 93, l. 1-18; p. 94, l. 6-12.

**Mitchell Hanson**- September 29, 2010 deposition- p. 4, l. 13-17; p. 30; l. 23-25; p. 31, l. 1-11; p. 37, l. 24-25; p. 38, l. 1-14; p. 39, l. 13-25; p. 40, l. 1-11; p. 42, l. 9-20; p. 45, l. 1-25; p. 46, l. 1-24; p. 47, l. 5-19; p. 48, l. 5-8; p. 51, l. 20-23; p. 71, l. 20-25; p. 72, l. 1-4; p. 77, l. 10-25; p. 78, l. 1-10; p. 78, l. 14-25; p. 79, l. 1-25; p. 80, l. 15-25; p. 81, l. 1-13; p. 82, l. 1-25; p. 83, l. 16; p. 97, l. 6-14; p. 99, l. 4-17.

**Christopher Johnson** – October 14, 2010 deposition - Page 3:  lines 11-13; Page 6: lines 24-25; Page 7: lines 1 and 20-23; Page 8: lines 5-23; Page 12: lines 4-22; Page 14: lines 7-9 and 16-21; Page 15: lines 14; Page 16: lines 21-25; Page 17: lines 1-25; Page 19: lines 23-25; Page 20: lines 2-19; Page 21: lines 12-20; Page 22: lines 2-11; Page 23: lines 1-5 and 20-25; Page 24: lines 1-2

and 6-14; Page 25: lines 3-4 and 16-17; Page 26: lines 6-9 and 14-16; Page 27: lines 2-8 and 18-25; Page 28: lines 1-6; Page 30: lines 24-25; Page 31: lines 1-8; Page 33: lines 18-25; Page 34: lines 1-15; Page 37: lines 9-24; Page 47: lines 2-4; Page 48: lines 6-18; Page 49: lines 16-18; Page 55: lines 5-17; Page 58: lines 21-25; Page 59: lines 1-21; Page 60: lines 14-16; Page 61: lines 1-5 and 21-25; Page 62: lines 1-5, 9-10 and 20-22; Page 63: lines 15-18; Page 67: lines 5-11; Page 68: lines 6-8; Page 70: lines 25; Page 71: lines 1-5; Page 72: lines 1-18; Page 73: lines 15-25; Page 74: lines 1-5; Page 76: lines 20-25; Page 77: lines 1 and 25; Page 78: line 1; Page 79: lines 6-11 and 17-22; Page 81: lines 19-23; Page 82: lines 11-13; Page 86: lines 14-21; Page 89: lines 10-15; Page 94: lines 3-9; and Page 95: lines 16-18.

**Jeremy Johnson** – October 13, 2010 deposition - Page 4: lines 10-15; Page 7: line 25; Page 8: lines 1-12; Page 14: lines 18-25; Page 15: lines 1-10; Page 16: lines 17-19; Page 20: lines 24-25; Page 21: lines 1-6; Page 22: lines 20-23; Page 24: lines 14-20; Page 27: lines 10-15; Page 29: lines 4-25; Page 33: lines 4-18; Page 50: lines 19-25; Page 51: lines 1-25; Page 52: lines 1-13; Page 53: lines 3-7; 17-20 and 23-25; Page 54: lines 1-6; 11-14 and 20-23; Page 55: lines 21-25; Page 56: line 1; Page 59: lines 2-5 9-10 and 13-18; Page 61: lines 9-25; Page 62: lines 13-20; Page 63: lines 14-17; Page 64: lines 7-18; Page 66: lines 1-16 and 25; Page 67: lines 1-5; Page 68: lines 9-17; Page 71: lines 19-22; Page 72: lines 8-15 and 23-25; Page 73: lines 1-12; Page 74: lines 11-16 and 21-22; Page 75: lines 3-5; Page 78: lines 2-4 and 9-13; Page 79: lines 1-3 and 6-18; Page 80: lines 21-25; Page 81: lines 1-19 and 24-25; Page 82: lines 1-6; 9-19 and 24-25; Page 83: lines 1-4; Page 84: lines 11-25; Page 85: lines 1-10; Page 86: lines 15-20; Page 87: lines 5-10; Page 88: lines 5-12; 18-20 and 25; Page 89: lines 1-12 and 16-25; Page 90: lines 1-12 and 17-23; Page 91: lines 18-25; Page 92: lines 1-6 and 24-25; Page 93: line 1; Page 97: lines 3-8; Page 98: lines 6-11; Page 99: lines 16-25; Page 100: lines 1-5; Page 102: lines 11-20 and 24-25;

Page 103: lines 1-7 and 11-25; Page 104: lines 1-13 and 17-25; Page 105: lines 1-5 and 12-25; Page 106: lines 1-12 and 24-25; Page 107: lines 1-7 and 24-25; Page 108: lines 1-8 and 22-25; Page 109: lines 1-7; 11-13; 16-18 and 23-25; and Page 110: line 1.

**Martin Jones** – September 20, 2010 deposition – p. 3, l. 8-22; p. 9, l. 6-17; p. 10, l. 12-18; p. 11, l. 5-24; p. 12, l. 1-18; p. 13, l. 12-22; p. 14, l. 12-24; p. 15, l. 1-19; p. 17, l. 3-17; p. 20, l. 20-24; p. 21, l. 7-24; p. 22, l. 1-9; p. 28, l. 23-24; p. 29, l. 1-24; p. 30, l. 1-24; p. 31, l. 1-16; p. 32, l. 9-24; p. 33, l. 1-24; p. 34, l. 1-19; p. 34, l. 23-24; p. 35, l. 1-11; p. 36, l. 22-24; p. 37, l. 1-24; p. 38, l. 1-24; p. 39, l. 1-24; p. 40, l. 1-24; p. 41, l. 1-20; p. 43, l. 3-23; p. 44, l. 9-24; p. 45, l. 1-22; p. 47, l. 13-24; p. 48, l. 1-18; p. 51, l. 11-14; p. 55, l. 12-24; p. 56, l. 1-24; p. 57, l. 1-3; p. 51, l. 2-10.

**Abraham Kawah** – November 12, 2010 deposition - Page 4: lines 11-14; Page 9: lines 16-24; Page 10: lines 1-23; Page 18: lines 15-18; Page 35: lines 13-24; Page 49: lines 18-23; Page 67: lines 4-12 and 19-24; Page 69: lines 5-7 and 16-21; Page 73: lines 4-6; Page 75: lines 4-13; Page 76: lines 13-16; Page 78: lines 14-24; Page 79: lines 1-8; Page 80: lines 6-10 and 14; Page 81: lines 6-11; Page 82: lines 9-21; Page 83: lines 23-24; Page 84: lines 1-15; Page 85: lines 10-15; Page 87: lines 7-11; Page 88: lines 3-11; Page 90: lines 1-6; Page 91: lines 3-6 and 17-18; Page 93: lines 1-5; Page 94: lines 8-18; Page 96: lines 1-2 and 13-24; Page 97: lines 1-4 and 24; Page 98: lines 1-8 and 13-15; Page 100: lines 11-17; Page 101: lines 1-3; Page 102: lines 14-19; Page 105: lines 16-21; Page 106: lines 10-12; Page 111: lines 13-18; Page 112: lines 21-24; Page 113: lines 1-5; Page 116: lines 21-22; Page 117: line 7; Page 139:  line 23; Page 140: line 5; Page 141: lines 15-16; Page 144: lines 2-4; Page 146: lines 8-11; and Page 147: lines 10-11.

**Steve Kopischke** – April 7, 2011 deposition – Page 1: 16-18; Page 8: 12-17; Page 10: 4-8; Page 8-11 and 23-25; Page 12: 1-7; Page 13: 8-16; Page 14: 14-16 and 23-25; Page 15: 1-7; Page 20:

15-23; Page 22: 8-13; Page 23: 11-25; Page 24: 1-7; Page 27: 1-6; Page 29: 12-21; Page 36: 6-14; Page 45: 24-25; Page 46: 1-17; Page 48: 9-15; Page 53: 1-5 and 11-25; Page 54: 1-7; Page 55: 5-14; Page 56: 4-25; page 57: 1-10; Page 60: 8-20; Page 61: 8-25; Page 63: 8-15; Page 64: 1-8 and 24-25; Page 65: 1-6; Page 66: 2-7 and 12-21; Page 67: 20-25; Page 68: 1-18; Page 69: 5-25; Page 70: 1-2; Page 73: 20-25; Page 74: 1-23; Page 75: 3-14; Page 77: 16-23; Page 78: 19-25; Page 79: 1-14; Page 82: 10-12, 15-17 and 19-24; Page 91: 7-13; Page 95: 13-25; Page 96: 1 and 9-17; and Page 99: 1-20.

**Raymond Larkin** – September 21, 2010 deposition - Page 4: 15-20; Page 6: 5-10; Page 25: 13-18; Page 27: 9-16; Page 34: 3-11; Page 6-18; Page 64: 1-9 and 15-25; Page 65: 1 and 23-25; Page 66: 1-5 and 13-25; Page 67: 1-20; Page 68: 15-21 and 25; Page 69: 1-17 and 24-25; page 70: 1-6; Page 72: 13-25; Page 73: 1-10 and 20-25; Page 74: 1-7; page 76: 9-15 and 21-25; Page 77: 1-2, 7-12 and 18-25; Page 78: 1-3 and 6-7; Page 79: 25; Page 80; 1-14; Page 81: 23-25; Page 82: 1-5 and 10-18; Page 83: 24-25; Page 84: 1 and 4-25; Page 85: 1-17; Page 86: 14-25; page 87: 1 and 7-25; Page 88: 1-4; Page 1-13 and 18-25; Page 90: 1-8; Page 95: 17-25; Page 96: 1-12; and Page 97: 4-8.

**Cathy Lawley** – September 21, 2010 deposition – p. 3, l. 8-17; p. 14, l. 6-14; p. 40, l. 3-9; p. 40, l. 18; p. 40, l. 20; p. 41, l. 6-8; p. 41, l. 19-24; p. 42, l. 1-20; p. 53, l. 14-19; p. 54, l. 8-21; p. 57, l. 7-24; p. 58, l. 1-6; p. 59, l. 14-24; p. 60, l. 1-24; p. 61, l. 1-24; p. 62, l. 1-20; p. 67, l. 21-24; p. 68, l. 1-24; p. 69, l. 1-6; p. 74, l. 7-24; p. 75, l. 1-24; p. 76, l. 1-24; p. 77, l. 1-24; p. 78, l. 1-15; p. 79, l. 7-24; p. 80, p. l. 1-24; p. 81, l.1; p. 83, l. 2-24; p. 84, l. 1-3; p. 91, l. 10-24; p. 92, l. 1-24; p. 93, l. 1-24; p. 94, l. 1-24; p. 95, l. 1-18; p. 101, l. 2-24; p. 102, l. 1-24; p. 103, l. 1-24; p. 104, l. 1-6; p. 106, l. 18-24; p. 107, l. 1-24; p. 108, l. 1-24; p. 109, l. 1-6; p. 112, l. 1-7; p. 113, l. 8-23; p. 116, l. 20-24; p. 117, l. 1-24; p. 118, l. 1-21; p. 122, l. 6-14; p. 123, l. 2-8; p. 124, l. 6-21; p. 125,

l. 16-24; p. 126, l. 1-9; p. 132, l. 22-24; p. 133, l. 1-9; p. 134, l. 4-20; p. 155, l. 16-24; p. 156, l. 1-24; p. 157, l. 1-11; p. 159, l. 1-10; p. 161, l. 7-22; p. 165, l. 16-24; p. 166, l. 1-6; p. 167, l. 14-24; p. 168, l. 1-4; p. 81, l. 3-23; p. 82, l. 1-4.

**Dustin Nicholson** – October 18, 2010 deposition - Page 4: 6-7 and 12-14; Page 11: 2-10 and 17-25; Page 12: 6-12; Page 13: 1-2, 5-6 and 11-13; Page 14: 13-25; Page 15: 1; Page 16: 19-24; Page 17: 5-7 and 16-18; Page 19: 19-25; Page 20: 1-7; Page 23: 15-18; Page 24: 5-7 and 14-17; Page 25: 6-7; Page 26: 1-13; Page 27: 6-22; Page 28: 11-25; Page 29: 1-14 and 25; Page 30:1-19; Page 31: 2-3, 9-20 and 24; Page 32: 1-9; Page 33: 2-10; Page 35: 9-25: Page 36: 1-25; Page 37: 1-25; Page 38: 1-25; Page 39: 1-21; Page 40: 11-13; Page 41: 6-10 and 14-25; Page 42: 1-8 and 11-25; Page 43: 1-15; Page 44: 17-25; Page 45: 1-5, 10-21 and 24-25; Page 46: 1-11, 14, and 17-19; Page 49: 18-23; Page 50: 5-9; Page 51: 16-25; Page 52: 1-25; Page 53: 1-20; Page 54: 3-25; Page 55: 1-25; Page 56: 1-11 and 14-20; Page 57: 5-25; Page 58: 1-5 and 7-9; Page 59: 1-25; Page 60: 1-18; Page 65: 19-25; Page 66: 1-2 and 12-25; Page 67: 9-25; Page 68: 1-5 and 10-14; Page 69: 6-25; Page 70: 1-12 and 20-25; Page 75: 4-17; Page 77: 7-17; Page 78: 16-25; and Page 79: 1-4.

**Steven Norgbean** – November 11, 2010 deposition - Page 3: 14-25; Page 5: 3-12; Page 10: 24-25; Page 11: 1-16 and 24-25; Page 12: 1; Page 13: 9-10 and 14-23; Page 15: 4-15; Page 16: 5-10; Page 24: 11-13; Page 25: 16-25; Page 26: 1, 5-6, and 10-19; Page 27: 4-18 and 22-25; Page 28: 1; 37: 4-15; Page 40: 23-25; Page 41: 1-15, 16-23, and 25; Page 42: 1-5; Page 51: 5-11; Page 52: 6-9; Page 63: 7-18 and 24-25; Page 64: 1-2 and 11-18; Page 66: 11-23; Page 67: 13-15 and 20-25; Page 68: 1-5; Page 69: 13-17; page 71: 7-25; Page 72: 1-9 and 14-25; Page 73: 1-9; Page 75: 8-19; Page 76: 5-25; Page 77: 1-3; Page 78: 14-25; Page 79: 1-3, 6-19 and 23-25; Page 80: 1-11 and 19-25; Page 81: 1-8 and 10-25; Page 82: 1-5 and 8-24; Page 84: 13-20; Page 85: 4-22; Page

87: 2-9; Page 88: 2-5, 13-16 and 22-25; Page 89: 1-14, 16, and 20-23; Page 91: 18-25; Page 92: 1-15; Page 95: 18-25; Page 96: 6-11; Page 106: 5-25; Page 107: 1-2; Page 108: 2-7; Page 113: 11-25; Page 114: 1-4 and 24-25; Page 115: 1-14; Page 116: 23-25; Page 117: 1-6; Page 118: 22-25; Page 119: 1-11 and 16-25; Page 120: 1-5; and Page 123: 17-24.

**Peter Paige** – April 2, 2011 deposition - Page 5: 14-17; Page 9: 6-8 and 14-15; Page 10: 1-9 and 15-24; Page 11: 1; Page 14: 13-16 and 19-21; Page 15: 19-24; Page 16: 1-2; Page 23: 1-16; Page 24: 14-22; Page 25: 4-13; Page 28: 22-24; Page 29: 1-11; Page 30: 22-24; Page 31: 1-5; Page 32: 8-13; Page 33: 3-11; Page 34: 4-17; Page 42: 2-24; Page 43: 1-24; Page 44: 1-24; Page 45: 1-6 and 9-11; Page 46: 3-4 and 6-9; Page 48: 9-22; Page 49: 7-13; Page 50: 23-24; Page 51: 1-3; Page 56: 23-24; Page 57: 11-15; Page 58: 11-24; Page 59: 1-11 and 15-24; Page 60: 1-2 and 16-20; Page 62: 11-16; Page 67: 9-24; Page 68: 5-23; Page 80: 1-5; Page 82: 8-10 and 20-24; Page 83: 1-2 and 17-20; Page 84: 8-13; Page 85: 12-19 and 24; Page 86: 1-9, 20-21 and 24; Page 87: 2-3 and 9-12; Page 88: 19-24; Page 89: 1-4 and 17-18; Page 95: 6-12; Page 97: 6-24; Page 98: 1 and 10-13; Page 99: 10-12; Page 101: 3-19; Page 103: 20-24; Page 104: 1-19; Page 124: 23-24; Page 125: 1-3 and 24; Page 126: 1-8; Page 128: 15-18; Page 130: 17-21; page 132: 1-6; page 134: 9-13 and 24; Page 135: 1-3; Page 138: 22-24; Page 139: 1-22; Page 162: 13-24; and Page 163: 1-9.

**Robert Pass** – April 13, 2011 deposition – p. 4, l. 16-18; p. 11, l. 7-14; p. 11, l. 24; p. 12, l. 1-8; p. 13, l. 22-24; p. 14, l. 1-7; p. 14, l. 20-24; p. 15, l. 1-13; p. 27, l. 11-20; p. 28, l. 10-20; p. 29, l. 3-24; p. 30, l. 1-24; p. 53, l. 19-24; p. 54, l. 1-24; p. 55, l. 1-9; p. 57, l. 10-18; p. 61, l. 16-24; p. 62, l. 1-3; p. 66, l. 12-24; p. 67, l. 1-2; p. 70, l. 9-24; p. 71, l. 1; p. 75, l. 18-23; p. 82, l. 18-24; p. 83, l. 1-24; p. 92, l. 10-24; p.93, l. 1-6; p. 99, l. 18024; p. 100, l. 1-6; p. 110, l. 12-24; p. 111, l. 1-24; p. 112, l. 1-3.

10

**Creed Patrick** – October 5, 2010 deposition – p. 3, l. 6-8; p. 8, l. 8-24; p. 9, l. 1-24; p. 10, l. 1-21; p. 12, l. 2-24; p. 13, l. 1-5; p. 13, l. 17-24; p. 14, l. 1-24; p. 15, l. 1-24; p. 16, l. 1-21; p. 23 l. 4-18; p. 28, l. 1-13; p. 31, l. 18-24; p. 32, l. 1-21; p. 32, l. 22-24; p. 33, l. 1-24; p. 34, l. 1-24; p. 35, l. 1-24; p. 36, l. 1-5; p. 41, l. 19-24; p. 42, l. 1-12; p. 43, l. 16-24; p. 44, l. 1-24; p. 45, l. 1-9; p. 48, l. 12-24; p. 49, l. 1-24; p. 50, l. 1-24; p. 51, l. 1; p. 52, l. 19-24; p. 53, l. 1-5; p. 56, l. 4-24; p. 57, l. 1-24; p. 58, l. 1-7; p. 58, l. 21-24; p. 59, l. 1-24; p. 60, l. 1-24; p. 61, l. 1-6; p. 67, l. 1-22; p. 70, l. 17-24; p. 71, l. 1-18; p. 76, l. 12-24; p. 77, l. 1-13; p. 80, l. 9-24; p. 81, l. 1-24; p. 82, l. 1-24; p. 83, l. 1-9; p. 83, l. 22-24; p. 84, l. 1-10; p. 87, l. 24; p. 88, l. 1-24; p. 89, l. 1-24; p. 90, l. 1-24; p. 91, l. 1-5; p. 117, l. 19-24; p. 118, l. 1-20; p. 126, l. 17-24; p. 127, l. 1-15; p. 127, l. 16-24; p. 129, l. 1-24; p. 130, l. 1-9; p. 133, l. 3-24; p. 134, l. 1-2; p. 135, l. 21-24; p. 136, l. 1-17; p. 145, l. 12-24; p. 146, l. 1-18; p. 148, l. 10-18; p. 159, l. 8-12; p. 160, l. 13-24; p. 161, l. 1-24; p. 162, l. 1-16; p. 163, l. 22-24; p. 164, l. 1-24; p. 165, l. 1-24; l. 166, l. 1-24; p. 167, l. 1-13; p. 36, l. 22-24; p. 37, l. 1-24; p. 38, l. 1-24; p. 39, l. 1-24; p. 40, l. 1-3; p. 41, l. 11-18.

**Andry Pererva** – October 14, 2010 deposition – p. 4, l. 13-15; p. 4, l. 18-20; p. 9, l. 8-11; p. 16, l. 24-25; p. 17, l. 1-3; p. 17, l. 17-24; p. 18, l. 1-6; p. 21, l. 21-25; p. 25, l. 25; p. 26, l. 1-2; p. 26, l. 9-22; p. 27, l. 17-22; p. 28, l. 20-25; p. 38, l. 10-13; p. 39, l. 3-6; p. 39, l. 10-13; p. 39, l. 22-25; p. 43, l. 21-25; p. 44, l. 1-7; p. 53, l. 1-25; p. 54, l. 1-6; p. 56, l. 13-25; p. 57, l. 1-3; p. 73, l. 2-11; p. 73, l. 19-25; p. 74, l. 12-20; p. 75, l. 16-18; p. 76, l. 14-25; p. 77, l. 1-5; p. 82, l. 24-25; p. 83, l. 1-10; p. 85, l. 11-25; p. 86, l. 1-2; p. 87, l. 15-25; p. 88, l. 1-15; p. 89, l. 1-13; p. 90, l. 4-7; p. 90, l. 13-25; p. 91, l. 1-17; p. 92, l. 12-24; p. 93, l. 23-25; p. 94, l. 1-17; p. 95, l. 10-18; p. 97, l. 14-18; p. 98, l. 8-11; p. 98, l. 21-25; p. 99, l. 1-5; p. 101, l. 22-25; p. 102, l. 1-7; p. 102, l. 17-23; p. 103, l. 2-15; p. 104, l. 17-19; p. 105, l. 7-22; p. 109, l. 6-25; p. 110, l. 1-11; p. 111, l. 5-25; p. 112, l. 1-2; p. 114, l. 11-15; p. 114, l. 24-25; p. 115, l. 1-13; p. 119, l. 5-8; p. 120, l. 2-10; p. 122,

l. 9-15; p. 125, l. 2-25; p. 126, l. 1-2; p. 128, l. 24-25; p. 129, l. 1-23; p. 130, l. 1-25; p. 131, l. 1-25; p. 132, l. 1-8; p. 132, l. 13-25; p. 133, l. 1-5; p. 136, l. 3-8; p. 136, l. 24-25; p. 137, l. 1-3; p. 141, l. 4-7; p. 141, l. 10-14; p. 154, l. 23-25; p. 155, l. 1-12.

**Michael Terry** – October 13, 2010 deposition – p. 6, 1. 23-25; p. 7, 1. 1-4; p. 11, 1. 19-21; p. 13, 1. 16-25; p. 14, 1. 1-4, 17-23; p, 15, 1. 10-14; p. 17, 1. 11-24; p. 18, 1. 17-25; p. 19, 1. 1-18; p. 20, 1. 14-25; p. 21, 1. 1-10; p. 22, 1. 7-25; p. 23, 1. 1; p. 27, 1. 11-25; p. 28, 1. 1; p. 30, 1. 19-25; p. 31, 1. 1-3, 14-25; p. 32, 1. 1, 24-25; p. 33, 1. 1-8; p. 34, 1. 17-25; p. 35, 1. 1-8; p. 37, 1. 1-5; p. 38, 1. 22-25; p. 39, 1. 1-7; p. 40, 1. 4-14; p. 43, 1. 8-25; p. 44, 1. 1-25; p. 45, 1. 12-18; 46, 1. 7-25; p. 47, 1. 1-25; p. 48, 1. 1-14, 22-25; p. 49, 1. 1-5, 9-25; p. 50, 1. 1-25; p. 51, 1. 1, 5-25; p. 52, 1. 1-2; p. 53, 1. 19-25; p. 54, 1. 1-16.

**Phil Wannarka** – September 30, 2010 deposition – Page 3: 10-13; Page 5: 13-25; Page 6: 3-25; Page 7: 1-18 and 22-25; Page 8: 1-6 and 17-22; Page 9: 2-4 and 21-25; Page 10: 1-15; Page 11: 5-8; Page 12: 16-25; Page 13: 1-17 and 25; Page 14: 1-15 and 20-25; Page 15: 1-14; Page 16: 8-25; Page 17: 1-25; Page 18: 1-16; Page 20: 5-14 and 18-25; Page 21: 1-25; Page 22: 1 and 15-25; Page 23: 1-11 and 13-24; Page 24: 11-12 and 14-25; Page 25: 1-25; Page 26: 1-25; Page 27: 1-25; Page 28: 1-25; Page 29: 1-23; Page 30: 7-25; Page 31: 1-4, 7-8 and 19-25; Page 32: 1-23; Page 33: 12-25; Page 34: 1-23; Page 35: 11-23; Page 36: 5-11 and 13-16; Page 41: 23-25; Page 42: 1-13; Page 43: 15-25; Page 44: 1-3; Page 45: 13-25; Page 46: 1-2 and 4-20; Page 47: 6-11 and 18-23; Page 55: 14-15 and 17-25; Page 56: 1-9 and 14-25; Page 57: 1-25; Page 58: 1-3, 5-11 and 13-25; Page 59: 1-12 and 21-25; Page 60: 1-13; Page 61: 18-25; Page 62: 1-25; Page 63: 1-2 and 10-21; Page 64: 6-14; Page 65: 12-16; Page 66: 19-25; Page 67: 1-15; Page 75: 11-25; Page 76: 1-25; Page 77: 1-6 and 21-22; Page 78: 6-10; Page 79: 24-25; Page 80: 1-25; Page 81: 1-25; Page 82: 1-25; Page 83: 1-6 and 17-25; Page 84: 1 and 4-17; Page 85: 12-18; Page 86: 12-16 and

19-23; Page 87: 7-13; Page 88: 11-22; Page 91: 3-8 and 12-18; Page 92: 7-25; Page 93: 1-12;

Page 97: 20-24; Page 98: 2-13 and 15-25; Page 99: 1-11 and 18-25; Page 100: 1-3; Page 103: 15-

25; and Page 104: 1-3.

**Dennis Warner** – September 27, 2010 deposition – p. 13, 1. 9-12; p. 15, 1. 18-25; p. 16, 1. 1-3;

p. 21, 1. 16-20; p. 34, 1. 14-25; p. 35, 1. 1-22; p. 37, 1. 9-25; p. 38, 1. 1-2; p. 39, 1. 6-25; p. 40, 1.

1-17; p. 46, 1. 16-25; p. 47, 1. 1-2; p. 50, 1. 16-25; p. 51, 1. 1-18; p. 55, 1. 8-20; p. 56, 1. 16-25;

p. 57, 1. 1-25; p. 58, 1. 1-16; p. 62, 1. 14-25; p. 63, 1. 1-25; p. 64, 1. 1-16; p. 70, 1. 6-11; p. 72, 1.

7-25; p. 73, 1. 1-13, 18-25; p. 74, 1. 1-10; p. 75, 1. 15-25; p. 76, 1. 1-25; p. 77, 1. 1-6, 20-25; p.

78, 1. 1-2; p. 81, 1. 24-25; p. 82, 1. 1-16; p. 84, 1. 3-5; p. 94, 1. 7-25; p. 95, 1. 1-25; p. 96, 1. 1-

25; p. 97, 1. 1-17; p. 104, 1. 24-25; p. 105, 1. 1-20; p. 110, 1. 9-12; p. 112, 1. 7-25; p. 113, 1. 1-

22; p. 114, 1. 7-14; p. 116, 1. 4-9; p. 117, 1. 16-25; p. 118, 1. 1-12; p. 119, 1. 12-20; p. 122, 1.

19-25; p. 123, 1. 1-25; p. 124, 1. 1-3; p. 126, 1. 10-20; p. 129, 1. 7-25; p. 130, 1. 1-4, 8-25; p.

131, 1. 1-9; p. 153, 1. 20-25; p. 154, 1. 1-18.

Respectfully submitted this 6th day of May, 2011.

GINGRAS, CATES & LUEBKE                    AXLEY BRYNELSON, LLP

s/   Heath P. Straka_____                s/_____
Robert J. Gingras                           Michael J. Modl
Michael J. Luebke                           Timothy D. Edwards
Eric J. Haag                                2 E. Mifflin Street, Ste. 200
Heath P. Straka                             Madison, WI  53703
8150 Excelsior Drive                        (608) 257-5661
Madison, WI  53701-1808                     mmodl@axley.com
(608) 833-2632                              tedwards@axley.com
gingras@gcllawyers.com
luebke@gcllawyers.com
haag@gcllawyers.com
straka@gcllawyers.com