UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

AARON ESPENSCHEID,
GARY IDLER, and
MICHAEL CLAY,
on behalf of themselves and a class
of employees and/or former employees
similarly situated,

       Plaintiffs,

v.                                             Case No.  09-cv-625

DIRECTSAT USA, LLC,
and
UNITEK USA, LLC,

       Defendants.
_____

## PLAINTIFFS' DEPOSITION DESIGNATION
_____

NOW COME Plaintiffs Aaron Espenscheid, Gary Idler and Michael Clay, on behalf of themselves and a class of similarly situated employees, by their attorneys Gingras Cates & Luebke and Axley Brynelson, LLP, and provide the following deposition designation for use at trial.

**Hank Holloway-Bryant** – October 6, 2010 deposition - Page 4: 16-23; Page 10: 5-7, 10-14 and 17-21; Page 28: 23-24; Page 29: 1-5; Page 30: 10-19; Page 31: 2-17; Page 32: 24; Page 33: 1-24; Page 34: 1-2, 10-14, 17 and 19-24; Page 35: 1-2, 4-7, 9-13 and 20-24; Page 36: 1-9 and 14-17; Page 38: 17-24; Page 39: 1-2 and 7-16; Page 41: 5-6 and 11-23; Page 42: 3-24; Page 43: 1-17; Page 44: 8-18; Page 45: 10-20; Page 46: 13-19; Page 48: 5-11 and 23-24; Page 49: 1-2; Page 60: 9-16 and 21-24; Page 61: 1-3 and 6-24; Page 62: 1-24; Page 63: 4-11 and 18-19; Page 64: 6-24; Page 65: 1-7 and 19-24; Page 66: 1-10; 13-17 and 24; Page 67: 1-8 and 17-24; Page 68: 1-24;

Page 69: 1-9; Page 75: 4-20; Page 78: 18-24; Page 79: 1-4; Page 80: 6-7 and 24; Page 81: 1-13; Page 86: 11-17; Page 87: 14-16; Page 91: 3-20; Page 94: 8-10 and 23-24; Page 95: 1-4; Page 106: 22-24; Page 107: 1-5 and 13-18; Page 108: 3-16; Page 109: 3-24; Page 110: 1-4; Page 113: 17-19; Page 114: 11-21; Page 115: 10-24; Page 116: 1-6; Page 118: 1-2; Page 132: 12-13 and 19-24; Page 133: 1-21; Page 134: 1-24; Page 135: 1-10; Page 141: 16-24; Page 142: 1-3; Page 144: 22-23; Page 146: 23-24; Page 147: 1-11; page 148: 23-24; Page 149: 1-24; Page 150: 1-8 and 12-24; and Page 151: 1-10.

Respectfully submitted this 19th day of May, 2011.

| GINGRAS, CATES & LUEBKE | AXLEY BRYNELSON, LLP |
|---|---|
| s/ Eric J. Haag | s/ |
| Robert J. Gingras | Michael J. Modl |
| Michael J. Luebke | Timothy D. Edwards |
| Eric J. Haag | 2 E. Mifflin Street, Ste. 200 |
| Heath P. Straka | Madison, WI 53703 |
| 8150 Excelsior Drive | (608) 257-5661 |
| Madison, WI 53701-1808 | mmodl@axley.com |
| (608) 833-2632 | tedwards@axley.com |
| gingras@gcllawyers.com | |
| luebke@gcllawyers.com | |
| haag@gcllawyers.com | |
| straka@gcllawyers.com | |