THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

AARON ESPENSCHEID,
GARY IDLER, and
MICHAEL CLAY,
on behalf of themselves and a class
of employees and/or former employees
similarly situated,

       Plaintiffs,

v.                                               Case No.  09-cv-625

DIRECTSAT USA, LLC,
and
UNITEK USA, LLC,

       Defendants.

---

## PLAINTIFFS' WITNESS LIST
---

       NOW COME Plaintiffs Aaron Espenscheid, Gary Idler and Michael Clay, on behalf of themselves and a class of similarly situated employees, by their attorneys Gingras Cates & Luebke and Axley Brynelson, LLP, and hereby submit the following list of witnesses Plaintiffs will call at trial via live testimony, video deposition testimony or deposition designation.  The manner in which the witness will testify was indicated in Plaintiffs' Rule 26(a)(3) disclosures, unless indicated differently below.

        1.       Daniel Allers
        2.       James Atkinson
        3.       Thomas Berryman
        4.       Scott Barnes
        5.       Herbert Blunt
        6.       Mark Braniff
        7.       Todd Brennan
        8.       Bryan Bruheim
        9.       Brian Carrier

10. Michael Clay
11. David DeSerre
12. Brett Domke
13. Grant Dorniden
14. Daniel Eckman
15. Aaron Espenscheid
16. Steven Forrest
17. Nathan Fraley
18. Charles Frantz
19. James George
20. Troy Gilbertson
21. Robert Hammonds
22. Mitch Hanson
23. Hank Holloway-Bryant (by deposition designation)
24. R.J. Hutchison
25. Gary Idler
26. Michael Jackson
27. Christopher Johnson
28. Jeremy Johnson
29. Abraham Kawah
30. Steve Kopischke
31. Chad Ludlum
32. Dustin Nicholson
33. Steve Norgbean
34. Christopher Nye
35. Peter Paige
36. Robert Pass
37. Brad Pauwels
38. Andry Pererva
39. Michael Terry
40. Dennis Warner
41. Ray Wetzel
42. Randy Whitrock
43. Todd Witkowski
44. David Lewin, PhD.
45. Daniel Yannantuono (Adversely)
46. Yvette Shockman (Adversely)
47. Elizabeth Downey (Adversely)
48. Jason Heaberlin (Adversely)
49. William Morrison (Adversely) (video deposition already     taken)
50. James Dellinger (Adversely)
51. Phil Wannarka (Adversely)
52. Stephanie Cook (Adversely)
53. Cathy Lawley (Adversely)
54. Robert Fabrizio (Adversely)
55. Martin Jones (Adversely)

       56.       Jeff Winterbottom (Adversely)
       57.       Bryce Woodford (Adversely)
       58.       Robert Bogseth (Adversely)
       59.       Angela Peterson (Adversely)
       60.       Atty. William Daily
       61.       Lori Connor

Respectfully submitted this 19th day of May, 2011.

| GINGRAS, CATES & LUEBKE, S.C. | AXLEY BRYNELSON, LLP |
|---|---|
| s/ Heath P. Straka | s/ |
| Robert J. Gingras | Michael J. Modl |
| Michael J. Luebke | Timothy D. Edwards |
| Eric J. Haag | 2 E. Mifflin Street, Ste. 200 |
| Heath P. Straka | Madison, WI 53703 |
| 8150 Excelsior Drive | (608) 257-5661 |
| Madison, WI 53701-1808 | mmodl@axley.com |
| (608) 833-2632 | tedwards@axley.com |
| gingras@gcllawyers.com | |
| luebke@gcllawyers.com | |
| haag@gcllawyers.com | |
| straka@gcllawyers.com | |