## THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

AARON ESPENSCHEID,
GARY IDLER, and
MICHAEL CLAY,
on behalf of themselves and a class
of employees and/or former employees
similarly situated,

      Plaintiffs,

v.                                         Case No.  09-cv-625

DIRECTSAT USA, LLC,
and
UNITEK USA, LLC,

      Defendants.

## PLAINTIFFS' TRIAL EXHIBIT LIST

      NOW COME Plaintiffs Aaron Espenscheid, Gary Idler and Michael Clay, on behalf of themselves and a class of similarly situated employees, by their attorneys Gingras Cates & Luebke and Axley Brynelson, LLP, and hereby identifies the following exhibits to be presented at trial:

### TRIAL EXHIBIT FORM

| EXHIBIT(S) OF:<br><br>**PLAINTIFFS** | **ESPENSCHEID, et al.**<br><br>**v.**<br><br>**DIRECTSAT USA, LLC, et al.** | Case No.: **3:09-cv-00625-bbc** |
|---|---|---|

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | **No.** | **Witness** | | |
| | 1. | | Dellinger email, 9-11-08, re. Overtime Reporting DSAT-UTEK 364382 | |
| | 2. | | UniTek USA Employee Handbook Jan. 2007 - Feb. 2009 (Depo. exh. 2) DSAT/UTEK 000089-132 | |
| | 3. | | UniTek USA Employee Policy Booklet July, 2007 - June, 2008 (Depo. exh. 3) DSAT/UTEK 000035-88. | |
| | 4. | | UniTek USA / DirectSat USA Employee Handbook (Depo. exh. 4) | |
| | 5. | | UniTek USA DirectSat USA Employee Policy Booklet June, 2008 through 2-26-10 (Depo. exh. 5) | |
| | 6. | | DirectSat USA Employee Handbook (Depo. exh. 6) DSAT/UTEK 001892 – 1935 | |
| | 7. | | DirectSat USA Employee Handbook July, 2009 - unspecified time (Depo. exh. 7): DSAT/UTEK 001750 - 1797 | |
| | 8. | | DirectSat USA Fleet Policy Handbook March, 2009 (Depo. exh. 8; also Depo. exh. 1, Woodford) | |
| | 9. | | DirectSat Management Guidebook (Depo. exh. 9) DSAT/UTEK 001736 | |
| | 10. | | Job Description - Technician (Depo. exh. 10) DSAT/UTEK 135-37 | |
| | 11. | | 10-1-09 Yannantuono memo re New Timesheet Guidelines (Depo. exh. 11) | |
| | 12. | | DirectSat Weekly Timesheet (blank) (Depo. exh. 12) (also Depo. exh. 5, Woodford). | |
| | 13. | | Phone Calling Policy: "Collectively | |

1

**TRIAL EXHIBIT FORM**

| EXHIBIT(S) OF: | ESPENSCHEID, et al. | |
|---|---|---|
| **PLAINTIFFS** | **v.** | Case No.: **3:09-cv-00625-bbc** |
| | **DIRECTSAT USA, LLC, et al.** | |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | **No.** | **Witness** | | |
| | | | we are not doing a good job..." Depo. exh. 13 | |
| | 14. | | 7-9-08 memo from Shockman re Timesheet Policy, (Depo. exh. 14) DSAT/UTEK 1996 | |
| | 15. | | 2-2-09 Timesheet Policy (Depo. exh. 15) DSAT/UTEK 1984 | |
| | 16. | | Standard Installation sheet MN and WI rates 11-9-08 - Espenscheid (signed 5-26-09) (Depo. exh. 16) (also Depo. exh. 3, Woodford) | |
| | 17. | | Espenscheid time sheet 6-20-09 (Depo. exh. 17) | |
| | 18. | | 9-18-09 Paycheck verification procedures (Depo. exh.18) DSAT/UTEK 1989 | |
| | 19. | | Payroll explanation and compliance form (Depo. exh. 19) DSAT/UTEK 2011-2013 | |
| | 20. | | DirectSat Technician Payroll Policy & Procedures - effective 12-4-06 DSAT/UTEK 9656 | |
| | 21. | | COV Policy DSAT/UTEK 105029-31 | |
| | 22. | | Unitek new hire checklist (Depo. exh. 22) DSAT/UTEK 14 | |
| | 23. | | New employee payroll date form (Depo. exh. 23) DSAT/UTEK 13 | |
| | 24. | | Employee Agreement - Pre-Tax Payroll Deductions (Depo. exh. 24) | |
| | 25. | | How to Use TriCor's Internet Requesting System DSAT-UTEK 00172 (Depo. exh. 25) | |
| | 26. | | Corrective Action Process (Depo. exh. 26) DSAT/UTEK 001730-36 | |
| | 27. | | DSAT/UTEK 368386 Pre-call checklist | |

**TRIAL EXHIBIT FORM**

| EXHIBIT(S) OF: | ESPENSCHEID, et al. | |
|---|---|---|
| **PLAINTIFFS** | **v.** | Case No.: **3:09-cv-00625-bbc** |
| | **DIRECTSAT USA, LLC, et al.** | |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | **No.** | **Witness** | | |
| | 28. | | DirectSat Employee Candidate Employment Release Statement (blank) (Depo. exh. 28) DSAT-UTEK 00173 | |
| | 29. | | Power Point slides "New Timesheets-effective 10/4/09", IDLER 50375-84 | |
| | 30. | | PTO Request Form (blank) (Depo. exh.30) | |
| | 31. | | DirectSat form SSA-89 (blank) (Depo. exh.31) DSAT-UTEK 00174 | |
| | 32. | | DSAT-UTEK 001990 Piece Rate Calculation Memo 2.20.09 | |
| | 33. | | Lawley Memo 10.12.09 DSAT/UTEK 105059 | |
| | 34. | | Cell Phone Policy (Espenscheid), DSAT-UTEK  000022 | |
| | 35. | | UniTek USA Employee Policy Booklet with excerpt on GPS policy prepared by Fabrizio 6-7-07 DSAT/UTEK 35, 54 | |
| | 36. | | UniTek USA Employee Policy Booklet with excerpt - Company Owned Vehicle policy DSAT/UTEK 35, 52-53 | |
| | 37. | | DirectSat USA Technician Expectations (Depo. exh. 1, Dellinger) DSAT/UTEK 112444-46 | |
| | 38. | | HSP Site Training Cover Sheet - Rola (training manager) (Depo. exh. 2, Dellinger) | |
| | 39. | | HSP Site Training Cover Sheet (blank) (Depo. exh. 3, Dellinger) | |
| | 40. | | FMLA policy (Depo. exh. 40) DSAT-UTEK 001887 | |
| | 41. | | Company paid holiday policy (Depo. exh. 41) | |

**TRIAL EXHIBIT FORM**

| EXHIBIT(S) OF: | ESPENSCHEID, et al. | |
|---|---|---|
| **PLAINTIFFS** | **v.** | Case No.: **3:09-cv-00625-bbc** |
| | **DIRECTSAT USA, LLC, et al.** | |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | **No.** | **Witness** | | |
| | 42. | | Interview Questions (Depo. exh. 42) DSAT/UTEK 001944-1951 | |
| | 43. | | Snell email chain 9-24-09 re. GPS exception reporting DSAT/UTEK 364374-76 | |
| | 44. | | Giacalone email chain 10-29-07 DSAT/UTEK 364377-81 | |
| | 45. | | DirectSat Experienced Technician Referral Program (Depo. exh. 45) DSAT/UTEK 001978-9 | |
| | 46. | | 12-24-09 memo re Paycheck Verification Procedure (Depo. exh. 46) | |
| | 47. | | New Hire Process Policy (Depo. exh. 47) DSAT/UTEK 002004-5 | |
| | 48. | | New Hire Facilitator's Guide, Ch. 25 Work Orders, DSAT-UTEK 000594-6, 001182-001262 | |
| | 49. | | Wannarka email chain 9-15-08 re. Time sheets and lunch IDLER 3876-77 | |
| | 50. | | Request for Resources (Depo. exh. 50) DSAT/UTEK 003131 | |
| | 51. | | DSAT-UTEK 165980 Shockman Notebook entry re. OT training | |
| | 52. | | DSAT-UTEK 165969 Shockman Notebook entry re. OT and lunch | |
| | 53. | | DSAT-UTEK 165771 Shockman Notebook entry re. OT calculation | |
| | 54. | | DSAT-UTEK 166024 Shockman Notebook entry re. start of workday | |
| | 55. | | Truck Kit / Tool Issuance Form (Depo. exh. 55) DSAT/UTEK 10514 | |
| | 56. | | DirectSat Tool Form signed 7-17-07 (Depo. exh. 56) DSAT/UTEK 12846 | |
| | 57. | | 10-16-08 memo from Shockman re. How Piece Rate is Calculated | |

## TRIAL EXHIBIT FORM

| EXHIBIT(S) OF:  PLAINTIFFS | ESPENSCHEID, et al.  v.  DIRECTSAT USA, LLC, et al. | Case No.: **3:09-cv-00625-bbc** |
|---|---|---|

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | **No.** | **Witness** | | |
| | | | DSAT/UTEK 171 and ESPENSCHEID 02459 | |
| | 58. | | 10-3-07 memo from Shockman re. Timesheet Policy DSAT/UTEK 160 | |
| | 59. | | GPS activity report 10-7-07 - 10-9-07 (Depo. exh. 2, Yannantuono; also Depo. exh. 59) DSAT/UTEK 11320-11332. | |
| | 60. | | DSAT-UTEK 00488- DirectSat Org. Chart 1.21.2010 | |
| | 61. | | DSAT-UTEK 0019 DirectSat HR Org. Chart | |
| | 62. | | Unitek organization charts.  (Depo. exh. 1, Yannantuono) | |
| | 63. | | DirectSat Technician Policy Payroll and Procedures, signed by Bolden 1-9-07 (Depo. exh. 63) DSAT/UTEK 9991-2 | |
| | 64. | | Time Card Policy & Procedure (Depo. exh. 64) (Depo. exh. 2, Bah) DSAT/UTEK 4886-7 | |
| | 65. | | Fleet Maintenance Policy and Procedures (Depo. exh. 65) DSAT/UTEK 6821 | |
| | 66. | | COV instructions (Depo. exh. 66) DSAT/UTEK 10376-7 | |
| | 67. | | DSAT-UTEK 020945 Training Pay Structure and rates | |
| | 68. | | Emails to and from Brian Carrier in 2009, CARRIER 1-14 | |
| | 69. | | Carrier Workorders, CARRIER 15-90 | |
| | 70. | | Carrier personnel file DSAT/UTEK 145636-663 | |
| | 71. | | Carrier timesheets 1.3.09-3.21.09, Non-sequential Bates | |
| | 72. | | Carrier meeting sign-in sheets (Big | |

5

## TRIAL EXHIBIT FORM

| EXHIBIT(S) OF: | ESPENSCHEID, et al. | |
|---|---|---|
| **PLAINTIFFS** | **v.** | Case No.: **3:09-cv-00625-bbc** |
| | **DIRECTSAT USA, LLC, et al.** | |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | **No.** | **Witness** | | |
| | | | Lake, MN) DSAT/UTEK 016965-999 (there are gaps in the numbering, but the exhibit is one packet of sign-in sheets) | |
| | 73. | | PA Calls 2008-2009, Bates DSAT-UTEK 165496-165581 | |
| | 74. | | Technician Meeting Sign-In Sheets (Claremont, MN), DSAT-UTEK 016780-016880 | |
| | 75. | | Email Shockman 11.15.07 regarding an exit interview, DSAT-UTEK 043099-100 | |
| | 76. | | Woodford Email 9.17.09 regarding paycheck verification procedure, DSAT-UTEK 00166, 00163 | |
| | 77. | | Trimble Manual and Reports, TRIMBLE/@ROAD DIRECTSAT CONFIDENTIAL 002070-002281 | |
| | 78. | | Email Norm Snell 8.12.09, DSAT-UTEK 366705-07 | |
| | 79. | | Email John Kowalski 5.9.07, DSAT-UTEK 366821-22 | |
| | 80. | | Email Greg Militello 8.11.09, DSAT-UTEK 366855-56 | |
| | 81. | | Email Phil Wannarka 9.1.09, IDLER 50431-32 | |
| | 82. | | Email Phil Wannarka 9.29.10, IDLER 50363-64 | |
| | 83. | | Email Phil Wannarka 8.10.09, IDLER 50420-27 (Depo. Exh. 62) | |
| | 84. | | @Road Report 4.28.09 regarding onsite by 8:00 am, IDLER 50669-50836 | |
| | 85. | | Email William Jones 5.8.09, IDLER 50370-71 | |
| | 86. | | Email Scott Barnes 8.10.09, IDLER 50395 | |

**TRIAL EXHIBIT FORM**

| EXHIBIT(S) OF: | ESPENSCHEID, et al. | |
|---|---|---|
| **PLAINTIFFS** | **v.** | Case No.: **3:09-cv-00625-bbc** |
| | **DIRECTSAT USA, LLC, et al.** | |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | **No.** | **Witness** | **Description** | |
| | 87. | | Email Dennis Ross 8.10.09, IDLER 50397 | |
| | 88. | | Email Dennis Ross 10.19.09, IDLER 50372-84 (Idler Depo Exh. 9) | |
| | 89. | | Email Elizabeth Downey 9.11.08, DSAT/UTEK 105063 | |
| | 90. | | Timesheet exemplar DSAT/UTEK 001742 | |
| | 91. | | Hisey Letter to Wannarka DSAT/UTEK 105019-105020 | |
| | 92. | | Email to Wannarka, IDLER 50433 | |
| | 93. | | Idler GPS example  with exemplar timesheet, Wannarka Depo Exh 12-13 | |
| | 94. | | Email Wannarka 4.28.09 IDLER 50559-60 with @Road Report IDLER 50561-569 (Depo. Exh. 61) | |
| | 95. | | Email Wannarka 8.6.09 IDLER 50394 | |
| | 96. | | Safety Meeting Report DSAT/UTEK 016788-89 | |
| | 97. | | Email Wannarka 9.15.08 IDLER 3876-77 | |
| | 98. | | Point Matrix DSAT/UTEK 00533-39 | |
| | 99. | | Point Matrix DSAT/UTEK 00516-18 | |
| | 100. | | Performance Measurement Policy DSAT/UTEK 22070 | |
| | 101. | | Email Wannarka 8.13.09 IDLER 50428-30 | |
| | 102. | | Email Miller and Lawley 11.2.09 DSAT/UTEK 077381-83 | |
| | 103. | | Email Wannarka 8.2.09 IDLER 50555-57 | |
| | 104. | | Email Idler 10.19.09 regarding new timesheets, IDLER 50372-84 | |

## TRIAL EXHIBIT FORM

| EXHIBIT(S) OF: | ESPENSCHEID, et al. | |
|---|---|---|
| **PLAINTIFFS** | **v.** | Case No.: **3:09-cv-00625-bbc** |
| | **DIRECTSAT USA, LLC, et al.** | |

| Date | Identification No. | Witness | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | 105. | | Packet of 207 DirectSat emails to Idler from August, 2009, as identified in Haag Aff., Dkt. #375, ¶ 6-8 | |
| | 106. | | Packet of 162 DirectSat emails to Idler from September, 2009, as identified in Haag Aff., Dkt. #375, ¶ 6-8 | |
| | 107. | | Idler Depo. Exh. 5 (Personnel File) | |
| | 108. | | GPS Installation IDLER 49898 | |
| | 109. | | Idler Depo. Exh. 10 (Jeremy Johnson email) | |
| | 110. | | Idler Depo. Exh. 12 (GPS data) | |
| | 111. | | Idler Depo. Exh. 13 (timesheet and GPS data) | |
| | 112. | | Idler Timesheets, week ending 2.7.09 – 2.6.10, Bates non-sequential | |
| | 113. | | Idler GPS data provided by DirectSat 8.1.09-10.31.09, no Bates | |
| | 114. | | PROS Report re Dan Allers DSAT/UTEK 109834 and 109405 | |
| | 115. | | Allers timesheets 3.14.09-3.13.10, Non-sequential Bates | |
| | 116. | | Allers GPS data provided by DirectSat 8.1.09-11.1.09, no Bates | |
| | 117. | | Allers personnel file DSAT/UTEK 356470-526 | |
| | 118. | | Scott Barnes timesheets 1.4.09-10.19.09, Non-sequential Bates | |
| | 119. | | Barnes personnel file DSAT/UTEK 167101-133 | |
| | 120. | | Tom Berryman timesheets 3.14.09, 3.28.09, 8.15.09 | |
| | 121. | | Berryman GPS data provided by DirectSat 5.19.09-8.14.09 | |
| | 122. | | Berryman personnel file DSAT/UTEK 144484-521 | |

## TRIAL EXHIBIT FORM

| EXHIBIT(S) OF: | ESPENSCHEID, et al. | |
|---|---|---|
| **PLAINTIFFS** | **v.** | Case No.: **3:09-cv-00625-bbc** |
| | **DIRECTSAT USA, LLC, et al.** | |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | **No.** | **Witness** | | |
| | 123. | | Marc Braniff timesheets 2.21.09-8.15.09, Non-sequential Bates | |
| | 124. | | Braniff GPS data provided by DirectSat 6.28.09-9.24.09 | |
| | 125. | | Braniff personnel file DSAT/UTEK 145119-237 | |
| | 126. | | Steve Kopischke personnel file DSAT/UTEK 148237-266 | |
| | 127. | | Kopischke time sheets 6.26.09-9.5.09, Non-sequential Bates | |
| | 128. | | Kopischke GPS data provided by DirectSat 7.20.09-8.31.09, no Bates | |
| | 129. | | Corrective Action Form – Discipline for missed weekly meetings. DSAT/UTEK: 005185; 005296; 005499; 005500; 005589; 011985; 012167; 013822; 015056; 018103; 018382; 018386; 018739; 018740; 018741; 019991; 038536; 041034; 044990; 044993; 046346; 047190; 048575; 053987; 062889; 063741; 064285; 074605-606; 076888; 079790; 104255; 105514; 105524; 154312; 105520; 154318; 115522; 117607; 121949; 123722; 164985; 123723; 164986; 130985; 132721; 134176; 143061; 145280; 153038; 155429; 155459; 159520; 163227-229; 163671; 163937; 164017; 164019; 164799; 170453; 352315; 171548; 353410; 173274; 355080; 299490; 301979; 352531; 354132; 357275; 357605; 361754; 362449; 362972; 362976. | |
| | 130. | | Corrective Action Form – Discipline for missing other mandatory meetings and events. DSAT/UTEK: 136741; 171593; | |

## TRIAL EXHIBIT FORM

| EXHIBIT(S) OF: | ESPENSCHEID, et al. | |
|---|---|---|
| **PLAINTIFFS** | **v.** | Case No.: **3:09-cv-00625-bbc** |
| | **DIRECTSAT USA, LLC, et al.** | |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | **No.** | **Witness** | | |
| | | | 173329; 351972; 352564; 115951. | |
| | 131. | | Corrective Action Form – Discipline for performance on scorecard. DSAT/UTEK: 009417; 011314; 027254; 037949; 049484; 049869; 059601; 062419; 062815; 063002; 103131; 119625; 152390; 115678; 117431; 152360; 130039; 135804; 142406; 155891; 156813; 157518; 158183; 158852; 159278; 160570; 162419; 170588; 172688; 174744; 178387; 301977; 356113. | |
| | 132. | | Correction Action Form – Discipline related GPS-detected violations. DSAT/UTEK: 005360; 005593; 063622-623; 008502; 010490; 014812-813; 015122; 015148-149; 019034; 024486; 025465-467; 039719; 044242; 045931; 365333; 047565; 364866; 047567; 364868; 053986; 054435; 060700-701; 063622; 078832; 098570; 133593; 098572-573; 133595-596; 098728; 098724; 114216-217; 098733; 114221; 104144-145; 120331-332; 104146; 120333; 105512-513; 154310; 105518-519; 154316-317; 115681; 115841; 116185-186; 118542; 122344; 127285; 127577; 136208; 136740; 140875; 141168; 143063-064; 144875; 146412-414; 147462; 149708-709; 150825-827; 154068; 158686-687; 160247; 160250; 166497-498; 173750; 175568-571; 246313; 246316; 294439; 352526; 352688; 354135; 356785; 362433; | |

## TRIAL EXHIBIT FORM

| EXHIBIT(S) OF: | ESPENSCHEID, et al. | |
|---|---|---|
| **PLAINTIFFS** | **v.** | Case No.: **3:09-cv-00625-bbc** |
| | **DIRECTSAT USA, LLC, et al.** | |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | **No.** | **Witness** | | |
| | 133. | | Correction Action Form – Discipline for failing to make customer contact. DSAT/UTEK: 041078; 036977 | |
| | 134. | | Termination Report – Termination for low scorecard rating. DSAT/UTEK: 009922; 053895; 060529; 074325; 102169; 114824; 115900; 129498; 130015; 130039; 138437; 141764; 147514; 149521; 155370; 155448; 159256; 160543; 167034; 169548; 173055; 174521; 174706; 178342; 178971; 301542; 351874; 354861; 356084 | |
| | 135. | | Termination Report – Termination for performance generally. DSAT/UTEK: 039686; 055537; 056118; 058270; 074415-416; 098453; 104507; 114980; 115507; 118321; 125029; 146166; 172384; 354190; 173259; 173954; 350722; 364750 | |
| | 136. | | Termination Report – Termination for violation of a policy that was discovered through managers and/or supervisor's use of GPS. DSAT/UTEK: 054414; 064160; 078751; 173503; 173511-514 | |
| | 137. | | Termination Report – Terminated in part for being tardy for or missing mandatory meetings. DSAT/UTEK: 060920; 074576 | |
| | 138. | | Personnel Action Notice – Relating to per diem payments paid to technicians. DSAT/UTEK: 006690; 103110; 119604; 152369; 138042; 143645; 152338; 165000; 357233 | |

## TRIAL EXHIBIT FORM

| EXHIBIT(S) OF: | ESPENSCHEID, et al. | |
|---|---|---|
| **PLAINTIFFS** | **v.** | Case No.: **3:09-cv-00625-bbc** |
| | **DIRECTSAT USA, LLC, et al.** | |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | **No.** | **Witness** | **Description** | |
| | 139. | | Personnel Action Notice – Bonuses to technicians for moving from position of installation technician to lead installation technician. DSAT/UTEK: 300907; 302416 | |
| | 140. | | Personnel Action Notice – Reflecting pay for training other technicians. DSAT/UTEK: 163476; 182119; 354114; 357226 | |
| | 141. | | Personnel Action Notice – Pay to technician for covering supervisor position during supervisor's vacation. DSAT/UTEK: 363695 | |
| | 142. | | Personnel Action Notice – Bonuses for being selected as Tech of the Quarter. DSAT/UTEK: 170130; 351988; 357229 | |
| | 143. | | Personnel Action Notice – QC Bonuses. DSAT/UTEK: 103115; 119609; 152332; 152334; 179042 | |
| | 144. | | Personnel Action Notice – Jump Bonus for working a 6-day week. DSAT/UTEK: 353955-959 | |
| | 145. | | Personnel Action Notice - Bonuses for Safety Bingo. DSAT/UTEK: 173979; 355678 | |
| | 146. | | E-mail from Sara Rafferty to Yvette Shockman dated March 5, 2007, providing for additional pay for training at a daily rate. DSAT/UTEK: 296917 | |

## TRIAL EXHIBIT FORM

| EXHIBIT(S) OF: | ESPENSCHEID, et al. | |
|---|---|---|
| **PLAINTIFFS** | **v.** | Case No.: **3:09-cv-00625-bbc** |
| | **DIRECTSAT USA, LLC, et al.** | |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | **No.** | **Witness** | | |
| | 147. | | Authorization to Deduct from UNITEK USA Employee – Deductions for lost items. DSAT/UTEK: 009930; 027277; 057848; 058337; 059532; 020385 | |
| | 148. | | Authorization to Deduct from UNITEK USA Employee – Deductions for stolen items. DSAT/UTEK: 006286; 037933; 102680; 102701; 119337; 119358; 155397; 157662;160219; 163883; 007746 | |
| | 149. | | Authorization to Deduct from UNITEK USA Employee – Deductions for "lost/stolen" items. DSAT/UTEK: 009932; 074334; 018434 | |
| | 150. | | Shockman 4.13.07 email string re deduction for frozen equipment in truck DSAT-UTEK 042670-673 | |
| | 151. | | Earnings Statement – Including trainer pay. DSAT/UTEK: 073761 | |
| | 152. | | Earnings Statement – Including pay for protection plan. DSAT/UTEK: 073698; 073723; 073732; 073781; 073789; 073799; 073845; 073850; 073901; 073911 | |
| | 153. | | Earnings Statement – Including pay for DTV – Sales DSAT/UTEK: 073700; 073737 | |
| | 154. | | Earnings Statement – Including additional pay for field training. DSAT/UTEK: 073710 | |
| | 155. | | Earnings Statement – Including Bonus Pay. DSAT/UTEK:  073733 | |
| | 156. | | Earnings Statement – Including pay for DTV Retention DSAT/UTEK: 073739 | |

## TRIAL EXHIBIT FORM

| EXHIBIT(S) OF: | ESPENSCHEID, et al. | |
|---|---|---|
| **PLAINTIFFS** | **v.** | Case No.: **3:09-cv-00625-bbc** |
| | **DIRECTSAT USA, LLC, et al.** | |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | **No.** | **Witness** | | |
| | 157. | | Exit Interview – Tony Moore DSAT/UTEK: 055382-383 | |
| | 158. | | Exit Interview – Gregory Hooks DSAT/UTEK: 300718-719 | |
| | 159. | | Shockman email 11.15.07 re exit interview DSAT-UTEK 043099 | |
| | 160. | | Corrective Action Form – States when techs' day begins DSAT/UTEK: 159120 | |
| | 161. | | Personnel File Documents Relating to ERD Case LS200903643. DSAT/UTEK: 179005-179015; 107659-660 | |
| | 162. | | Corrective Action Form – Discipline for improper work order disposal. DSAT/UTEK: 008577 | |
| | 163. | | Corrective Action Form – Discipline for improper inventory rotation. DSAT/UTEK: 018117 | |
| | 164. | | Corrective Action Form – Discipline for break. DSAT/UTEK: 077981 | |
| | 165. | | Corrective Action Form – Discipline for improperly turning in Work Orders. DSAT/UTEK: 078995 | |
| | 166. | | Corrective Action Form – Discipline for claiming overtime without appropriate approval. DSAT/UTEK: 170591 | |
| | 167. | | Packet of 135 DirectSat emails to Espenscheid from August, 2009, as identified in Haag Aff., Dkt. #375, ¶ 6-8 | |
| | 168. | | Packet of 122 DirectSat emails to Espenscheid from September, 2009, as identified in Haag Aff., Dkt. #375, ¶ 6-8 | |
| | 169. | | Espenscheid Timesheets dated | |

## TRIAL EXHIBIT FORM

| EXHIBIT(S) OF: | ESPENSCHEID, et al. | |
|---|---|---|
| **PLAINTIFFS** | **v.** | Case No.: **3:09-cv-00625-bbc** |
| | **DIRECTSAT USA, LLC, et al.** | |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | **No.** | **Witness** | | |
| | | | 6/28/08-12/19/09 | |
| | 170. | | Espenscheid GPS data provided by DirectSat dated 8/2/09-11/1/09 | |
| | 171. | | Espenscheid Personnel File DSAT-UTEK 000001-000032 | |
| | 172. | | Ludlum Timesheets dated 6/28/08-8/29/09 | |
| | 173. | | Ludlum Personnel File DSAT-UTEK 148781-148832 | |
| | 174. | | Ludlum review DSAT-UTEK 111859-60 | |
| | 175. | | Wetzel Timesheets dated 8/25/07-2/16/08 | |
| | 176. | | Wetzel Personnel File DSAT-UTEK 155957-155991 | |
| | 177. | | James George Timesheets dated 8/9/08-2/7/09 | |
| | 178. | | George Personnel File DSAT-UTEK 168068-168123 | |
| | 179. | | Stephen Forrest Timesheets dated 9/20/08-2/28/09 | |
| | 180. | | Forrest Personnel File DSAT-UTEK 171506-171548 | |
| | 181. | | R.J. Hutchison Timesheets dated 2/28/09-2/6/10 | |
| | 182. | | R.J. Hutchison GPS data provided by DirectSat dated 12/13/09-3/13/10 | |
| | 183. | | R.J. Hutchison Personnel File DSAT-UTEK 358225-358268 | |
| | 184. | | David Lewin CV | |
| | 185. | | David Lewin Report dated 10.12.10 | |
| | 186. | | List of 53 Representative Technicians | |
| | 187. | | William Daily Declaration 10.22.10 | |
| | 188. | | Chart showing time spent working at home for 53 Representative Technicians | |

15

**TRIAL EXHIBIT FORM**

| EXHIBIT(S) OF: | ESPENSCHEID, et al. | |
|---|---|---|
| **PLAINTIFFS** | **v.** | Case No.: **3:09-cv-00625-bbc** |
| | **DIRECTSAT USA, LLC, et al.** | |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | **No.** | **Witness** | | |
| | 189. | | GPS vs. Payroll Data Hours for 53 Representative Technicians | |
| | 190. | | GPS vs. Payroll Data Hours for 2 Class Representatives | |
| | 191. | | GPS vs. Payroll Data Hours for 25 Randomly Selected Technicians | |
| | 192. | | GPS vs. Payroll Data Hours for 7 Hand Picked Technicians | |
| | 193. | | Spreadsheet of total compensation for 53 Representative Technicians | |
| | 194. | | Spreadsheet of all class members showing tenure | |
| | 195. | | DSAT-UTEK 109264 Yannantuono email re Payroll change | |
| | 196. | | Michael Clay's Standard Installation sheet, 6-4-07 DSAT/UTEK 98253 | |
| | 197. | | Michael Clay Timesheets week ending 9.1.07-2.2.08, Bates Non-sequential | |
| | 198. | | Clay personnel file, DSAT-UTEK 099509-550; 114823-864; 146041-082 | |
| | 199. | | Herbert Blunt GPS data provided by DirectSat dated 8.1.09-11.1.09 | |
| | 200. | | Herbert Blunt timesheets week ending 1.19.08-12.26.09, Bates Non-sequential | |
| | 201. | | Blunt personnel file DSAT-UTEK 134007-066; 144815-875 | |
| | 202. | | Frantz Charles timesheets week ending 8.15.09-12.26.09, Bates Non-sequential | |
| | 203. | | Charles personnel file DSAT-UTEK 012118-176 | |
| | 204. | | Charles GPS data provided by DirectSat dated 8.1.09-10.20.09, no Bates | |

## TRIAL EXHIBIT FORM

| EXHIBIT(S) OF: | ESPENSCHEID, et al. | |
|---|---|---|
| **PLAINTIFFS** | **v.** | Case No.: **3:09-cv-00625-bbc** |
| | **DIRECTSAT USA, LLC, et al.** | |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | **No.** | **Witness** | | |
| | 205. | | Christopher Nye timesheets week ending 2.14.09-3.26.11, Bates Non-sequential | |
| | 206. | | Nye personnel file DSAT-UTEK 157772-832 | |
| | 207. | | Christopher Nye GPS data provided by DirectSat dated 8.2.09-10.31.09 | |
| | 208. | | James Atkinson personnel file DSAT-UTEK 142565-142586 | |
| | 209. | | Atkinson timesheets week ending 6.28.08-4.4.09, Bates Non-sequential | |
| | 210. | | David Deserre personnel file DSAT-UTEK 146368-146508 | |
| | 211. | | Deserre timesheets week ending 11.15.08-4.11.09, Bates Non-sequential | |
| | 212. | | Brett Domke personnel file DSAT-UTEK 013601-013623 | |
| | 213. | | Domke timesheets week ending 1.3.09-11.28.09, Bates Non-sequential | |
| | 214. | | Domke GPS data provided by DirectSat dated 8.2.09-10.31.09, no Bates | |
| | 215. | | Bradley Pauwels personnel file DSAT-UTEK 138668-138708; 151484-151524 | |
| | 216. | | Pauwels timesheets week ending 2.21.09-1.23.10, Bates Non-sequential | |
| | 217. | | Randall Whitrock personnel file DSAT-UTEK 105565-105602; 120757-120794; 154323-154360 | |
| | 218. | | Whitrock timesheet 11.7.09 DSAT-UTEK 328312 | |
| | 219. | | Whitrock GPS data provided by | |

17

## TRIAL EXHIBIT FORM

| EXHIBIT(S) OF: | ESPENSCHEID, et al. | |
|---|---|---|
| **PLAINTIFFS** | **v.** | Case No.: **3:09-cv-00625-bbc** |
| | **DIRECTSAT USA, LLC, et al.** | |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | **No.** | **Witness** | | |
| | | | DirectSat dated 8.2.09-10.31.09, no Bates | |
| | 220. | | Yannantuono email chain 5-20-09 re: Mike Thompson DSAT/UTEK 364372-73 | |
| | 221. | | Riddle email chain 1-25-08 re: Chicago labor DSAT/UTEK 364387 | |
| | 222. | | Riddle email chain (8-10-07) re. Margin Critical Situation DSAT/UTEK 364388-90 | |
| | 223. | | Heaberlin email chain (2-2-2010) re. Techs scheduled hours vs. closed work DSAT/UTEK 364391-394 | |
| | 224. | | Quarter-end rate sheet DSAT/UTEK 036586 (Woodford Depo Exh 2) | |
| | 225. | | Winterbottom Depo Exh 13-Memorandum to technicians re: calls to customers.  (not bates-stamped). | |
| | 226. | | Winterbottom Depo Exh 14-Memorandum dated July 9, 2008 from Yvette Shockman to All Technicians and Hourly Personnel re: Timesheet Policy.  (Bates- No. DSAT/UTEK 001996) | |
| | 227. | | Winterbottom Depo Exh 15-Memorandum dated February 2, 2009 to all technicians re: timesheet policy.  (Bates No. DSAT/UTEK 001984) | |
| | 228. | | Winterbottom Depo Exh 58-Declaration of Jeffrey Winterbottom. (not bates-stamped). | |
| | 229. | | Winterbottom Depo Exh 59-Activity Detail Activity Report from 10/7/07 to 10/9/07. (Bates Nos. DSAT/UTEK 011320-011332). | |
| | 230. | | Winterbottom Depo Exh 60- | |

## TRIAL EXHIBIT FORM

| EXHIBIT(S) OF: | ESPENSCHEID, et al. | |
|---|---|---|
| **PLAINTIFFS** | **v.** | Case No.: **3:09-cv-00625-bbc** |
| | **DIRECTSAT USA, LLC, et al.** | |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | **No.** | **Witness** | | |
| | | | Exception Report.  (Bates Nos. DSAT/UTEK 061487-061489) | |
| | 231. | | Weekly PROS reports from Minnesota profit centers: PROS Report 20100816-1425, created 8/16/2010 by Latesha Winston, Bates no. DSAT-UTEK109405 PROS Report 20100712-1533, created 7/12/2010 by Latesha Winston, Bates no. DSAT-UTEK109895 PROS Report 20100426-1644, for W/E 04.24.10 - 698-3, created 4/26/2010, Bates no. DSAT-UTEK109723 PROS Report 20100223-1454, for W/E 02.20.10 - 698-3, created 2/23/2010, Bates no. DSAT-UTEK109603 PROS Report 2009-05-17_2009, for W/E 05.23.09 - 698-2, created 5/26/2009, Bates no. DSAT-UTEK109797 PROS Report 2009-02-08_2009, for W/E 02.14.09 - 698-2, created 2/16/2009, Bates no. DSAT-UTEK109323 | |
| | 232. | | Bryan Bruheim timesheets week ending 12.27.08 – 3.13.10, non-sequential Bates | |
| | 233. | | Dennis Warner personnel file DSAT-UTEK 105098-105142 | |
| | 234. | | Warner timesheets weekending 1.3.09-10.3.09 | |
| | 235. | | GPS acknowledgement (bearing Larry Clark's signature) prepared by Fabrizio, 6-7-07 DSAT/UTEK 11664 (Depo. exh. 3, Yannantuono) | |
| | 236. | | Scorecard for Mark Schmidt (Depo. exh. 2, Woodford) DSAT/UTEK 36586 | |

**TRIAL EXHIBIT FORM**

| EXHIBIT(S) OF: | ESPENSCHEID, et al. | |
|---|---|---|
| **PLAINTIFFS** | **v.** | Case No.: **3:09-cv-00625-bbc** |
| | **DIRECTSAT USA, LLC, et al.** | |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | **No.** | **Witness** | | |
| | 237. | | Peterson 3-19-09 email chain re Noyes - speeding - GPS data (Depo. exh. 60) DSAT/UTEK 61487-61489 | |
| | 238. | | Lawley email chain including GPS data relative to Shannon Thuecks, 11-3-09 DSAT/UTEK 77374-88. | |
| | 239. | | 11-2-09 Miller email chain re. Shannon Thuecks (GPS information) DSAT/UTEK 77381-83 | |
| | 240. | | Creed Patrick email chain (Depo. exh. 1, Patrick) DSAT/UTEK 100781-82 | |
| | 241. | | Hisey email chain (8-11-07) re. Marting Update DSAT/UTEK 364383-86 | |
| | 242. | | Riddle email chain 10-12-07 re. SkyREPORT DSAT/UTEK 364395-402 | |
| | 243. | | 4-21-09 email chain Johnson / Wannarka / Braniff re SIN7 SIN30 (Depo. exh. 10, Idler) Idler 49709-10 | |
| | 244. | | Leider email chain 1-17-10 re. Time cards and travel Idler 50482-84 | |
| | 245. | | UniTek USA DirectSat USA Time Card Policy & Procedures 6-22-06 revision (Depo. exh. P-14) D-18030-31 marked at Downey depo, 2-2-10 | |
| | 246. | | Up-Training Request, (Depo. exh. 4) | |
| | 247. | | PA call 11-21-08 No Bates, but 10 pages.  (Dkt no. 379-12) | |
| | 248. | | PA Call 8-7-09  No Bates, but 4 pages (Dkt no. 379-8, pp. 33-36) | |
| | 249. | | Payroll uploads from 2007 DSAT/UTEK 364356-71 | |
| | 250. | | DSAT-UTEK365791  1-16-10 Email to dispatchers and supervisors and some upper mgmt from Gail | |

## TRIAL EXHIBIT FORM

| EXHIBIT(S) OF: | ESPENSCHEID, et al. | |
|---|---|---|
| **PLAINTIFFS** | **v.** | Case No.: **3:09-cv-00625-bbc** |
| | **DIRECTSAT USA, LLC, et al.** | |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | **No.** | **Witness** | | |
| | | | Stephens re. GPS | |
| | 251. | | DSAT-UTEK365793 12-14-09 Email to dispatch and some upper mgmt from Tandy Talbot. re. GPS | |
| | 252. | | DSAT-UTEK365794 1-28-10 Email to dispatch and upper mgmt from Gail Stephens. re. GPS | |
| | 253. | | DSAT-UTEK365796 12-17-09 Email to dispatch and upper mgmt from Randy Talbot re. GPS | |
| | 254. | | DSAT-UTEK365806-07 10-6-09 Heaberlin Email re. GPS | |
| | 255. | | DSAT-UTEK365809-10 5-6-09 Email string involving Shockman re. timesheet accuracy | |
| | 256. | | DSAT-UTEK365814 2-2-10 Email refers to GPS providers Trimble and "Greenroad". | |
| | 257. | | DSAT-UTEK365815-828 Email "FSR's & Escalations" by Martin Jones re. ETA call policy | |
| | 258. | | DSAT-UTEK365836 6-11-09 Email Heaberlin re. GPS | |
| | 259. | | DSAT-UTEK365839 2-3-10 Email Muehlenbruch to Morrison, Carroll, Miller re. after hours exception reports | |
| | 260. | | DSAT-UTEK365896 12-17-09 Email from Heaberlin including upper mgmt. re meetings in morning and nonproduction pay | |
| | 261. | | DSAT-UTEK365898 2-21-09 Email Vagnozzi, Downey, Lawley, Marino re. PROS | |
| | 262. | | DSAT-UTEK365902 9-18-07 Email Heaberlin, Yannantuono, Bramson re. OT | |

## TRIAL EXHIBIT FORM

| EXHIBIT(S) OF: | ESPENSCHEID, et al. | |
|---|---|---|
| **PLAINTIFFS** | **v.** | Case No.: **3:09-cv-00625-bbc** |
| | **DIRECTSAT USA, LLC, et al.** | |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | **No.** | **Witness** | | |
| | 263. | | DSAT-UTEK365944 11-24-09 Email Brodsky to Giacalone, Hisey re. financial information and lawsuits | |
| | 264. | | DSAT-UTEK365984 5-15-07 Email to Downey from Prisk.  Re. not recording OT | |
| | 265. | | DSAT-UTEK365987 2-20-07 Email between Hisey and Yannantuono. re. GPS | |
| | 266. | | DSAT-UTEK366017-020 10-9-08 Email Lawley and Shockman re OT and lawsuits | |
| | 267. | | DSAT-UTEK366021 2-1-08 Email from a DirecTV to Yannantuono, Downey, Hisey re a wage and hour lawsuit in Missouri. | |
| | 268. | | DSAT-UTEK366023 2-16-08 Email Downey and Fabrizio re. Rizk case | |
| | 269. | | DSAT-UTEK366024 8-3-09 Email from a tech to Sobieraj and Nagel. re. GPS and timesheets | |
| | 270. | | DSAT-UTEK366035 8-27-08 Email Dan Y., Robbins, Miller, Kowalski, re. 10 and 12 hour shifts | |
| | 271. | | DSAT-UTEK 366035, 366037-040 8.27.08 Yannantuono Email re Siebel | |
| | 272. | | DSAT-UTEK366041 4.24.08 Email Kowalski, Riddle, Yannantuono, Miller re Siebel | |
| | 273. | | DSAT-UTEK366042 2-18-09 Email Downey to Yannantuono, Lejman, re. financials and lawsuits | |
| | 274. | | DSAT-UTEK366044-048 9-4-06 Email memo from Littler Mendelson to Steve Amato re a class action | |

## TRIAL EXHIBIT FORM

| EXHIBIT(S) OF:<br><br>**PLAINTIFFS** | **ESPENSCHEID, et al.**<br><br>**v.**                              Case No.: **3:09-cv-00625-bbc**<br><br>**DIRECTSAT USA, LLC, et al.** |
|---|---|

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | **No.** | **Witness** | | |
| | 275. | | DSAT-UTEK366072 9-11-08 Email Dellinger email re "the bulk of the country in underreporting, Siebel durations might be marginally off, they are not off by 20+ hours a week." | |
| | 276. | | DSAT-UTEK366078 11-4-08 Email Shockman and Lawley re. underreporting | |
| | 277. | | DSAT-UTEK366084-85 2.18.09 Email Downey, Yannantuono re. underreporting | |
| | 278. | | DSAT-UTEK366086 9-6-07  Email Hisey to outside counsel re an individual lawsuit and financials | |
| | 279. | | DSAT-UTEK366088-89 Email Romano to Yannantuono, Conn, Patrick, Heaberline, and others, 1-31-08 re. OT scheduling | |
| | 280. | | DSAT-UTEK366104-105 7-19-06 Email Yannantuono to many, including Riddle, Downey, and DSat managers re. underreporting | |
| | 281. | | DSAT-UTEK366114-117 September 13, 2007 email including Yannantuono, Downey, Miller, Kowalski re. Siebel scheduling and lunch breaks | |
| | 282. | | DSAT-UTEK366118-119 8-15-07 Email Miller, Yannantuono, Heaberlin, Riddle, Kowalski re. Seibel Routing Analysis and 10 hour workday." | |
| | 283. | | DSAT-UTEK366122-128 Aug-Sept. 2009 Email string with Kowalski, Heaberlin, Carroll, Miller, Yannantuono re. underreporting and effective hourly rate | |

## TRIAL EXHIBIT FORM

| EXHIBIT(S) OF: | ESPENSCHEID, et al. | |
|---|---|---|
| **PLAINTIFFS** | **v.** | Case No.: **3:09-cv-00625-bbc** |
| | **DIRECTSAT USA, LLC, et al.** | |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | **No.** | **Witness** | | |
| | 284. | | DSAT-UTEK366129 1-14-09 Email from Schockman re. altering timesheet | |
| | 285. | | DSAT-UTEK366131 Email chart showing required hours of availability for each profit center and the number of hours of actual availability of techs for each profit center. | |
| | 286. | | DSAT-UTEK366132-230 Email Possibly a Siebel report showing hours scheduled for each tech. | |
| | 287. | | DSAT-UTEK366239 6-16-09 Email Downey to Doughtery and Bronstein re. knowledge of underreporting | |
| | 288. | | DSAT-UTEK366294-95 Email Shockman to a local supervisor. August 2009 re. travel time compensation | |
| | 289. | | DSAT-UTEK366296 1-10-05 Email memo from Stephenson to Hisey, Battaglia, and others, re. travel time compensation and paperwork time | |
| | 290. | | DSAT-UTEK366411 2-19-08 Email from Lawley to managers re a memo re overtime and meal periods | |
| | 291. | | DSAT-UTEK366412-13 10-18-08 Email from a tech to Yannantuono re. no OT | |
| | 292. | | DSAT-UTEK366422 7-25-06 Email from a PA to Heaberlin Riddle, Yannantuono, Downey re. timesheets | |
| | 293. | | DSAT-UTEK366477 8-25-08 Email from Bill Lever to Bramson and Heaberlin re. OT | |

## TRIAL EXHIBIT FORM

| EXHIBIT(S) OF: | ESPENSCHEID, et al. | |
|---|---|---|
| **PLAINTIFFS** | **v.** | Case No.: **3:09-cv-00625-bbc** |
| | **DIRECTSAT USA, LLC, et al.** | |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | **No.** | **Witness** | | |
| | 294. | | DSAT-UTEK366494-96 10-23-09 Email between Shockman and Michael Lennon re how to calculate effective hourly rate. | |
| | 295. | | DSAT-UTEK366529 11-18-08 Email Yannantuono and others re. GPS cost benefit analysis | |
| | 296. | | DSAT-UTEK366539-41 7-31-08 Email from Fabrizio re. DOL requests and timesheets | |
| | 297. | | DSAT-UTEK366570 11-24-09 Email Lejman to Brodsky Giacolone Hopkin, Hisey re litigation issue | |
| | 298. | | DSAT-UTEK366615-616 8-28-08 Email Lawley, Yannantuono, Downey, re. OT | |
| | 299. | | DSAT-UTEK366649-50 11-1-09 Email Heaberlin to Yannantuono re. OT and efficiency | |
| | 300. | | DSAT-UTEK366660-61 8-11-09 Heaberlin emails re. revenue per tech | |
| | 301. | | DSAT-UTEK366662-63 3-2-08 Email from Yannantuono to Fabrizio re Rizk litigation and upcoming deposition of Randy, a dispatch manager. | |
| | 302. | | DSAT-UTEK366687 4-27-07 Email Hisey to Yannantuono re. company policy violations | |
| | 303. | | DSAT-UTEK366693-94 Email Riddle to Dellinger and Yannantuono re. MR report and cutting OT | |
| | 304. | | DSAT-UTEK366703-04 10-1-07 Email Joy Powell, PA, to Lawley, acknowledging that numerous timecards had been altered | |

## TRIAL EXHIBIT FORM

| EXHIBIT(S) OF: | ESPENSCHEID, et al. | |
|---|---|---|
| **PLAINTIFFS** | **v.** | Case No.: **3:09-cv-00625-bbc** |
| | **DIRECTSAT USA, LLC, et al.** | |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | **No.** | **Witness** | | |
| | 305. | | DSAT-UTEK366705-07 8-11-09 Email Shockman, Snell, Dave Miller, Militello re. PROS system | |
| | 306. | | DSAT-UTEK366726 5-26-07 Email Yannantuono to Hisey re. company policy | |
| | 307. | | DSAT-UTEK366731-32 3-21-08 Email Downey regarding overtime | |
| | 308. | | DSAT-UTEK366766 1-24-08 Email Romano to Victor, Core, Yannantuono, Kowalski, Sowell re. $15.00 efficiency rate | |
| | 309. | | DSAT-UTEK366771 12-26-06 Email Prisk to Downey re. OT violation offense | |
| | 310. | | DSAT-UTEK366786-87 3-13-07 Email Battaglia to field and management re. overtime problems | |
| | 311. | | DSAT-UTEK366792 2-7-06 Email Blast Facts Tech Points Scheduled Report | |
| | 312. | | DSAT-UTEK366821-22 5-8-07 Email Yannantuono to Kowalski re. @road  reports | |
| | 313. | | DSAT-UTEK366845-50 12-27-07 Email string involving Shockman, W. Jones, and a local PM, re. timesheet accuracy | |
| | 314. | | DSAT-UTEK366851-52 10-20-06 Email Randy Talbot and Riddle re. pre-call policy and work orders | |
| | 315. | | DSAT-UTEK366855-56 8-11-09 Email Militello, Dave Miller, Shockman, Snell re GPS and new timesheets | |

## TRIAL EXHIBIT FORM

| EXHIBIT(S) OF: | ESPENSCHEID, et al. | |
|---|---|---|
| **PLAINTIFFS** | **v.** | Case No.: **3:09-cv-00625-bbc** |
| | **DIRECTSAT USA, LLC, et al.** | |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | **No.** | **Witness** | | |
| | 316. | | DSAT-UTEK366859 7-27-09 Email Shockman re new timesheets, meeting time and production | |
| | 317. | | DSAT-UTEK366872 2-2-08 email from a tech to Riddle, Downey, Yannantuono re. routes | |
| | 318. | | DSAT-UTEK366876 12-5-07 Email to Giacolone re Oregon class action | |
| | 319. | | DSAT-UTEK 111283-4 William Morrison Review Sept. 2009 | |
| | 320. | | DSAT-UTEK 111336 Review re CNI Bonus | |
| | 321. | | DSAT-UTEK 111358-9 Greg Twilley review re. CNI bonus | |
| | 322. | | DSAT-UTEK 118139 UniTek Global Org Chart for HR | |
| | 323. | | DSAT-UTEK 127278 8.24.10 Memo re. bonus plan | |
| | 324. | | Yannantuono Memo 10.1.09 Redline, No Bates | |
| | 325. | | Timesheets from profit center 636 showing same start time, lunch break and ending time every day:  Charles Booker, Bates nos. DSAT-UTEK304396; Rafael Bohorquez, Bates nos. DSAT-UTEK305877; Charles Tice, Bates nos. DSAT-UTEK305646 | |
| | 326. | | Timesheets from profit center 637 showing same start time, lunch break and ending time every day:  Benito DelaCruz, Bates nos. DSAT-UTEK311902 and 312576; Noel Nansley, Bates nos. DSAT-UTEK311098; Richard Sirotnak, Bates nos. DSAT-UTEK311270 | |
| | 327. | | Timesheets from profit center 638 | |

# TRIAL EXHIBIT FORM

| EXHIBIT(S) OF: | ESPENSCHEID, et al. | |
|---|---|---|
| **PLAINTIFFS** | **v.** | Case No.: **3:09-cv-00625-bbc** |
| | **DIRECTSAT USA, LLC, et al.** | |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | **No.** | **Witness** | **Description** | |
| | | | showing same start time, lunch break and ending time every day:  Michael Davies, Bates nos. DSAT-UTEK314644; Jonathan Shultz, Bates nos. DSAT-UTEK314708 | |
| | 328. | | Bryan Bruheim personnel file DSAT/UTEK 141169-141205 | |
| | 329. | | Michael Jackson personnel file DSAT/UTEK 170155-170200 | |
| | 330. | | Jackson timesheets week ending 8.2.08-3.12.11 | |
| | 331. | | Jackson GPS data provided by DirectSat dated 8.1.09-10.31.09, no Bates | |
| | 332. | | Dustin Nicholson personnel file DSAT/UTEK 151043-151073 | |
| | 333. | | Nicholson timesheets week ending 2.7.09-4.11.09 | |
| | 334. | | Todd Witkowski personnel file DSAT/UTEK 117953-117984 | |
| | 335. | | Witkowski timesheets week ending 11.28.09-2.27.10 | |
| | 336. | | Todd Brennan personnel file DSAT/UTEK 121907-121949 | |
| | 337. | | Brennan timesheets week ending 1.3.09-11.14.09 | |
| | 338. | | Nathan Fraley personnel file DSAT/UTEK 359935-359978 | |
| | 339. | | Fraley timesheets week ending 3.14.09 | |
| | 340. | | Fraley GPS data provided by DirectSat 8.1.09-11.1.09 | |
| | 341. | | DirecTV Time in Motion Studies (Seibel) produced pursuant to subpoena, Disk 1 | |
| | 342. | | DirecTV Time in Motion Studies (Seibel) produced pursuant to | |

28

## TRIAL EXHIBIT FORM

| EXHIBIT(S) OF: | ESPENSCHEID, et al. | |
|---|---|---|
| **PLAINTIFFS** | **v.** | Case No.: **3:09-cv-00625-bbc** |
| | **DIRECTSAT USA, LLC, et al.** | |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | **No.** | **Witness** | | |
| | | | subpoena, Disk 2 | |
| | 343. | | DirecTV Time in Motion Studies (Seibel) produced pursuant to subpoena, Disk 3 | |
| | 344. | | DirecTV Time in Motion Studies (Seibel) produced pursuant to subpoena, Disk 4 | |
| | 345. | | Payroll data week ending 5/23/09 | |
| | 346. | | Payroll data week ending 5/30/09 | |
| | 347. | | Payroll data week ending 6/6/09 | |
| | 348. | | Payroll data week ending 6/13/09 | |
| | 349. | | Payroll data week ending 6/20/09 | |
| | 350. | | Payroll data week ending 6/27/09 | |
| | 351. | | Payroll data week ending 7/4/09 | |
| | 352. | | Payroll data week ending 7/11/09 | |
| | 353. | | Payroll data week ending 7/18/09 | |
| | 354. | | Payroll data week ending 7/25/09 | |
| | 355. | | Payroll data week ending 8/1/09 | |
| | 356. | | Payroll data week ending 8/8/09 | |
| | 357. | | Payroll data week ending 8/15/09 | |
| | 358. | | Payroll data week ending 8/22/09 | |
| | 359. | | Payroll data week ending 8/29/09 | |
| | 360. | | Payroll data week ending 9/5/09 | |
| | 361. | | Payroll data week ending 9/12/09 | |
| | 362. | | Payroll data week ending 9/19/09 | |
| | 363. | | Payroll data week ending 9/26/09 | |
| | 364. | | Payroll data week ending 10/3/09 | |
| | 365. | | Payroll data week ending 10/10/09 | |
| | 366. | | Payroll data week ending 10/17/09 | |
| | 367. | | Payroll data week ending 10/24/09 | |
| | 368. | | Payroll data week ending 10/31/09 | |
| | 369. | | Payroll data week ending 12/19/09 | |
| | 370. | | Payroll data week ending 12/26/09 | |
| | 371. | | Payroll data week ending 1/2/10 | |
| | 372. | | Payroll data week ending 1/9/10 | |
| | 373. | | Payroll data week ending 1/16/10 | |
| | 374. | | Payroll data week ending 1/23/10 | |

## TRIAL EXHIBIT FORM

| EXHIBIT(S) OF: | ESPENSCHEID, et al. | |
|---|---|---|
| **PLAINTIFFS** | **v.** | Case No.: **3:09-cv-00625-bbc** |
| | **DIRECTSAT USA, LLC, et al.** | |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | **No.** | **Witness** | | |
| | 375. | | Payroll data week ending 1/30/10 | |
| | 376. | | Payroll data week ending 2/6/10 | |
| | 377. | | Payroll data week ending 2/13/10 | |
| | 378. | | Payroll data week ending 2/20/10 | |
| | 379. | | Payroll data week ending 2/27/10 | |
| | 380. | | Payroll data week ending 3/6/10 | |
| | 381. | | Payroll data week ending 3/13/10 | |
| | 382. | | Declaration of Clayton Abernathy | |
| | 383. | | Declaration of  Fuad Abugebara | |
| | 384. | | Declaration of Gregg Adamson | |
| | 385. | | Declaration of Daniel Allers | |
| | 386. | | Declaration of Judd Altenburg | |
| | 387. | | Declaration of Sergio Alvarez | |
| | 388. | | Declaration of Jonathan Archibald | |
| | 389. | | Declaration of Jonathan Arendosh | |
| | 390. | | Declaration of James Atkinson | |
| | 391. | | Declaration of Mauricio Ayala | |
| | 392. | | Declaration of Thomas Berryman | |
| | 393. | | Declaration of Adam Blackwell | |
| | 394. | | Declaration of Herbert Blunt | |
| | 395. | | Declaration of Kenneth Boggs | |
| | 396. | | Declaration of Ricardo Bolano | |
| | 397. | | Declaration of Marc Braniff | |
| | 398. | | Declaration of Donald Broussard | |
| | 399. | | Declaration of Kenderman Brown | |
| | 400. | | Declaration of Donald Bruce | |
| | 401. | | Declaration of Bryan Bruheim 2/17/10 | |
| | 402. | | Declaration of Bryan Bruheim 4/6/11 | |
| | 403. | | Declaration of Lamont Burdine | |
| | 404. | | Declaration of Joshua Burling | |
| | 405. | | Declaration of Marvin Butler | |
| | 406. | | Declaration of Brian Carrier | |
| | 407. | | Declaration of John Castro | |
| | 408. | | Declaration of Franz Charles | |
| | 409. | | Declaration of Alfred Ciarletta | |

**TRIAL EXHIBIT FORM**

| EXHIBIT(S) OF: | ESPENSCHEID, et al. | |
|---|---|---|
| **PLAINTIFFS** | **v.** | Case No.: **3:09-cv-00625-bbc** |
| | **DIRECTSAT USA, LLC, et al.** | |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | **No.** | **Witness** | **Description** | |
| | 410. | | Declaration of Michael Clay | |
| | 411. | | Declaration of Stephanie Cook | |
| | 412. | | Declaration of Patrick Cragin | |
| | 413. | | Declaration of Sheldon Dable | |
| | 414. | | Declaration of Kyle Darst | |
| | 415. | | Declaration of Carl Davis | |
| | 416. | | Declaration of David Deserre | |
| | 417. | | Declaration of Brett Domke | |
| | 418. | | Declaration of Grant Dorniden | |
| | 419. | | Declaration of Thomas Ejnik | |
| | 420. | | Declaration of Aaron Espenscheid | |
| | 421. | | Declaration of Chuck Evers | |
| | 422. | | Declaration of Stephen Forrest | |
| | 423. | | Declaration of Nathan Fraley | |
| | 424. | | Declaration of Terrance Wayne Franklin | |
| | 425. | | Declaration of Christopher Frey | |
| | 426. | | Declaration of James George | |
| | 427. | | Declaration of Troy Gilbertson | |
| | 428. | | Declaration of Christopher Gillespie | |
| | 429. | | Declaration of Kenneth Haehl | |
| | 430. | | Declaration of Gregory Haley | |
| | 431. | | Declaration of Robert Hammond | |
| | 432. | | Declaration of Mitch Hanson | |
| | 433. | | Declaration of Joel Hoheisel | |
| | 434. | | Declaration of RJ Hutchison | |
| | 435. | | Declaration of Gary Idler | |
| | 436. | | Declaration of Gregg Jablonowski | |
| | 437. | | Declaration of Jeremy Johnson | |
| | 438. | | Declaration of Gregoire Joseph | |
| | 439. | | Declaration of Abraham Kawah | |
| | 440. | | Declaration of Steve Kopischke | |
| | 441. | | Declaration of Robert Lantzy | |
| | 442. | | Declaration of Michael Larrabee | |
| | 443. | | Declaration of Keith Leitzinger | |
| | 444. | | Declaration of Rachel Loftin | |
| | 445. | | Declaration of James Long | |

## TRIAL EXHIBIT FORM

| EXHIBIT(S) OF: | ESPENSCHEID, et al. | |
|---|---|---|
| **PLAINTIFFS** | **v.** | Case No.: **3:09-cv-00625-bbc** |
| | **DIRECTSAT USA, LLC, et al.** | |

| Date | Identification No. | Witness | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | 446. | | Declaration of Chad Ludlum 10/20/10 | |
| | 447. | | Declaration of Chad Ludlum 3/10/11 | |
| | 448. | | Declaration of Roney Martinez | |
| | 449. | | Declaration of Richard Mayer | |
| | 450. | | Declaration of Marlon Mills | |
| | 451. | | Declaration of William Morrison (Morrison Video Depo Exh 1) | |
| | 452. | | Declaration of Brad McNeil | |
| | 453. | | Declaration of Steven Norgbean | |
| | 454. | | Declaration of Christopher Nye | |
| | 455. | | Declaration of Joseph O'Brien | |
| | 456. | | Declaration of Peter Paige | |
| | 457. | | Declaration of Tyler Parker | |
| | 458. | | Declaration of Robert Pass | |
| | 459. | | Declaration of Bradley Pauwels | |
| | 460. | | Declaration of John Peshek | |
| | 461. | | Declaration of Terry Petersen | |
| | 462. | | Declaration of Stewart Thomas Phillips | |
| | 463. | | Declaration of Joshua Pillsbury | |
| | 464. | | Declaration of Carlos Piloto | |
| | 465. | | Declaration of Carlos Puebla | |
| | 466. | | Declaration of Jose Rivera | |
| | 467. | | Declaration of Matthew Schwegman | |
| | 468. | | Declaration of David Setren | |
| | 469. | | Declaration of Clinton Skeens | |
| | 470. | | Declaration of Michael Smith | |
| | 471. | | Declaration of William Smith | |
| | 472. | | Declaration of Robert Synan | |
| | 473. | | Declaration of Kyle Toering | |
| | 474. | | Declaration of Daniel Vang | |
| | 475. | | Declaration of Eric Wagner | |
| | 476. | | Declaration of Richard Walker 2/17/10 | |
| | 477. | | Declaration of Richard Walker 3/10/11 | |

### TRIAL EXHIBIT FORM

| EXHIBIT(S) OF:  **PLAINTIFFS** | ESPENSCHEID, et al.  v.                                 Case No.: **3:09-cv-00625-bbc**  DIRECTSAT USA, LLC, et al. |
|---|---|

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | **No.** | **Witness** | | |
| | 478. | | Declaration of Dennis Warner | |
| | 479. | | Declaration of Ray Wetzel | |
| | 480. | | Declaration of Randall Whitrock | |
| | 481. | | Declaration of Todd Witkowski | |

Respectfully submitted this 19th day of May, 2011.

GINGRAS, CATES & LUEBKE, S.C.                AXLEY BRYNELSON, LLP

s/   Heath P. Straka                         s/
Robert J. Gingras                            Michael J. Modl
Michael J. Luebke                            Timothy D. Edwards
Eric J. Haag                                 2 E. Mifflin Street, Ste. 200
Heath P. Straka                              Madison, WI  53703
8150 Excelsior Drive                         (608) 257-5661
Madison, WI  53701-1808                      mmodl@axley.com
(608) 833-2632                               tedwards@axley.com
gingras@gcllawyers.com
luebke@gcllawyers.com
haag@gcllawyers.com
straka@gcllawyers.com