UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

|  |  |  |
|---|---|---|
| AARON ESPENSCHEID,<br>GARY IDLER, and MICHAEL CLAY,<br>on behalf of themselves and a<br>class of employees and/or<br>former employees similarly situated,<br>Plaintiffs,<br><br>v.<br><br>DIRECTSAT USA, LLC and<br>UNITEK USA, LLC,<br>Defendants. | : : : : : : : : : : : : : : : | Case No. 09-cv-625 |

**DEFENDANTS' TRIAL WITNESS LIST**

Defendants DirectSat USA, LLC and UniTek USA (jointly, "Defendants"), by and through their undersigned counsel, hereby submit their witness list. Defendants reserve the right to supplement this list.

**A.    Witnesses Defendants Expect to Present**

1.    Christopher Scott Hisey
Chief Executive Officer
Unitek USA, LLC
c/o Colin D. Dougherty
Elliott Greenleaf & Siedzikowski P.C.
Union Meeting Corp. Ctr.
925 Harvest Dr., Suite 300
Blue Bell, PA 19422
(215) 977-1000

2.    Elizabeth Downey
Chief Administrative Officer
Unitek USA, LLC
c/o Colin D. Dougherty

Elliott Greenleaf & Siedzikowski P.C.
Union Meeting Corp. Ctr.
925 Harvest Dr., Suite 300
Blue Bell, PA 19422
(215) 977-1000

3.       Daniel Yannantuono
        Chief Executive Officer
        DirectSat USA, LLC
        c/o Colin D. Dougherty
        Elliott Greenleaf & Siedzikowski P.C.
        Union Meeting Corp. Ctr.
        925 Harvest Dr., Suite 300
        Blue Bell, PA 19422
        (215) 977-1000

4.       Jay Heaberlin
        Vice President - Operations
        DirectSat USA, LLC
        c/o Colin D. Dougherty
        Elliott Greenleaf & Siedzikowski P.C.
        Union Meeting Corp. Ctr.
        925 Harvest Dr., Suite 300
        Blue Bell, PA 19422
        (215) 977-1000

5.       Yvette Shockman
        Director of Payroll
        Unitek USA, LLC
        c/o Colin D. Dougherty
        Elliott Greenleaf & Siedzikowski P.C.
        Union Meeting Corp. Ctr.
        925 Harvest Dr., Suite 300
        Blue Bell, PA 19422
        (215) 977-1000

6.       Robert Crandall
        Resolution Economics, LLC
        c/o Colin D. Dougherty
        Elliott Greenleaf & Siedzikowski P.C.
        Union Meeting Corp. Ctr.
        925 Harvest Dr., Suite 300
        Blue Bell, PA 19422
        (215) 977-1000

**B.**     <u>**Witnesses Defendants May Call if the Need Arises**</u>

      1.     David Conn
              Vice President - Finance
              Unitek USA, LLC
              c/o Colin D. Dougherty
              Elliott Greenleaf & Siedzikowski P.C.
              Union Meeting Corp. Ctr.
              925 Harvest Dr., Suite 300
              Blue Bell, PA 19422
              (215) 977-1000

      2.     Ronald Lejman
              Chief Financial Officer
              Unitek USA, LLC
              c/o Colin D. Dougherty
              Elliott Greenleaf & Siedzikowski P.C.
              Union Meeting Corp. Ctr.
              925 Harvest Dr., Suite 300
              Blue Bell, PA 19422
              (215) 977-1000

      3.     Jeffrey Winterbottom
              Vice President - Operations
              Unitek USA, LLC
              c/o Colin D. Dougherty
              Elliott Greenleaf & Siedzikowski P.C.
              Union Meeting Corp. Ctr.
              925 Harvest Dr., Suite 300
              Blue Bell, PA 19422
              (215) 977-1000

      4.     Jim Dellinger
              National Training Manager
              DirectSat USA, LLC
              c/o Colin D. Dougherty
              Elliott Greenleaf & Siedzikowski P.C.
              Union Meeting Corp. Ctr.
              925 Harvest Dr., Suite 300
              Blue Bell, PA 19422
              (215) 977-1000

5.      Ishmael Bah
        Service Manager
        DirectSat USA, LLC
        c/o Colin D. Dougherty
        Elliott Greenleaf & Siedzikowski P.C.
        Union Meeting Corp. Ctr.
        925 Harvest Dr., Suite 300
        Blue Bell, PA 19422
        (215) 977-1000

6.      Bryce Woodford
        General Manager
        DirectSat USA, LLC
        c/o Colin D. Dougherty
        Elliott Greenleaf & Siedzikowski P.C.
        Union Meeting Corp. Ctr.
        925 Harvest Dr., Suite 300
        Blue Bell, PA 19422
        (215) 977-1000

7.      Martin Jones
        Director of Customer Service
        Unitek USA, LLC
        c/o Colin D. Dougherty
        Elliott Greenleaf & Siedzikowski P.C.
        Union Meeting Corp. Ctr.
        925 Harvest Dr., Suite 300
        Blue Bell, PA 19422
        (215) 977-1000

8.      Robert Bogseth
        General Manager
        DirectSat USA, LLC
        c/o Colin D. Dougherty
        Elliott Greenleaf & Siedzikowski P.C.
        Union Meeting Corp. Ctr.
        925 Harvest Dr., Suite 300
        Blue Bell, PA 19422
        (215) 977-1000

9.      Kevin Brown
        209 Devereaux Ave.
        Philadelphia, PA 19111

10.     Kip Korbel
        General Manager
        DirectSat USA, LLC
        c/o Colin D. Dougherty
        Elliott Greenleaf & Siedzikowski P.C.
        Union Meeting Corp. Ctr.
        925 Harvest Dr., Suite 300
        Blue Bell, PA 19422
        (215) 977-1000

11.     Robert Mentzer
        General Manager
        DirectSat USA, LLC
        c/o Colin D. Dougherty
        Elliott Greenleaf & Siedzikowski P.C.
        Union Meeting Corp. Ctr.
        925 Harvest Dr., Suite 300
        Blue Bell, PA 19422
        (215) 977-1000

12.     Bryan Brenny
        DirectSat Technician
        9758 101st St. NE
        Otsego, MN 55362

13.     William Mraz
        DirectSat Supervisor
        25565 Forest Blvd. Cir.
        Wyoming, MN 55092

14.     Hector Morales
        DirectSat Technician
        612 Range End Rd. #72
        Dillsburg, PA 17019

15.     Travis Haas
        DirectSat Technician
        1813 Sunnyside Hollow Rd.
        Port Matilda, PA 16870

16.     Brent Smith
        DirectSat Technician
        203 2nd Street
        West Leechburg, PA 15656

17. Zachariah Rassler
    DirectSat Technician
    7307 Bake Oven Road
    Germansville, PA 18053

18. Douglas Heisey
    DirectSat Supervisor
    810 Rachel Dr.
    York, PA 17404

19. Matthew Marshall
    DirectSat Supervisor
    812 10th Ave. N Apt. 214
    Sartell, MN 56377

20. Carlos Castellanos
    DirectSat Technician
    480 E. Main St. Apt. 2
    Collegeville, PA 19426

21. Michael Pitti
    DirectSat Technician
    480 E. Main St. Apt. 3
    Collegeville, PA 19426

22. John Donnelly
    DirectSat Supervisor
    451 Tulpohocken St.
    Reading, PA 19601

23. Troy Gilbertson
    c/o Axley Brynelson
    2 East Miffling Street, Suite 200
    Madison, WI 53703.

24. Dennis Warner
    c/o Axley Brynelson
    2 East Miffling Street, Suite 200
    Madison, WI 53703.

25. Any class members who have opted out, or do opt out of this action, as the
    opt-out deadline has not yet passed.

26.     Defendants reserve their right to supplement this list if, and when, Plaintiffs identify which class members are pursuing each of the twelve sub-classes at  issue in this matter.

C.      Defendants incorporate their deposition designations and may call any or all of the individuals therein by deposition designation.  Defendants reserve the right to further designate portions of these deposition transcripts, to counter-designate portions of any deposition transcript upon which Plaintiffs rely, and/or designate portions of transcripts for depositions that have yet to be taken.

D.      Defendants reserve the right to call at trial any of the witnesses listed on Plaintiffs' trial witness list or in Plaintiffs' initial disclosures, as amended and/or supplemented, either in person or by way of deposition.

Respectfully submitted,

ELLIOTT GREENLEAF                          /s/ Colin D. Dougherty
& SIEDZIKOWSKI, P.C.                        Frederick P. Santarelli
                                           Eric J. Bronstein
                                           John P. Elliott
                                           Colin D. Dougherty
                                           Gregory S. Voshell
                                           Union Meeting Corp. Ctr.
                                           925 Harvest Dr., Suite 300
                                           Blue Bell, PA 19422
                                           (215) 977-1000


                                           Laura Skilton Verhoff
                                           Drew J. Cochrane
STAFFORD ROSENBAUM LLP                      222 W. Washington Ave., Suite 900
                                           Madison, Wisconsin 53701-1784
                                           (608) 256-0226

                                           Counsel for Defendants

DATED:  May 19, 2011