# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

AARON ESPENSCHEID,　　　　　　　　　　　　:
GARY IDLER, and MICHAEL CLAY,　　　　　　:
on behalf of themselves and a　　　　　　　　:
class of employees and/or　　　　　　　　　　:
former employees similarly situated,　　　　:　　Case No. 09-cv-625
　　　　　　Plaintiffs,　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　v.　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　:
DIRECTSAT USA, LLC and　　　　　　　　　　:
UNITEK USA, LLC,　　　　　　　　　　　　　　:
　　　　　　Defendants.　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　:

## DEFENDANTS' OBJECTION TO PLAINTIFFS' RULE 26(a)(3) DISCLOSURES

Defendants DirectSat USA, LLC and UniTek USA, LLC (together, Defendants),

respectfully submit the following objections to Plaintiffs' Rule 26(a)(3) Disclosures.  Defendants

reserve the right to amend, revise, or supplement their objections prior to trial, particularly to the

extent Plaintiffs submit a new trial plan, or the Court enters additional Orders (e.g., class

decertification) which may impact these issues.[1]  Defendants further reserve the right to proffer

additional objections at trial depending on how those documents are used, what witnesses are

called, and the witnesses through whom Plaintiffs propose to offer the exhibits and/or testimony.

Respectfully submitted,

OF COUNSEL:

ELLIOTT GREENLEAF & SIEDZIKOWSKI, P.C.

*/s/ Colin D. Dougherty*
Frederick P. Santarelli
Eric J. Bronstein
John P. Elliott
Colin D. Dougherty
Gregory S. Voshell

---

[1] The Court has rejected Plaintiffs' initial trial plan as to how Plaintiffs propose to prove a case.  The Court has also expressed its inclination to decertify the class and collective action aspect of this case.  As of the time of preparing these objections, Plaintiffs' counsel has not yet submitted a new trial plan in response to the Court's concerns and directives.

Union Meeting Corp. Ctr.
925 Harvest Dr., Suite 300
Blue Bell, PA 19422
(215) 977-1000

Laura Skilton Verhoff
Drew J. Cochrane
222 W. Washington Ave., Suite 900
Madison, Wisconsin 53701-1784
(608) 256-0226

STAFFORD ROSENBAUM LLP

DATED:  May 19, 2011                    *Counsel for Defendants*

# DEFENDANTS' OBJECTIONS TO PLAINTIFFS' RULE 26(a)(3) DISCLOSURES

| Witnesses Plaintiffs Expect to Call (26(a)(3)(i)): | Defendants' Objections |
|---|---|
| 1.     Daniel Yannantuono (Adversely) (Live) | |
| 2.     Yvette Shockman (Adversely) (Live) | |
| 3.     Elizabeth Downey (Adversely) (Live) | |
| 4.     Jason Heaberlin (Adversely) (Live) | |
| 5.     William Morrison (Adversely) (By video deposition) | |
| 6.     James Dellinger (Adversely) (Live) | |
| 7.     Phil Wannarka (Adversely) (Live or by deposition designation) | |
| 8.     Stephanie Cook (Adversely) (pursuant to FRCP 43 contemporaneous transmission via phone or other means) | Defendants object to video testimony under FRCP 43; Plaintiffs have not proffered good cause as required by the rule, nor can they given that individuals from numerous states are testifying live without objection. Plaintiffs chose this forum for its convenience and cannot now claim it to be the opposite. |
| 9.     David Deserre (WI) (Live) (c/o Gingras, Cates and Luebke, 8150 Excelsior Drive, Madison, WI 53717) | |
| 10.     Chad Ludlum (WI) (Live) (c/o Gingras, Cates and Luebke, 8150 Excelsior Drive, Madison, WI 53717) | |
| 11.     Ray Wetzel (CA) (Live or pursuant to FRCP 43 contemporaneous transmission via phone or other means) (c/o Gingras, Cates and Luebke, 8150 Excelsior Drive, Madison, WI 53717) | Defendants object to video testimony under FRCP 43; Plaintiffs have not proffered good cause as required by the rule, nor can they given that individuals from numerous states are testifying live without objection. Plaintiffs chose this forum for its convenience and cannot now claim it to be the opposite. |
| 12.     James George (NV) (Live) (c/o Gingras, Cates and Luebke, 8150 Excelsior Drive, Madison, WI 53717) | |
| 13.     Stephen Forrest (AZ) (Live or pursuant to FRCP 43 contemporaneous transmission via phone or other means) (c/o Gingras, Cates and Luebke, 8150 Excelsior Drive, Madison, WI 53717) | Defendants object to video testimony under FRCP 43; Plaintiffs have not proffered good cause as required by the rule, nor can they given that individuals from numerous states are testifying live without objection. |
| 14.     R.J. Hutchison (IN) (Live pursuant to FRCP 43 contemporaneous transmission via phone or other means) (c/o Gingras, Cates and Luebke, 8150 Excelsior Drive, Madison, WI 53717) | Defendants object to video testimony under FRCP 43; Plaintiffs have not proffered good cause as required by the rule, nor can they given that individuals from numerous states are testifying live without objection. |
| 15.     Aaron Espenscheid (WI) (Live) (c/o Gingras, Cates and Luebke, 8150 Excelsior Drive, Madison, WI 53717) | |
| 16.     Gary Idler (MN) (Live) (c/o Gingras, Cates and Luebke, 8150 Excelsior Drive, Madison, WI 53717) | |
| 17.     Scott Barnes (MN) (Live or pursuant to FRCP 43 contemporaneous transmission via phone or other means) (c/o Gingras, Cates and Luebke, 8150 Excelsior Drive, Madison, WI 53717) | Defendants object to video testimony under FRCP 43; Plaintiffs have not proffered good cause as required by the rule, nor can they given that individuals from numerous states are testifying live without objection. |
| 18.     Tom Berryman (MN) (Live) (c/o Gingras, Cates and Luebke, 8150 Excelsior Drive, Madison, WI 53717) | |
| 19.     Daniel Allers (MN) (Live) (c/o Gingras, Cates and Luebke, 8150 Excelsior Drive, Madison, WI 53717) | |

# DEFENDANTS' OBJECTIONS TO PLAINTIFFS' RULE 26(a)(3) DISCLOSURES

| | |
|---|---|
| 20.    Brian Carrier (MN) (Pursuant to FRCP 43 contemporaneous transmission via phone or other means or by deposition designation) (c/o Gingras, Cates and Luebke, 8150 Excelsior Drive, Madison, WI 53717) | Defendants object to video testimony under FRCP 43; Plaintiffs have not proffered good cause as required by the rule, nor can they given that individuals from numerous states are testifying live without objection. |
| 21.    Marc Braniff (MN) (Live) (c/o Gingras, Cates and Luebke, 8150 Excelsior Drive, Madison, WI 53717) | |
| 22.    Steve Kopischke (MN) (Pursuant to FRCP 43 contemporaneous transmission via phone or other means or by deposition designation) (c/o Gingras, Cates and Luebke, 8150 Excelsior Drive, Madison, WI 53717) | Defendants object to video testimony under FRCP 43; Plaintiffs have not proffered good cause as required by the rule, nor can they given that individuals from numerous states are testifying live without objection. Plaintiffs chose this forum for its convenience and cannot now claim it to be the opposite. |
| 23.    Brett Domke (WI) (Live or pursuant to FRCP 43 contemporaneous transmission via phone or other means) (c/o Gingras, Cates and Luebke, 8150 Excelsior Drive, Madison, WI 53717) | Defendants object to video testimony under FRCP 43; Plaintiffs have not proffered good cause as required by the rule, nor can they given that individuals from numerous states are testifying live without objection. Plaintiffs chose this forum for its convenience and cannot now claim it to be the opposite. |
| 24.    Randall Whitrock (WI) (Live or pursuant to FRCP 43 contemporaneous transmission via phone or other means) (c/o Gingras, Cates and Luebke, 8150 Excelsior Drive, Madison, WI 53717) | Defendants object to video testimony under FRCP 43; Plaintiffs have not proffered good cause as required by the rule, nor can they given that individuals from numerous states are testifying live without objection. Plaintiffs chose this forum for its convenience and cannot now claim it to be the opposite. |
| 25.    James Atkinson (WI) (Live or pursuant to FRCP 43 contemporaneous transmission via phone or other means) (c/o Gingras, Cates and Luebke, 8150 Excelsior Drive, Madison, WI 53717) | Defendants object to video testimony under FRCP 43; Plaintiffs have not proffered good cause as required by the rule, nor can they given that individuals from numerous states are testifying live without objection. Plaintiffs chose this forum for its convenience and cannot now claim it to be the opposite. |
| 26.    Bradley Pauwels (WI) (Live or pursuant to FRCP 43 contemporaneous transmission via phone or other means) (c/o Gingras, Cates and Luebke, 8150 Excelsior Drive, Madison, WI 53717) | Defendants object to video testimony under FRCP 43; Plaintiffs have not proffered good cause as required by the rule, nor can they given that individuals from numerous states are testifying live without objection. Plaintiffs chose this forum for its convenience and cannot now claim it to be the opposite. |
| 27.  Michael Clay (PA) (Live) (c/o Gingras, Cates and Luebke, 8150 Excelsior Drive, Madison, WI 53717) | |
| 28.  Herbert Blunt (PA) (By video deposition) (c/o Gingras, Cates and Luebke, 8150 Excelsior Drive, Madison, WI 53717) | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs from Admitting Deposition Testimony of Opt-in Plaintiffs.  Dkt. No. 575. |
| 29.  Frantz Charles (PA) (By video deposition) (c/o Gingras, Cates and Luebke, 8150 Excelsior Drive, Madison, WI 53717) | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs from Admitting Deposition Testimony of Opt-in Plaintiffs.  Dkt. No. 575. |

# DEFENDANTS' OBJECTIONS TO PLAINTIFFS' RULE 26(a)(3) DISCLOSURES

| | |
|---|---|
| 30. Hank Holloway-Bryant (PA) (By video deposition) (c/o Gingras, Cates and Luebke, 8150 Excelsior Drive, Madison, WI 53717) | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs from Admitting Deposition Testimony of Opt-in Plaintiffs. Dkt. No. 575. |
| 31. Christopher Nye (PA) (By video deposition) (c/o Gingras, Cates and Luebke, 8150 Excelsior Drive, Madison, WI 53717) | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs from Admitting Deposition Testimony of Opt-in Plaintiffs. Dkt. No. 575. |
| 32. Scott Barnes (MN) (Live or pursuant to FRCP 43 contemporaneous transmission via phone or other means) (c/o Gingras, Cates and Luebke, 8150 Excelsior Drive, Madison, WI 53717) | Defendants object to video testimony under FRCP 43; Plaintiffs have not proffered good cause as required by the rule, nor can they given that individuals from numerous states are testifying live without objection. Plaintiffs chose this forum for its convenience and cannot now claim it to be the opposite. |
| 33. David Lewin, PhD. (Live) (c/o Gingras, Cates and Luebke, 8150 Excelsior Drive, Madison, WI 53717) | Defendants object to the testimony of Dr. Lewin: (1) his expert report has been stricken; and (2) Defendants incorporate their Motion to Preclude Dr. Lewin's testimony. Dkt. Nos. 576, 578. |
| **WITNESSES PLAINTIFFS MAY CALL(26(a)(3)(i)):** | |
| 1. Cathy Lawley (Adversely) | |
| 2. Robert Fabrizio (Adversely) | |
| 3. Martin Jones (Adversely) | |
| 4. Jeff Winterbottom (Adversely) | |
| 5. Bryce Woodford (Adversely) | |
| 6. Ken Billak (Adversely) | Defendants note that Mr. Billak is a former employee. |
| 7. Robert Bogseth (Adversely) | |
| 8. Angela Peterson (Adversely) | |
| 9. Bryan Bruheim (WI) | Plaintiffs do not identify if they intend to produce Mr. Bruheim live, but to the extent that they intend to proffer his deposition testimony, Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs from Admitting Deposition Testimony of Opt-in Plaintiffs. Dkt. No. 575. |
| 10. Michael Jackson (WI) | Plaintiffs do not identify if they intend to produce Mr. Jackson live, but to the extent that they intend to proffer his deposition testimony, Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs from Admitting Deposition Testimony of Opt-in Plaintiffs. Dkt. No. 575. |
| 11. Dustin Nicholson (WI) | Plaintiffs do not identify if they intend to produce Mr. Nicholson live, but to the extent that they intend to proffer his deposition testimony, Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs from Admitting Deposition Testimony of Opt-in Plaintiffs. Dkt. No. 575. |
| 12. Dennis Warner (WI) | Plaintiffs do not identify if they intend to produce Mr. Warner live, but to the extent that they intend to proffer his deposition testimony, Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs from Admitting Deposition Testimony of Opt-in Plaintiffs. Dkt. No. 575. |

## DEFENDANTS' OBJECTIONS TO PLAINTIFFS' RULE 26(a)(3) DISCLOSURES

| | |
|---|---|
| 13. Todd Witkowski (WI) | Plaintiffs do not identify if they intend to produce Mr. Witkowski live, but to the extent that they intend to proffer his deposition testimony, Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs from Admitting Deposition Testimony of Opt-in Plaintiffs. Dkt. No. 575. |
| 14. Todd Brennan (WI) | Plaintiffs do not identify if they intend to produce Mr. Brennan live, but to the extent that they intend to proffer his deposition testimony, Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs from Admitting Deposition Testimony of Opt-in Plaintiffs. Dkt. No. 575. |
| 15. Nathan Fraley (WI) | Plaintiffs do not identify if they intend to produce Mr. Fraley live, but to the extent that they intend to proffer his deposition testimony, Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs from Admitting Deposition Testimony of Opt-in Plaintiffs. Dkt. No. 575. |
| 16. Scott Barnes (MN) | Plaintiffs do not identify if they intend to produce Mr. Barnes live, but to the extent that they intend to proffer his deposition testimony, Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs from Admitting Deposition Testimony of Opt-in Plaintiffs. Dkt. No. 575. |
| 17. William Daily (attorney at Gingras, Cates & Luebke) | Defendants object to Plaintiffs' attorneys testifying at trial (presumably regarding the expert damages report that they prepared and drafted). These individuals were not disclosed as "experts" under Rule 26(a)(2), nor could they be. Additionally, Mr. Daily should be precluded under the witness advocate rule. To the extent that Mr. Daily is being proffered for any purposes related to "Dr. Lewin's" report or the subejct matter thereof, Defendants object for the reasons set forth in their pending Motion to Preclude Dr. Lewin's Reports and Testimony, including the failure to disclose materials required under Rule 26. Dkt. No. 576-78. |
| 18. Lori Connor (paralegal at Axley Brynelson) | Defendants object to Plaintiffs' paralegals testifying at trial (presumably regarding the expert damages report that they prepared and drafted). These individuals were not disclosed as "experts" under Rule 26(a)(2), nor could they be. Additionally, Ms. Conner should be precluded under the witness advocate rule. To the extent that Ms. Conner is being proffered for any purposes related to "Dr. Lewin's" report or the subejct matter thereof, Defendants object for the reasons set forth in their pending Motion to Preclude Dr. Lewin's Reports and Testimony, including the failure to disclose materials required under Rule 26. Dkt. No. 576-78. |
| **DESIGNATION OF THOSE WITNESSES WHOSE TESTIMONY THE PARTY EXPECTS TO PRESENT BY DEPOSITION (26(a)(3)(ii)):** | |

# DEFENDANTS' OBJECTIONS TO PLAINTIFFS' RULE 26(a)(3) DISCLOSURES

| | | |
|---|---|---|
| 1 | Abraham Kawah | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs from Admitting Deposition Testimony of Opt-in Plaintiffs. Dkt. No. 575. |
| 2. | Jeremy Johnson | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs from Admitting Deposition Testimony of Opt-in Plaintiffs. Dkt. No. 575. |
| 3. | Christopher Johnson | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs from Admitting Deposition Testimony of Opt-in Plaintiffs. Dkt. No. 575. |
| 4. | Grant Dorniden | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs from Admitting Deposition Testimony of Opt-in Plaintiffs. Dkt. No. 575. |
| 5. | Todd Brennan | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs from Admitting Deposition Testimony of Opt-in Plaintiffs. Dkt. No. 575. |
| 6. | Cathy Lawley | |
| 7. | Robert Fabrizio | Defendants object to the introduction of Mr. Fabrizio's deposition as his deposition was not taken in this case. |
| 8. | Peter Paige | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs from Admitting Deposition Testimony of Opt-in Plaintiffs. Dkt. No. 575. |
| 9. | Steven Norgbean | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs from Admitting Deposition Testimony of Opt-in Plaintiffs. Dkt. No. 575. |
| 10. | Nathan Fraley | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs from Admitting Deposition Testimony of Opt-in Plaintiffs. Dkt. No. 575. |
| 11. | Raymond Larkin (Trimble) | |
| 12. | Dustin Nicholson | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs from Admitting Deposition Testimony of Opt-in Plaintiffs. Dkt. No. 575. |
| 13. | Robert Pass | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs from Admitting Deposition Testimony of Opt-in Plaintiffs. Dkt. No. 575. |
| 14. | Andry Pererva | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs from Admitting Deposition Testimony of Opt-in Plaintiffs. |
| 15. | Ishmael Bah | |
| 16. | Daniel Eckman | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs from Admitting Deposition Testimony of Opt-in Plaintiffs. Dkt. No. 575. |

## DEFENDANTS' OBJECTIONS TO PLAINTIFFS' RULE 26(a)(3) DISCLOSURES

| | | |
|---|---|---|
| 17. | Troy Gilbertson | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs from Admitting Deposition Testimony of Opt-in Plaintiffs.  Dkt. No. 575. |
| 18. | Robert Hammond | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs from Admitting Deposition Testimony of Opt-in Plaintiffs.  Dkt. No. 575. |
| 19. | Mitchell Hanson | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs from Admitting Deposition Testimony of Opt-in Plaintiffs.  Dkt. No. 575. |
| 20. | Martin Jones | |
| 21. | Creed Patrick | |
| 22. | Michael Terry | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs from Admitting Deposition Testimony of Opt-in Plaintiffs.  Dkt. No. 575. |
| 23. | Dennis Warner | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs from Admitting Deposition Testimony of Opt-in Plaintiffs.  Dkt. No. 575. |
| 24. | Phil Wannarka | |
| 25. | Brian Carrier | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs from Admitting Deposition Testimony of Opt-in Plaintiffs.  Dkt. No. 575. |
| 26. | Steve Kopischke | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs from Admitting Deposition Testimony of Opt-in Plaintiffs.  Dkt. No. 575. |
| 27. | Scott Barnes | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs from Admitting Deposition Testimony of Opt-in Plaintiffs.  Dkt. No. 575. |
| **DOCUMENTS PLAINTIFFS EXPECT TO USE (26(a)(3)(iii)):** | | |
| 1. | Dellinger email, 9-11-08, re. Overtime Reporting DSAT-UTEK 364382 | |
| 2. | UniTek USA Employee Handbook Jan. 2007 - Feb. 2009 (Depo. exh. 2) DSAT/UTEK 000089-132 | |
| 3. | UniTek USA Employee Policy Booklet July, 2007 - June, 2008 (Depo. exh. 3) DSAT/UTEK 000035-88. | |
| 4. | UniTek USA / DirectSat USA Employee Handbook (Depo. exh. 4) *no Bates numbers on this one, but this consists of a cover, pages 1 - 43 and a three page addendum* | |
| 5. | UniTek USA DirectSat USA Employee Policy Booklet June, 2008 through 2-26-10 (at least, because note on page says "current" and the exhibit was marked on 2-26-10) (Depo. exh. 5) *no Bates on this page* [the document totals 60 pages, with a "Safety Orientation Checklist" appended and numbered page "47"] | |
| 6. | DirectSat USA Employee Handbook (Depo. exh. 6) DSAT/UTEK 001892 - 1935 | |
| 7. | DirectSat USA Employee Handbook July, 2009 - unspecified time (Depo. exh. 7): DSAT/UTEK 001750 - 1797 | |

# DEFENDANTS' OBJECTIONS TO PLAINTIFFS' RULE 26(a)(3) DISCLOSURES

| | |
|---|---|
| 8. DirectSat USA Fleet Policy Handbook March, 2009 (Depo. exh. 8; also Depo. exh. 1, Woodford) *no Bates on this page*, but the copy used at Woodford's depo numbered Espenscheid 1 - 17. | |
| 9. DirectSat Management Guidebook (Depo. exh. 9) DSAT/UTEK 001736 | |
| 10. 10-1-09 Yannantuono memo re New Timesheet Guidelines (Depo. exh. 11) | |
| 11. DirectSat Weekly Timesheet (blank) (Depo. exh. 12) (also Depo. exh. 5, Woodford). | |
| 12. Job Description - Technician (Depo. exh. 10) DSAT/UTEK 135-37 | |
| 13. Phone Calling Policy: "Collectively we are not doing a good job..." Depo. exh. 13 | Objection (witness denied knowledge of document, which is not bates stamped). |
| 14. Standard Installation sheet MN and WI rates 11-9-08 - Espenscheid (signed 5-26-09) (Depo. exh. 16) (also Depo. exh. 3, Woodford) | |
| 15. Espenscheid time sheet 6-20-09 (Depo. exh. 17) | |
| 16. Payroll explanation and compliance form (Depo. exh. 19) DSAT/UTEK 2011-2013 | |
| 17. Unitek new hire checklist (Depo. exh. 22) DSAT/UTEK 14 | |
| 18. Corrective Action Process (Depo. exh. 26) DSAT/UTEK 001730-36 | |
| 19. New Hire Process Policy (Depo. exh. 47) DSAT/UTEK 002004-5 | |
| 20. UniTek USA Employee Policy Booklet with excerpt - Company Owned Vehicle policy DSAT/UTEK 35, 52-53 (note: there is a separate Bates number cut off in the copy) | |
| 21. UniTek USA Employee Policy Booklet with excerpt on GPS policy prepared by Fabrizio 6-7-07 DSAT/UTEK 35, 54 | |
| 22. Michael Clay's Standard Installation sheet, 6-4-07 DSAT/UTEK 98253 | |
| 23. DirectSat USA Technician Expectations (Depo. exh. 1, Dellinger) DSAT/UTEK 112444- 46 | |
| 24. Snell email chain 9-24-09 re. GPS exception reporting DSAT/UTEK 364374-76 | |
| 25. Giacalone email chain 10-29-07 DSAT/UTEK 364377-81 | Objection. Hearsay; relevance. |
| 26. Wannarka email chain 9-15-08 re. Time sheets and lunch (Depo. exh. 11) Idler 3876-77 | Objection. Hearsay; relevance. |
| 27. DirectSat Technician Payroll Policy & Procedures - effective 12-4-06 DSAT/UTEK 9656 | |
| 28. 10-16-08 memo from Shockman re How Piece Rate is Calculated (*numbering is "NKA008311"*) | |
| 29. Packet of 207 DirectSat emails to Idler from August, 2009, as identified in Haag Aff., Dkt. #375, ¶ 6-8 | Objection. Hearsay; relevance; failure to identify actual emails in declaration; vioaltion of witness advocate rule; authentication. |
| 30. Packet of 135 DirectSat emails to Espenscheid from August, 2009, as identified in Haag Aff., Dkt. #375, ¶ 6-8 | Objection. Hearsay; relevance; failure to identify actual emails in declaration; vioaltion of witness advocate rule; authentication. |
| 31. Packet of 162 DirectSat emails to Idler from September, 2009, as identified in Haag Aff., Dkt. #375, ¶ 6-8 | Objection. Hearsay; relevance; failure to identify actual emails in declaration; vioaltion of witness advocate rule; authentication. |
| 32. Packet of 122 DirectSat emails to Espenscheid from September, 2009, as identified in Haag Aff., Dkt. #375, ¶ 6-8 | Objection. Hearsay; relevance; failure to identify actual emails in declaration; vioaltion of witness advocate rule; authentication. |
| 33. Emails to and from Brian Carrier in 2009, CARRIER2 1-14 | Objection. Hearsay. |
| 34. Carrier Workorders, CARRIER 15-90 | |

# DEFENDANTS' OBJECTIONS TO PLAINTIFFS' RULE 26(a)(3) DISCLOSURES

| | |
|---|---|
| 35. Carrier personnel file DSAT/UTEK 145637-663 | |
| 36. Carrier timesheets 1.3.09-3.21.09, Non-sequential Bates | |
| 37. Carrier meeting sign-in sheets (Big Lake, MN) DSAT/UTEK 016965-999 (there are gaps in the numbering, but the exhibit is one packet of sign-in sheets) | |
| 38. PA Calls 2008-2009, Bates DSAT-UTEK 165496-165581 | |
| 39. Technician Meeting Sign-In Sheets (Claremont, MN), DSAT-UTEK 016780-016880 | |
| 40. Email Shockman 11.15.07 regarding an exit interview, DSAT-UTEK 043099-100 | |
| 41. Corrective Action Notice ("CAN"), DSAT-UTEK 061404 (Noll 10.15.08) | Objection. Hearsay. |
| 42. CAN, DSAT-UTEK 074605 (Corpus 3.4.09) | |
| 43. CAN, DSAT-UTEK 008502 (Holmes 12.22.09) | |
| 44. Cell Phone Policy (Espenscheid), DSAT-UTEK 000022 | |
| 45. Email Idler 10.19.09 regarding new timesheets, IDLER 50372-84 | Objection. Relevance, Hearsay, Authentication. |
| 46. Power Point slides "New Timesheets-effective 10/4/09", No Bates range | Objection. Relevance, Hearsay, Authentication. |
| 47. Woodford Email 9.17.09 regarding paycheck verification procedure, DSAT-UTEK 00166, 00163 | Objection. Document not accurately identified. |
| 48. Trimble Manual and Reports, TRIMBLE/@ROAD DIRECTSAT CONFIDENTIAL 002070-002281 | Objection. Authenticity and Hearsay. |
| 49. Email Norm Snell 8.12.09, DSAT-UTEK 366705-07 | |
| 50. Email John Kowalski 5.9.07, DSAT-UTEK 366821-22 | |
| 51. Email Greg Militello 8.11.09, DSAT-UTEK 366855-56 | |
| 52. Email Phil Wannarka 9.1.09, IDLER 50431-32 | |
| 53. Email Phil Wannarka 9.29.10, IDLER 50363-64 | |
| 54. Email Phil Wannarka 8.10.09, IDLER 50420-27 (Depo. Exh. 62) | |
| 55. @Road Report 4.28.09 regarding onsite by 8:00 am, No Bates range | Objection. Hearsay, Authentication. |
| 56. Email William Jones 5.8.09, IDLER 50370-71 | |
| 57. Email Scott Barnes 8.10.09, IDLER 50395 | Objection. Hearsay. |
| 58. Email Dennis Ross 8.10.09, IDLER 50397 | Objection. Hearsay. |
| 59. Email Dennis Ross 10.19.09, IDLER 50372-84 (Idler Depo Exh. 9) | Objection. Hearsay. |
| 60. Personnel Action Notice ("PAN") 7.20.09, DSAT/UTEK 105083 | |
| 61. PAN 8.13.09 DSAT-UTEK 105080 | |
| 62. Email Elizabeth Downey 9.11.08, DSAT/UTEK 105063 | Objection. Relevance. |
| 63. COV Policy DSAT/UTEK 105029-31 | |
| 64. Lawley Memo 10.12.09 DSAT/UTEK 105059 | Objection. Hearsay. Relevance. |
| 65. Timesheet exemplar DSAT/UTEK 001742 | |
| 66. Hisey Letter to Wannarka DSAT/UTEK 105019-105020 | Objection. Relevance. |
| 67. Email to Wannarka, IDLER 50433 | Objection. Hearsay. |
| 68. Idler GPS example (no Bates) with exemplar timesheet (IDLER 3) | |
| 69. Email Wannarka 4.28.09 IDLER 50559-60 with @Road Report IDLER 50561-569 (Depo. Exh. 61) | |
| 70. Email Wannarka 8.6.09 IDLER 50394 | |
| 71. Safety Meeting Report DSAT/UTEK 016788-89 | |
| 72. Email Wannarka 9.15.08 IDLER 3876-77 | Objection. Hearsay. |
| 73. Point Matrix DSAT/UTEK 00533-39 | |
| 74. Point Matrix DSAT/UTEK 00516-18 | |
| 75. Performance Measurement Policy DSAT/UTEK 22070 | |
| 76. Email Wannarka 8.13.09 IDLER 50428-30 | Objection. Hearsay, Relevance. |
| 77. Email Miller and Lawley 11.2.09 DSAT/UTEK 077381-83 | Objection. Hearsay, Relevance. |
| 78. Email Wannarka 8.2.09 IDLER 50555-57 | |

# DEFENDANTS' OBJECTIONS TO PLAINTIFFS' RULE 26(a)(3) DISCLOSURES

| | |
|---|---|
| 79.    CAN 1.29.09 DSAT/UTEK 023865 | |
| 80.    Idler Depo. Exh. 11 (Timesheets) | |
| 81.    Idler Depo. Exh. 5 (Personnel File) | |
| 82.    GPS Installation IDLER 49898 | Objection.  Hearsay, Authentication. |
| 83.    Idler Depo. Exh. 10 (Jeremy Johnson email) | Objcetion.  Hearsay. |
| 84.    Idler Depo. Exh. 12 (GPS data) | |
| 85.    Idler Depo. Exh. 13 (timesheet and GPS data) | |
| 86.    Idler Timesheets, week ending 2.7.09 – 2.6.10, Bates non-sequential | |
| 87.    Idler GPS and payroll data provided by DirectSat 8.1.09-10.31.09, no Bates | |
| 88.    PROS Report re Dan Allers DSAT/UTEK 109834 and 109405 | |
| 89.  Allers timesheets 3.14.09-3.13.10, Non-sequential Bates | |
| 90.  Allers GPS and payroll data provided by DirectSat 8.1.09-11.1.09, no Bates | |
| 91.  Allers personnel file DSAT/UTEK 356470-526 | |
| 92.  Scott Barnes timesheets 1.4.09-10.19.09, Non-sequential Bates | |
| 93.  Barnes personnel file DSAT/UTEK 167101-133 | |
| 94.  Tom Berryman timesheets 3.14.09, 3.28.09, 8.15.09 | |
| 95.  Berryman GPS and payroll data provided by DirectSat 5.19.09-8.14.09 | |
| 96.  Berryman personnel file DSAT/UTEK 144484-521 | |
| 97.  Marc Braniff timesheets 2.21.09-8.15.09, Non-sequential Bates | |
| 98.  Braniff GPS and payroll data provided by DirectSat 6.28.09-9.24.09 | |
| 99.  Braniff personnel file DSAT/UTEK 145119-237 | |
| 100. Steve Kopischke personnel file DSAT/UTEK 148237-266 | |
| 101. Kopischke time sheets 6.26.09-9.5.09, Non-sequential Bates | |
| 102. Kopischke GPS and payroll data provided by DirectSat 7.20.09-8.31.09, no Bates | |
| 103.  Corrective Action Form – Discipline for missed weekly meetings. | |
| 104.  Corrective Action Form – Discipline for missing other mandatory meetings and events. | |
| 105.  Corrective Action Form – Discipline for performance on scorecard. | |
| 106. Correction Action Form – Discipline related GPS-detected violations. | |
| 107. Correction Action Form – Discipline for failing to make customer contact. | |
| 108.    Termination Report – Termination for low scorecard rating. | |
| 109.    Termination Report – Termination for performance generally. | |
| 110.    Termination Report – Termination for violation of a policy that was discovered through managers and/or supervisor's use of GPS. | |
| 111.    Termination Report – Terminated in part for being tardy for or missing mandatory meetings. | |
| 112.    Personnel Action Notice – Relating to per diem payments paid to technicians. | |
| 113.    Personnel Action Notice – Bonuses to technicians for moving from position of installation technician to lead installation technician. | |
| 114.  Personnel Action Notice – Reflecting pay for training other technicians. | |
| 115. Personnel Action Notice – Pay to technician for covering supervisor position during supervisor's vacation. | |

# DEFENDANTS' OBJECTIONS TO PLAINTIFFS' RULE 26(a)(3) DISCLOSURES

| | |
|---|---|
| 116. Personnel Action Notice – Bonuses for being selected as Tech of the Quarter. | |
| 117.  Personnel Action Notice – QC Bonuses. | |
| 118.  Personnel Action Notice – Jump Bonus for working a 6-day week. | |
| 119.  Personnel Action Notice - Bonuses for Safety Bingo. | |
| 120.  E-mail from Sara Rafferty to Yvette Shockman dated March 5, 2007, providing for additional pay for training at a daily rate. | Objection.  Hearsay, Relevance. |
| 121.  Authorization to Deduct from UNITEK USA Employee – Deductions for lost items. | |
| 122.  Authorization to Deduct from UNITEK USA Employee – Deductions for stolen items. | |
| 123.  Authorization to Deduct from UNITEK USA Employee – Deductions for "lost/stolen" items. | |
| 124.  Shockman 4.13.07 email string re reduction for frozen equipment in truck | |
| 125.  Earnings Statement – Including trainer pay. | |
| 126.  Earnings Statement – Including pay for protection plan. | |
| 127.  Earnings Statement – Including pay for DTV – Sales | |
| 128.  Earnings Statement – Including additional pay for field training. | |
| 129.  Earnings Statement – Including Bonus Pay. | |
| 130.  Earnings Statement – Including pay for DTV Retention | |
| 131.  Exit Interview – Tony Moore | |
| 132.  Exit Interview – Gregory Hooks | Objection.  Relevance, Hearsay |
| 133.  Shockman email 11. 15.07 re exit interview | Objection,  Hearsay. |
| 134.  Corrective Action Form – States when techs' day begins | |
| 135.  Personnel File Documents Relating to ERD Case LS200903643 | Objection.  Hearsay. |
| 136.  Corrective Action Form – Discipline for improper work order disposal. | |
| 137.  Corrective Action Form – Discipline for improper inventory rotation. | |
| 138.  Corrective Action Form – Discipline for break. | |
| 139.  Corrective Action Form – Discipline for improperly turning in Work Orders. | |
| 140.  Corrective Action Form – Discipline for claiming overtime without appropriate approval. | |
| 141.  Espenscheid Timesheets dated 6/28/08-12/19/09 | |
| 142.  Espenscheid GPS and payroll data provided by DirectSat dated 8/2/09-11/1/09 | |
| 143.  Espenscheid Personnel File DSAT-UTEK 000013-000032 | |
| 144.  Ludlum Timesheets dated 6/28/08-8/29/09 | |
| 145.  Ludlum Personnel File | |
| 146.  Ludlum review | |
| 147.  Wetzel Timesheets dated 8/25/07-2/16/08 | |
| 148.  Wetzel Personnel File | |
| 149.  James George Timesheets dated 8/9/08-2/7/09 | |
| 150.  George Personnel File | |
| 151.  Stephen Forrest Timesheets dated 9/20/08-2/28/09 | |
| 152.  Forrest Personnel File | |
| 153.  R.J. Hutchison Timesheets dated 2/28/09-2/6/10 | |
| 154.  R.J. Hutchison GPS and payroll data provided by DirectSat dated 12/13/09- 3/13/10 | |
| 155.  R.J. Hutchison Personnel File | |

# DEFENDANTS' OBJECTIONS TO PLAINTIFFS' RULE 26(a)(3) DISCLOSURES

| | |
|---|---|
| 156. David Lewin Report dated 8.12.10 (inclusive of exhibits) | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs Preclude all Testimony and Reports of Dr. David Lewin.  Dkt. No. 576, 578. |
| 157.  David Lewin Report dated 10.12.10 (inclusive of exhibits) | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs Preclude all Testimony and Reports of Dr. David Lewin.  Dkt. No. 576, 578. |
| 158. David Lewin Report dated 4.11.11 (inclusive of exhibits) | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs Preclude all Testimony and Reports of Dr. David Lewin.  Dkt. No. 576, 578. |
| 159. David Lewin Report dated 4.21.11 (inclusive of exhibits | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs Preclude all Testimony and Reports of Dr. David Lewin.  Dkt. No. 576, 578. |
| 160. David Lewin CV | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs Preclude all Testimony and Reports of Dr. David Lewin.  Dkt. No. 576, 578. |
| 161. Shockman Notebook entry re. OT training | |
| 162. Shockman Notebook entry re. OT and lunch | |
| 163. Shockman Notebook entry re. OT calculation | |
| 164. Shockman Notebook entry re. start of workday | |
| 165. Yannantuono email re Payroll change | |
| 166. New Hire Facilitator's Guide re Work Orders | |
| 167. New Hire Facilitator's Guide | |
| 168. DirectSat Org. Chart 1.21.2010 | Objection. Relevance. |
| 169. Piece Rate Calculation Memo 2.20.09 | |
| 170. DirectSat HR Org. Chart | Objection. Relevance. |
| 171. Training Pay Structure and rates | Objection. Relevance. |
| 172. Herbert Blunt GPS and payroll data provided by DirectSat dated 8.1.09-11.1.09 | |
| 173. Christopher Nye GPS and payroll data provided by DirectSat dated 8.2.09- 10.31.09 | |
| 174. Michael Clay Timesheets week ending 9.1.07-2.2.08, Bates Non-sequential | |
| 175. Clay personnel file | |
| 176. Herbert Blunt timesheets week ending 1.19.08-12.26.09, Bates Non-sequential | |
| 177. Blunt personnel file | |
| 178. Frantz Charles timesheets week ending 8.15.09-12.26.09, Bates Non-sequential | |
| 179. Charles personnel file | |
| 180. Charles GPS and payroll data provided by DirectSat dated 8.1.09-10.20.09, no Bates | |
| 181. Christopher Nye timesheets week ending 2.14.09-3.26.11, Bates Non-sequential | |
| 182. Nye personnel file | |
| 183. Nye GPS and payroll data provided by DirectSat dated 8.1.09-10.31.09, no Bates | |
| 184. Hank Holloway-Bryant personnel file | |
| 185. James Atkinson personnel file | |
| 186. Atkinson timesheets week ending 6.28.08-4.4.09, Bates Non-sequential | |

# DEFENDANTS' OBJECTIONS TO PLAINTIFFS' RULE 26(a)(3) DISCLOSURES

| | |
|---|---|
| 187. David Deserre personnel file | |
| 188. Deserre timesheets week ending 11.15.08-4.11.09, Bates Non-sequential | |
| 189. Brett Domke personnel file | |
| 190. Domke timesheets week ending 1.3.09-11.28.09, Bates Non-sequential | |
| 191. Domke GPS and payroll data provided by DirectSat dated 8.2.09-10.31.09, no Bates | |
| 192. Bradley Pauwels personnel file | |
| 193. Pauwels timesheets week ending 2.21.09-1.23.10, Bates Non-sequential | |
| 194. Randall Whitrock personnel file | |
| 195. Whitrock timesheet 11.7.09 | |
| 196. Whitrock GPS and payroll data provided by DirectSat dated 8.2.09-10.31.09 | |
| 197. Yannantuono email chain 5-20-09 re: Mike Thompson | |
| 198. Riddle email chain 1-25-08 re: Chicago labor | Objection.  Relevance, Hearsay |
| 199. Riddle email chain (8-10-07) re. Margin Critical Situation | |
| 200. Heaberlin email chain (2-2-2010) re. Techs scheduled hours vs. closed work | |
| 201. EK 368386 Pre-call checklist | |
| 202. Quarter-end rate sheet DSAT/UTEK 036586 (Woodford Depo Exh 2) | |
| 203. Winterbottom Depo Exh 13- Memorandum to technicians re: calls to customers. | Objection.  Authenticity, Relevance, Hearsay. |
| 204. Winterbottom Depo Exh 14- Memorandum dated July 9, 2008 from Yvette Shockman to All Technicians and Hourly Personnel re: Timesheet Policy. | |
| 205. Winterbottom Depo Exh 15- Memorandum dated February 2, 2009 to all technicians re: timesheet policy | |
| 206. Winterbottom Depo Exh 58- Declaration of Jeffrey Winterbottom. | |
| 207. Winterbottom Depo Exh 59- Activity Detail Activity Report from 10/7/07 to 10/9/07 | |
| 208. Winterbottom Depo Exh 60- Exception Report | Objection. Relevance. |
| 209. Weekly PROS reports from Minnesota profit centers: | Objection.  Authenticity, Relevance, Hearsay. |
| PROS Report 20100816-1425, created 8/16/2010 by Latesha Winston | Objection.  Authenticity, Relevance, Hearsay. |
| PROS Report 20100712-1533, created 7/12/2010 by Latesha Winston, | Objection.  Authenticity, Relevance, Hearsay. |
| PROS Report 20100426-1644, for W/E 04.24.10 - 698-3, created 4/26/2010, | Objection.  Authenticity, Relevance, Hearsay. |
| PROS Report 20100223-1454, for W/E 02.20.10 - 698-3, created 2/23/2010 | Objection.  Authenticity, Relevance, Hearsay. |
| PROS Report 2009-05-17_2009, for W/E 05.23.09 - 698-2, created 5/26/2009 | Objection.  Authenticity, Relevance, Hearsay. |
| PROS Report 2009-02-08_2009, for W/E 02.14.09 - 698-2, created 2/16/2009 | Objection.  Authenticity, Relevance, Hearsay. |
| 210. Bryan Bruheim timesheets week ending 12.27.08 – 3.13.10, non-sequential Bates | |
| 211. Dennis Warner personnel file | |
| 212. Warner timesheets weekending 1.3.09-10.3.09 | |
| **DOCUMENTS PLAINTIFFS' MAY USE:** | |
| 1. 7-9-08 memo from Shockman re Timesheet Policy | |
| 2. 2-2-09 Timesheet Policy | |
| 3. Authorization to deduct from DirectSat USA employee - blank, with additional fille out | |

# DEFENDANTS' OBJECTIONS TO PLAINTIFFS' RULE 26(a)(3) DISCLOSURES

| | |
|---|---|
| 4. New employee payroll date form | |
| 5. Authorization to Deduct from DirectSat USA employee (blank) | |
| 6. Weekly Timesheet (blank) revision date 7-8-08 | |
| 7. 12-3-09 memo re Paycheck Verification Procedure | |
| 8. Personnel Action Notice (blank) | |
| 9.      Termination report (blank) with termination policies | |
| 10. Fleet Maintenance Policy and Procedures | |
| 11. COV instructions | |
| 12. 10-3-07 memo from Shockman re. Timesheet Policy | |
| 13. 10-16-08 memo from Shockman re. How Piece Rate is Calculated | |
| 14. Weekly Timesheet (blank) | |
| 15. DirectSat org chart | |
| 16. Overtime Policy in effect in March, 2007 (signed by "Santiago") | |
| 17. Time Card Policy & Procedure | |
| 18. DirectSat Technician Policy Payroll and Procedures, signed by Bolden 1-9-07 | |
| 19. Truck Kit / Tool Issuance Form [technician name is illegible] | |
| 20. GPS activity report 10-7-07 - 10-9-07 | |
| 21. GPS acknowledgement (bearing Larry Clark's signature) prepared by Fabrizio, 6-7-07 | |
| 22. DirectSat Tool Form signed 7-17-07 | |
| 23. Crowder corrective action form, 2-6-07 | |
| 24. Gall corrective action form, 1-20-10 | |
| 25. Nowak corrective action form, 2-24-09 | |
| 26. Scorecard for Mark Schmidt | |
| 27. Peterson 3-19-09 email chain re Noyes - speeding - GPS data | Objection.  Hearsay. |
| 28. Lawley email chain including GPS data relative to Shannon Thuecks, 11-3-09 | Objection.  Hearsay. |
| 29. 11-2-09 Miller email chain re. Shannon Thuecks (GPS information) | Objection.  Hearsay. |
| 30. Creed Patrick email chain | Objection.  Hearsay. |
| 31. Hisey email chain (8-11-07) re. Marting Update | Objection.  Hearsay. |
| 32. Riddle email chain 10-12-07 re. SkyREPORT | Objection.  Hearsay. |
| 33. 4-21-09 email chain Johnson / Wannarka / Braniff re SIN7 SIN30 | Objection.  Hearsay. |
| 34. Leider email chain 1-17-10 re. Time cards and travel Idler 50482-84 | Objection.  Hearsay. |
| 35. Unitek organization charts. | |
| 36. UniTek USA DirectSat USA Time Card Policy & Procedures 6-22-06 revision | |
| 37. Up-Training Request, | Objection.  Document not  identified. |
| 38. Weekly Time Variance Trimble 2176-2177 | Objection.  Authenticity, Relevance, Hearsay. |
| 39. Weekly timesheet (blank) Revision date: 7-6-08 | |
| 40. Declaration of Clayton Abernathy | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs Preclude Plaintiffs Use of their Declarations.  Dkt. No.  571 |
| 41. Declaration of Fuad Abugebara | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs Preclude Plaintiffs Use of their Declarations.  Dkt. No.  571 |
| 42. Declaration of Gregg Adamson | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs Preclude Plaintiffs Use of their Declarations.  Dkt. No.  571 |
| 43. Declaration of Daniel Allers | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs Preclude Plaintiffs Use of their Declarations.  Dkt. No.  571 |

# DEFENDANTS' OBJECTIONS TO PLAINTIFFS' RULE 26(a)(3) DISCLOSURES

| | |
|---|---|
| 44. Declaration of Judd Altenburg | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs Preclude Plaintiffs Use of their Declarations.  Dkt. No.  571 |
| 45. Declaration of Sergio Alvarez | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs Preclude Plaintiffs Use of their Declarations.  Dkt. No.  571 |
| 46. Declaration of Jonathan Archibald | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs Preclude Plaintiffs Use of their Declarations.  Dkt. No.  571 |
| 47. Declaration of Jonathan Arendosh | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs Preclude Plaintiffs Use of their Declarations.  Dkt. No.  571 |
| 48. Declaration of James Atkinson | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs Preclude Plaintiffs Use of their Declarations.  Dkt. No.  571 |
| 49. Declaration of Mauricio Ayala | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs Preclude Plaintiffs Use of their Declarations.  Dkt. No.  571 |
| 50. Declaration of Thomas Berryman | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs Preclude Plaintiffs Use of their Declarations.  Dkt. No.  571 |
| 51. Declaration of Adam Blackwell | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs Preclude Plaintiffs Use of their Declarations.  Dkt. No.  571 |
| 52. Declaration of Herbert Blunt | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs Preclude Plaintiffs Use of their Declarations.  Dkt. No.  571 |
| 53. Declaration of Kenneth Boggs | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs Preclude Plaintiffs Use of their Declarations.  Dkt. No.  571 |
| 54. Declaration of Ricardo Bolano | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs Preclude Plaintiffs Use of their Declarations.  Dkt. No.  571 |
| 55. Declaration of Marc Braniff | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs Preclude Plaintiffs Use of their Declarations.  Dkt. No.  571 |
| 56. Declaration of Dennis Broussard | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs Preclude Plaintiffs Use of their Declarations.  Dkt. No.  571 |
| 57. Declaration of Kenderman Brown | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs Preclude Plaintiffs Use of their Declarations.  Dkt. No.  571 |
| 58. Declaration of Donald Bruce | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs Preclude Plaintiffs Use of their Declarations.  Dkt. No.  571 |
| 59. Declaration of Bryan Bruheim 2/17/10 | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs Preclude Plaintiffs Use of their Declarations.  Dkt. No.  571 |
| 60. Declaration of Bryan Bruheim 4/6/11 | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs Preclude Plaintiffs Use of their Declarations.  Dkt. No.  571 |
| 61. Declaration of Lamont Burdine | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs Preclude Plaintiffs Use of their Declarations.  Dkt. No.  571 |

# DEFENDANTS' OBJECTIONS TO PLAINTIFFS' RULE 26(a)(3) DISCLOSURES

| | |
|---|---|
| 62. Declaration of Joshua Burling | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs Preclude Plaintiffs Use of their Declarations. Dkt. No. 571 |
| 63. Declaration of Marvin Butler | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs Preclude Plaintiffs Use of their Declarations. Dkt. No. 571 |
| 64. Declaration of Brian Carrier | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs Preclude Plaintiffs Use of their Declarations. Dkt. No. 571 |
| 65. Declaration of John Castro | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs Preclude Plaintiffs Use of their Declarations. Dkt. No. 571 |
| 66. Declaration of Franz Charles | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs Preclude Plaintiffs Use of their Declarations. Dkt. No. 571 |
| 67. Declaration of Alfred Ciarletta | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs Preclude Plaintiffs Use of their Declarations. Dkt. No. 571 |
| 68. Declaration of Michael Clay | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs Preclude Plaintiffs Use of their Declarations. Dkt. No. 571 |
| 69. Declaration of Stephanie Cook | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs Preclude Plaintiffs Use of their Declarations. Dkt. No. 571 |
| 70. Declaration of Patrick Cragin | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs Preclude Plaintiffs Use of their Declarations. Dkt. No. 571 |
| 71. Declaration of Sheldon Dable | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs Preclude Plaintiffs Use of their Declarations. Dkt. No. 571 |
| 72. Declaration of Kyle Darst | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs Preclude Plaintiffs Use of their Declarations. Dkt. No. 571 |
| 73. Declaration of Carl Davis | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs Preclude Plaintiffs Use of their Declarations. Dkt. No. 571 |
| 74. Declaration of David Deserre | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs Preclude Plaintiffs Use of their Declarations. Dkt. No. 571 |
| 75. Declaration of Brett Domke | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs Preclude Plaintiffs Use of their Declarations. Dkt. No. 571 |
| 76. Declaration of Grant Dorniden | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs Preclude Plaintiffs Use of their Declarations. Dkt. No. 571 |
| 77. Declaration of Thomas Ejnik | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs Preclude Plaintiffs Use of their Declarations. Dkt. No. 571 |
| 78. Declaration of Aaron Espenscheid | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs Preclude Plaintiffs Use of their Declarations. Dkt. No. 571 |
| 79. Declaration of Chuck Evers | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs Preclude Plaintiffs Use of their Declarations. Dkt. No. 571 |

# DEFENDANTS' OBJECTIONS TO PLAINTIFFS' RULE 26(a)(3) DISCLOSURES

| | |
|---|---|
| 80. Declaration of Stephen Forrest | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs Preclude Plaintiffs Use of their Declarations. Dkt. No. 571 |
| 81. Declaration of Nathan Fraley | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs Preclude Plaintiffs Use of their Declarations. Dkt. No. 571 |
| 82. Declaration of Christopher Frey | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs Preclude Plaintiffs Use of their Declarations. Dkt. No. 571 |
| 83. Declaration of Terrance Wayne Franklin | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs Preclude Plaintiffs Use of their Declarations. Dkt. No. 571 |
| 84. Declaration of James George | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs Preclude Plaintiffs Use of their Declarations. Dkt. No. 571 |
| 85. Declaration of Troy Gilbertson | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs Preclude Plaintiffs Use of their Declarations. Dkt. No. 571 |
| 86. Declaration of Christopher Gillespie | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs Preclude Plaintiffs Use of their Declarations. Dkt. No. 571 |
| 87. Declaration of Kenneth Haehl | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs Preclude Plaintiffs Use of their Declarations. Dkt. No. 571 |
| 87. Declaration of Gregory Haley | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs Preclude Plaintiffs Use of their Declarations. Dkt. No. 571 |
| 89. Declaration of Robert Hammond | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs Preclude Plaintiffs Use of their Declarations. Dkt. No. 571 |
| 90. Declaration of Mitch Hanson | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs Preclude Plaintiffs Use of their Declarations. Dkt. No. 571 |
| 92. Declaration of Joel Hoheisel | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs Preclude Plaintiffs Use of their Declarations. Dkt. No. 571 |
| 93. Declaration of RJ Hutchison | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs Preclude Plaintiffs Use of their Declarations. Dkt. No. 571 |
| 93. Declaration of Gary Idler | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs Preclude Plaintiffs Use of their Declarations. Dkt. No. 571 |
| 94. Declaration of Gregg Jablonowski | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs Preclude Plaintiffs Use of their Declarations. Dkt. No. 571 |
| 95.  Declaration of Jeremy Johnson | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs Preclude Plaintiffs Use of their Declarations. Dkt. No. 571 |
| 96. Declaration of Gregoire Joseph | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs Preclude Plaintiffs Use of their Declarations. Dkt. No. 571 |
| 97. Declaration of Abraham Kawah | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs Preclude Plaintiffs Use of their Declarations. Dkt. No. 571 |

# DEFENDANTS' OBJECTIONS TO PLAINTIFFS' RULE 26(a)(3) DISCLOSURES

| | |
|---|---|
| 98. Declaration of Steve Kopischke | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs Preclude Plaintiffs Use of their Declarations.  Dkt. No. 571 |
| 99. Declaration of Robert Lantzy | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs Preclude Plaintiffs Use of their Declarations.  Dkt. No. 571 |
| 100. Declaration of Michael Larrabee | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs Preclude Plaintiffs Use of their Declarations.  Dkt. No. 571 |
| 101. Declaration of Keith Leitzinger | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs Preclude Plaintiffs Use of their Declarations.  Dkt. No. 571 |
| 102. Declaration of Rachel Loftin | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs Preclude Plaintiffs Use of their Declarations.  Dkt. No. 571 |
| 103. Declaration of James Long | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs Preclude Plaintiffs Use of their Declarations.  Dkt. No. 571 |
| 104. Declaration of Chad Ludlum 10/20/10 | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs Preclude Plaintiffs Use of their Declarations.  Dkt. No. 571 |
| 105. Declaration of Chad Ludlum 3/10/11 | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs Preclude Plaintiffs Use of their Declarations.  Dkt. No. 571 |
| 106. Declaration of Roney Martinez | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs Preclude Plaintiffs Use of their Declarations.  Dkt. No. 571 |
| 107. Declaration of Richard Mayer | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs Preclude Plaintiffs Use of their Declarations.  Dkt. No. 571 |
| 108. Declaration of Marlon Mills | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs Preclude Plaintiffs Use of their Declarations.  Dkt. No. 571 |
| 109. Declaration of William Morrison | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs Preclude Plaintiffs Use of their Declarations.  Dkt. No. 571 |
| 110. Declaration of Brad McNeil | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs Preclude Plaintiffs Use of their Declarations.  Dkt. No. 571 |
| 111. Declaration of Steven Norgbean | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs Preclude Plaintiffs Use of their Declarations.  Dkt. No. 571 |
| 112. Declaration of Christopher Nye | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs Preclude Plaintiffs Use of their Declarations.  Dkt. No. 571 |
| 113. Declaration of Joseph O'Brien | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs Preclude Plaintiffs Use of their Declarations.  Dkt. No. 571 |
| 114. Declaration of Peter Paige | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs Preclude Plaintiffs Use of their Declarations.  Dkt. No. 571 |
| 115. Declaration of Tyler Parker | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs Preclude Plaintiffs Use of their Declarations.  Dkt. No. 571 |

# DEFENDANTS' OBJECTIONS TO PLAINTIFFS' RULE 26(a)(3) DISCLOSURES

| | |
|---|---|
| 116. Declaration of Robert Pass | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs Preclude Plaintiffs Use of their Declarations. Dkt. No. 571 |
| 117. Declaration of Bradley Pauwels | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs Preclude Plaintiffs Use of their Declarations. Dkt. No. 571 |
| 118. Declaration of John Peshek | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs Preclude Plaintiffs Use of their Declarations. Dkt. No. 571 |
| 119. Declaration of Terry Petersen | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs Preclude Plaintiffs Use of their Declarations. Dkt. No. 571 |
| 120. Declaration of Stewart Thomas Phillips | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs Preclude Plaintiffs Use of their Declarations. Dkt. No. 571 |
| 121. Declaration of Joshua Pillsbury | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs Preclude Plaintiffs Use of their Declarations. Dkt. No. 571 |
| 122. Declaration of Carlos Piloto | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs Preclude Plaintiffs Use of their Declarations. Dkt. No. 571. Further, Defendants were granted summary judgment as to Mr. Piloto. |
| 123. Declaration of Carlos Puebla | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs Preclude Plaintiffs Use of their Declarations. Dkt. No. 571 |
| 124. Declaration of Jose Rivera | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs Preclude Plaintiffs Use of their Declarations. Dkt. No. 571 |
| 125. Declaration of Matthew Schwegman | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs Preclude Plaintiffs Use of their Declarations. Dkt. No. 571 |
| 126. Declaration of David Setren | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs Preclude Plaintiffs Use of their Declarations. Dkt. No. 571 |
| 127. Declaration of Clinton Skeens | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs Preclude Plaintiffs Use of their Declarations. Dkt. No. 571 |
| 128. Declaration of Michael Smith | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs Preclude Plaintiffs Use of their Declarations. Dkt. No. 571 |
| 129. Declaration of William Smith | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs Preclude Plaintiffs Use of their Declarations. Dkt. No. 571 |
| 130. Declaration of Robert Synan | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs Preclude Plaintiffs Use of their Declarations. Dkt. No. 571 |
| 131. Declaration of Kyle Toering | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs Preclude Plaintiffs Use of their Declarations. Dkt. No. 571 |
| 132. Declaration of Daniel Vang | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs Preclude Plaintiffs Use of their Declarations. Dkt. No. 571 |

# DEFENDANTS' OBJECTIONS TO PLAINTIFFS' RULE 26(a)(3) DISCLOSURES

| | |
|---|---|
| 133. Declaration of Eric Wagner | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs Preclude Plaintiffs Use of their Declarations. Dkt. No. 571 |
| 134. Declaration of Richard Walker 2/17/10 | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs Preclude Plaintiffs Use of their Declarations. Dkt. No. 571 |
| 135. Declaration of Richard Walker 3/10/11 | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs Preclude Plaintiffs Use of their Declarations. Dkt. No. 571 |
| 136. Declaration of Dennis Warner | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs Preclude Plaintiffs Use of their Declarations. Dkt. No. 571 |
| 137. Declaration of Ray Wetzel | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs Preclude Plaintiffs Use of their Declarations. Dkt. No. 571 |
| 138. Declaration of Randall Whitrock | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs Preclude Plaintiffs Use of their Declarations. Dkt. No. 571 |
| 139. Declaration of Todd Witkowski | Defendants incorporate by reference their Motion in Limine to Preclude Plaintiffs Preclude Plaintiffs Use of their Declarations. Dkt. No. 571 |
| 140. 9-18-09 Paycheck verification procedures | |
| 141. Employee Agreement - Pre-Tax Payroll Deductions | Objection. Document not identified. |
| 142. How to Use TriCor's Internet Requesting System | Objection. Relevance. |
| 143. DirectSat Employee Candidate Employment Release Statement (blank) | Objection. Relevance. |
| 144. DirectSat Abuse Acknowledgment / Release Employee Candidate (blank) | Objection. Relevance. |
| 145. PTO Request Form (blank) | Objection. Relevance. |
| 146. DirectSat form SSA-89 (blank) | Objection. Relevance. |
| 147. Drug-Free Workplace Policy | Objection. Relevance. |
| 148. FMLA policy | Objection. Relevance. |
| 149. Company paid holiday policy | Objection. Relevance. |
| 150. Interview Questions | Objection. Relevance. |
| 151. DirectSat Experienced Technician Referral Program | Objection. Relevance. |
| 152. Request for Resources | Objection. Relevance. |
| 153. Espenscheid Weekly Time Sheet, week ending 1-10-09 | |
| 154. Espenscheid timesheet wk ending 5-16-09 | |
| 155. Authorization to deduct, 8-31-09, Dwayne Hefner | |
| 156. Authorization to deduct, 9-30-07, Donzie Bender | |
| 157. Authorization to deduct for Technician Blanchette, 11-2-07 | |
| 158. Billak personnel documents | |
| 159. Billak DSAT History | Objection. Document not identified. |
| 160. DirectSat USA Fleet Policy Handbook with 3-3-09 Global Positioning System Policy excerpt | Objection. Document not identified. |
| 161. HSP Site Training Cover Sheet - Rola (training manager) | Objection. Document not identified. |
| 162. HSP Site Training Cover Sheet (blank) | Objection. Document not identified. |
| 163. PA call 11-21-08 No Bates, but 10 pages. (Dkt no. 379-12) | Objection. Authenticity, Relevance, Hearsay. |
| 164. PA Call 8-7-09 No Bates, but 4 pages (Dkt no. 379-8, pp. 33-36) | Objection. Authenticity, Relevance, Hearsay. |
| 165. Technician pay information from Philadelphia week ending 6-16-07 | Objection. Document not identified. |
| 166. Technician pay information from Philadelphia week ending 6-23-07<br>167. Technician pay information from Philadelphia week ending 6-30-07 | No objection at this time, subject to verification as no bates numbers provided. |

# DEFENDANTS' OBJECTIONS TO PLAINTIFFS' RULE 26(a)(3) DISCLOSURES

| | |
|---|---|
| 168. Payroll uploads from 2007 | No objection at this time, subject to verification as no bates numbers provided. |
| 169. 1-16-10 Email to dispatchers and supervisors and some upper mgmt from Gail Stephens re. GPS | Objection. |
| 170 12-14-09 Email to dispatch and some upper mgmt from Tandy Talbot. re. GPS | Objection. |
| 171. 1-28-10 Email to dispatch and upper mgmt from Gail Stephens. re. GF | Objection. |
| 172. 2-17-09 Email to dispatch and upper mgmt from Randy Talbot re. GPS | Objection. |
| 173. 10-6-09 Heaberlin Email re. GPS | Objection. |
| 174. 5-6-09 Email string involving Shockman re.timesheet accuracy | Objection. |
| 175. Email refers to GPS providers Trimble and "Greenroad". | Objection. |
| 176. Email "FSR's & Escalations" by Martin Jones re. ETA call policy | Objection. |
| 177. 6-11-09 Email Heaberlin re. GPS | Objection. |
| 178. 2-3-10 Email Muehlenbruch to Morrison, Carroll, Miller re. after hours exception reports | Objection. |
| 179. 12-17-09 Email from Heaberlin including upper meetings in morning and nonproduction pay | Objection. |
| 180. 2-21-09 Email Vagnozzi, Downey, Lawley, Marino re. PROS | Objection. |
| 181. 9-18-07 Email Heaberlin, Yannantuono, Bramson re. OT | Objection. |
| 182. 11-24-09 Email Brodsky to Giacalone, Hisey re.financial information and lawsuits | Objection. |
| 183. 5-15-07 Email to Downey from Prisk. Re. not recording OT | Objection. |
| 184. 2-20-07 Email between Hisey and Yannantuono re:. GPS | Objection. |
| 185. 10-9-08 Email Lawley and Shockman re OT and lawsuits | Objection. |
| 186. 2-1-08 Email from a DirecTV to Yannantuono, Downey, Hisey re a wage and hour lawsuit in Missouri. | Objection. |
| 187. 2-16-08 Email Downey and Fabrizio re. Rizk case | Objection. |
| 188. 8-3-09 Email from a tech to Sobieraj and Nagel. re. GPS and timesheets | Objection. |
| 189. 8-27-08 Email Dan Y., Robbins, Miller, Kowalski, re. 10 and 12 hour shifts | Objection. |
| 190. 8.27.08 Yannantuono Email re Siebel | Objection. |
| 191. 4.24.08 Email Kowalski, Riddle, Yannantuono, Miller re Siebel | Objection. |
| 192. 2-18-09 Email Downey to Yannantuono, Lejman, re. financials and lawsuits | Objection. |
| 193. 9-4-06 Email memo from Littler Mendelson to Steve Amato re a class action | Objection. |
| 194. 9-11-08 Email Dellinger email re "the bulk of the country in underreporting, Siebel durations might be marginally off, they are not off by 20+ hours a week." | Objection. |
| 195. 11-4-08 Email Shockman and Lawley re. underreporting | Objection. |
| 196. 2.18.09 Email Downey, Yannantuono re. underreporting | Objection. |
| 197. 9-6-07 Email Hisey to outside counsel re an individual lawsuit and financials | Objection. |
| 198. Email Romano to Yannantuono, Conn, Patrick, Heaberline, and others, 1-31-08 re. OT scheduling | Objection. |
| 199. Email Yannantuono to many, including Riddle, Downey, and DSat managers re. underreporting | Objection. |
| 200. September 13, 2007 email including Yannantuono, Downey, Miller, Kowalski re. Siebel scheduling and lunch breaks | Objection. |
| 201. 8-15-07 Email Miller, Yannantuono, Heaberlin, Riddle, Kowalski re. Seibel Routing Analysis and 10 hour workday." | Objection. |

# DEFENDANTS' OBJECTIONS TO PLAINTIFFS' RULE 26(a)(3) DISCLOSURES

| | |
|---|---|
| 202. Aug-Sept. 2009 Email string with Kowalski, Heaberlin, Carroll, Miller, Yannantuono re. underreporting and effective hourly rate | Objection. |
| 203. 1-14-09 Email from Schockman re. altering timesheet | Objection. |
| 204. Email chart showing required hours of availability for each profit center and the number of hours of actual availability of techs for each profit center. | Objection. |
| 205. Email Possibly a Siebel report showing hours scheduled for each tech. | Objection. |
| 206. 6-16-09 Email Downey to Doughtery and Bronstein re. knowledge of underreporting | Objection. |
| 207. Email Shockman to a local supervisor. August 2009 re. travel time compensation | Objection. |
| 208. 1-10-05 Email memo from Stephenson to Hisey, Battaglia, and others, re. travel time compensation and paperwork time | Objection. |
| 209. 2-19-08 Email from Lawley to managers re a memo re overtime and meal periods | Objection. |
| 210. 10-18-08 Email from a tech to Yannantuono re. no OT | Objection. |
| 211. 7-25-06 Email from a PA to Heaberlin Riddle, Yannantuono, Downey re. timesheets | Objection. |
| 212. 8-25-08 Email from Bill Lever to Bramson and Heaberlin re. OT | Objection. |
| 213. 10-23-09 Email between Shockman and Michael Lennon re how to calculate effective hourly rate. | Objection. |
| 214. 11-18-08 Email Yannantuono and others re. GPS cost benefit analysis | Objection. |
| 215. 7-31-08 Email from Fabrizio re. DOL requests and timesheets | Objection. |
| 216. 11-24-09 Email Lejman to Brodsky Giacolone Hopkin, Hisey re litigation issue | Objection. |
| 217. 8-28-08 Email Lawley, Yannantuono, Downey, re. OT | Objection. |
| 218. 11-1-09 Email Heaberlin to Yannantuono re. OT and efficiency | Objection. |
| 219. 8-11-09 Heaberlin emails re. revenue per tech | Objection. |
| 220. 3-2-08 Email from Yannantuono to Fabrizio re Rizk litigation and upcoming deposition of Randy, a dispatch manager. | Objection. |
| 221. 4-27-07 Email Hisey to Yannantuono re. company policy violations | Objection. |
| 222. Email Riddle to Dellinger and Yannantuono re. MR report and cutting OT | Objection. |
| 223. 10-1-07 Email Joy Powell, PA, to Lawley, acknowledging that numerous timecards had been altered | Objection. |
| 223. 8-11-09 Email Shockman, Snell, Dave Miller, Militello re. PROS system | Objection. |
| 225. 5-26-07 Email Yannantuono to Hisey re.company policy | Objection. |
| 226. Email Downey regarding overtime | Objection. |
| 227. Email Ramono to Victor, Core, Yannantuono, Kowalski, Sowell re: $15.00 efficiency rate | Objection. |
| 228. 12-26-06 Email Prisk to Downey re. OT violation offense | Objection. |
| 229. 3-13-07 Email Battaglia to field and management re. overtime problems | Objection. |
| 230. 2-7-06 Email Blast Facts Tech Points Scheduled Report | Objection. |
| 231 5-8-07 Email Yannantuono to Kowalski re. @road reports | Objection. |
| 232. 12-27-07 Email string involving Shockman, W. Jones, and a local PM, re. timesheet accuracy | Objection. |
| 233. 10-20-06 Email Randy Talbot and Riddle re. preb  call policy and work orders | Objection. |
| 234. 8-11-09 Email Militello, Dave Miller, Shockman, Snell re GPS and new timesheets | Objection. |

# DEFENDANTS' OBJECTIONS TO PLAINTIFFS' RULE 26(a)(3) DISCLOSURES

| | |
|---|---|
| 235. 7-27-09 Email Shockman re new timesheets, meeting time and production | Objection. |
| 236. 2-2-08 Email email from a tech to Riddle, Downey, Yannantuono re. routes | Objection. |
| 237. 12-5-07 Email to Giacolone re Oregon class action | Objection.  Hearsay, Attorney-Client Privilege. |
| 238. William Morrison Review Sept. 2009 | Objection.  Relevance. |
| 239 Review re CNI Bonus | Objection. Relevance. |
| 240. 226. Greg Twilley review re. CNI bonus | Objection. Relevance. |
| 241. UniTek Global Org Chart for HR | Objection. Relevance. |
| 242.  8.24. 10 Memo re. bonus plan | Objection. Relevance. |
| 243. Yannantuono Memo 10.1.09 Redline | Objection.  Document not identified. |
| 244. Safety Meeting Handout and sign-in sheet 1.12.09 (Pittsburgh, PA) | Objection. |
| 245 Job Description - Field Supervisor (Depo. exh. 20) DSAT/UTEK 143-146 | |
| 246 UniTek USA DirectSat USA Employee Handbook (Depo. exh. 2, Idler) DSAT/UTEK108111 - 54 | |
| 247 Unitek USA Employee Handbook (Depo. exh. 63, Clay) DSAT/UTEK 108155-98 | |
| 248 Timesheets from profit center 636 showing same start time, lunch break and ending time every day: Charles Booker, Bates nos. DSAT-UTEK304396,Rafael Bohorquez, Bates nos. DSAT-UTEK305877,Charles Tice, Bates nos. DSAT-UTEK305646 | |
| 249 Timesheets from profit center 637 showing same start time, lunch break and ending time every day: Benito DelaCruz, Bates nos. DSAT-UTEK311902 and 312576 Noel Nansely, Bates nos. DSAT-UTEK311098, Richard Sirotnak, Bates nos. DSAT-UTEK311270 | |
| 250 Timesheets from profit center 638 showing same start time, lunch break and ending time every day: Michael Davies, Bates nos. DSAT-UTEK314644, Jonathan Shultz, Bates nos. DSAT-UTEK314708 | |
| 251 Bryan Bruheim personnel file DSAT/UTEK 141169-141205 | |
| 252 Michael Jackson personnel file DSAT/UTEK 170155-170200 | |
| 253 Jackson timesheets week ending 8.2.08-3.12.11 | |
| 254 Jackson GPS and payroll data provided by DirectSat dated 8.1.09-10.31.09, no Bates | |
| 255 Dustin Nicholson personnel file DSAT/UTEK 151043-151073 | |
| 256 Nicholson timesheets week ending 2.7.09-5.2.09 | |
| 257 Todd Witkowski personnel file DSAT/UTEK 117953-117984 | |
| 258 Witkowski timesheets week ending 11.28.09-2.27.10 | |
| 259 Todd Brennan personnel file DSAT/UTEK 121907-121949 | |
| 260 Brennan timesheets week ending 1.3.09-11.14.09 | |
| 261 Nathan Fraley personnel file DSAT/UTEK 359935-359978 | |
| 262 Fraley timesheets week ending 3.14.09 | |
| 263 Fraley GPS and payroll data provided by DirectSat 8.1.09-11.1.09 | |
| 264 Examples of Incomplete Personnel Files. | |
| 265 DirecTV Time in Motion Studies (Seibel) produced pursuant to subpoena, Disk 1 | Defendants object to the use of these documents as they were not produced to Defendants in this case. |
| 266 DirecTV Time in Motion Studies (Seibel) produced pursuant to subpoena, Disk 2 | Defendants object to the use of these documents as they were not produced to Defendants in this case. |
| 267 DirecTV Time in Motion Studies (Seibel) produced pursuant to subpoena, Disk 3 | Defendants object to the use of these documents as they were not produced to Defendants in this case. |

# DEFENDANTS' OBJECTIONS TO PLAINTIFFS' RULE 26(a)(3) DISCLOSURES

| | |
|---|---|
| 268 DirecTV Time in Motion Studies (Seibel) produced pursuant to subpoena, Disk 4 | Defendants object to the use of these documents as they were not produced to Defendants in this case. |