IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

AARON L. ESPENSCHEID,
GARY IDLER and MICHAEL CLAY,
on behalf of themselves and a class of
employees and/or former employees
similarly situated,                                                            ORDER

                                                                   09-cv-625-bbc

                Plaintiffs,

       v.

DIRECTSAT USA, LLC and
UNITEK USA, LLC,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Because this case has been stayed pending appeal and because it is likely that if the case proceeds to trial in the future, the parties will want to reconsider their motions in limine, I am denying the following motions in limine:  dkts. ##554-565; 569-576; and 558. In addition, I am denying as moot plaintiffs' motion for reconsideration, dkt. #653.  I am also denying plaintiffs' motion #498.  All of these motions are subject to renewal by the

1

parties in the appropriate circumstances.

    Entered this 31st day of May, 2011.

                                      BY THE COURT:
                                      /s/
                                      BARBARA B. CRABB
                                      District Judge