# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**CERTIFIED COPY**

A True Copy
Teste:

**ORDER**

September 14, 2011

Before

WILLIAM J. BAUER, *Circuit Judge*
RICHARD A. POSNER, *Circuit Judge*
JOHN DANIEL TINDER, *Circuit Judge*

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

| No.: 11-8016 | IN RE: AARON L. ESPENSCHEID, et al., Petitioners |
|---|---|
| **Originating Case Information:** | |
| District Court No: 3:09-cv-00625-bbc Western District of Wisconsin District Judge Barbara B. Crabb | |

The following are before the court:

1. **PETITION OF PLAINTIFFS FOR PERMISSION TO APPEAL FROM THE DISTRICT COURT'S DECERTIFICATION ORDER,** filed on June 6, 2011, by counsel for the Petitioners.

2. **ANSWER OF RESPONDENTS IN OPPOSITION TO PETITION FOR PERMISSION TO APPEAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 23(F),** filed on June 20, 2011, by counsel for the Respondents.

3. **PETITIONERS' SUPPLEMENTAL BRIEFING BASED ON UNITED STATES SUPREME COURT'S RECENT DECISION IN WAL-MART STORES, INC. V. DUKES, 2011 WL 2437013 (2011),** filed on August 10, 2011, by counsel for the Petitioners.

**IT IS ORDERED** that #1 is **DENIED**.

form name: **c7_Order_3J**(form ID: **177**)