IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

AARON ESPENSCHEID,
GARY IDLER, and MICHAEL CLAY,

    Plaintiffs,

v.   Case No. 09-cv-625

DIRECTSAT USA, LLC,
and UNITEK USA, LLC,

    Defendants.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

On March 6, 2012, the Court was advised that the parties have reached a settlement of the individual claims that provided for dismissal with prejudice of the Plaintiffs' claims, without waiver of any appellate rights the Plaintiffs may possess regarding the certification and decertification orders in this action including, to the full extent allowed by law, the rights of the individual Plaintiffs to seek enhancement payments and the rights of class counsel to seek costs and attorneys' fees, should this matter be allowed to proceed as a class and/or collective action. Accordingly, it is HEREBY ORDERED that the individual claims of Aaron Espenscheid, Gary Idler and Michael Clay are dismissed with prejudice.

    Entered this _____ day of March, 2012.

                                            BY THE COURT:

                                            _____
                                            Barbara B. Crabb
                                            District Judge