IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

AARON L. ESPENSHEID,
GARY IDLER and MICHAEL CLAY,
on behalf of themselves and a class of employees          JUDGMENT IN A CIVIL CASE
and/or former employees similarly situated,

          Plaintiffs,                                  Case No. 09-cv-625-bbc

v.

DIRECTSAT USA, LLC and UNITEK USA, LLC,

          Defendants.

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered decertifying this case as a class and

collective action and dismissing the claims of all opt-in plaintiffs and unnamed class members without

prejudice.

Approved as to form this __19th__ day of March, 2012.

_Barbara B. Crabb_

BARBARA B. CRABB, District Judge

_Peter Oppeneer_                                            __3/20/12__

Peter Oppeneer, Clerk of Court                                    Date